B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**CENTRAL DISTRICT OF CALIFORNIA** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HDOS Enterprises** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Hot Dog on a Stick; Muscle Beach Lemonade and Hot Dog** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>*(if more than one, state all):* **95-2799098** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>*(if more than one, state all):* |
| Street Address of Debtor (No. and Street, City, and State):<br>**1633 Ocean Front**<br>**Santa Monica, California**<br>ZIP CODE **90401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5942 Priestly Drive**<br>**Carlsbad, CA**<br>ZIP CODE **92008** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Fast food retailer** | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☒ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                             Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **HDOS Enterprises** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **HDOS Enterprises** |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br>X _[signature]_<br>Signature of Attorney for Debtor(s)<br>**J. Bennett Friedman**<br>Printed Name of Attorney for Debtor(s)<br>**Friedman Law Group, P.C.**<br>Firm Name<br>**1900 Avenue of the Stars, 11th Floor**<br>**Los Angeles, California 90067**<br>Address<br>**(310) 552-8210**<br>Telephone Number<br>2/3/14<br>Date<br>**Bar No.: 147056**<br>**Fax: (310) 733-5442**<br>**E-mail: jfriedman@jbflawfirm.com**<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>Signature<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signature]_<br>Signature of Authorized Individual<br>**Dan Smith**<br>Printed Name of Authorized Individual<br>**President and CEO**<br>Title of Authorized Individual<br>Feb 3, 2014<br>Date | |

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re  HDOS Enterprises, _____  Case No. _____
                    Debtor

                                                            Chapter        11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Shamrock Foods Company P.O. Box 843539 Los Angeles, CA 90084-3539 | | Food Service | | $688,988.92 |
| California State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | taxes and certain other debts owed to governmental units | | $285,935.00 |
| Nicholas and Company, Inc. P.O. Box 45005 5520 W. Harold Gatty Road Salt Lake City, UT 84116 | | Food Service | | $142,890.43 |
| Hansen Distribution Group P.O. Box 820 Pearl City, HI 96782 | | Food Service | | $64,878.97 |
| Shin & Kim 8th Floor, State Tower 100 Toegye-Ro, Jung-Gu Seol, Korea 100-052 | | Legal Services | | $50,871.00 |

B 4 (Official Form 4) (12/07)

| Creditor | | Nature of Claim | Disputed | Amount |
|---|---|---|---|---|
| QKC Maui Owner LLC<br>Bank of Hawaii<br>P.O. Box 31000<br>Honolulu, HI 96849-5479 | | Rent | | $44,341.14 |
| DPI Specialty Foods<br>601 Rockefeller Ave<br>Ontario, CA 91761 | | Food Service | This claim is disputed. | $37,130.16 |
| Macerich Westside LP/Macerich Westside Property LLC<br>P.O. Box 849446<br>Los Angeles, CA 90084-9446 | | Rent | | $36,456.38 |
| Van Deusen & Levitt Associates, Inc.<br>180 Post Road East<br>Westport, CT 06880 | | Marketing Services | | $35,026.49 |
| Marnie Purvis<br>2569 High Trail Ct<br>Chula Vista, CA 91914 | | wages, salaries, and commissions | | $34,567.80 |
| Westday Associates LP<br>Dept. PV Mall<br>P.O. Box 52612<br>Phoenix, AZ 85072-2612 | | Rent | | $34,199.06 |
| North County Fair LP<br>Bank of America<br>File Number 55697<br>Los Angeles, CA 90074-5697 | | Rent | | $33,390.09 |
| Bibiana Becerril<br>7547 Calmcrest Drive<br>Downey, CA 90240 | | wages, salaries, and commissions | | $31,770.90 |
| West End Partners<br>1482 East Valley Road<br>Suite 245<br>Santa Barbara, CA 93108 | | Consulting Services | This claim is disputed. | $30,000.00 |

B 4 (Official Form 4) (12/07)

| Creditor | Type | Amount |
|---|---|---|
| Capref Lloyd Center, LLC<br>P.O. Box 31001-2032<br>Pasadena, CA 91110-2032 | Rent | $28,843.99 |
| Carlyle ER Metro, LLC<br>P.O. Box 28087<br>New York, NY 10087-8087 | Rent | $27,803.10 |
| Laurie Sonia<br>42029 Pine Needle St.<br>Temecula, CA 92591 | wages, salaries, and commissions | $27,619.37 |
| Jay B. Kowallis<br>1500 Shadow Hills Dr.<br>San Marcos, CA 92069 | wages, salaries, and commissions | $26,712.93 |
| Provo Mall LLC<br>SDS-12-3097<br>P.O. Box 86<br>Minneapolis, MN 55486-3097 | Rent | $26,301.68 |
| Nevada Department of Taxation<br>State of Nevada Sales/Use<br>P.O. Box 52609<br>Phoenix, AZ 85072-2609 | taxes and certain other debts owed to governmental units | $25,371.46 |

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Dan Smith, the president of HDOS Enterprises named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 2-3-14                                    _____
                                                Dan Smith, President

UNITED STATES BANKRUPTCY COURT
Central District of California

In re:

HDOS Enterprises,

Debtor(s)

Case No. BKY

Chapter 11 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Dan Smith, declare under penalty of perjury that I am the President and CEO of HDOS Enterprises, a California corporation and that on February 2, 2014 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dan Smith, President and CEO of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Dan Smith, President and CEO of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Dan Smith, President and CEO of this corporation, is authorized and directed to employ J. Bennett Friedman, attorney and the law firm of Friedman Law Group, P.C. to represent the corporation in such bankruptcy case."

| Executed on: 2-3-14 | Signed: [signature] |
|---|---|
| | Dan Smith 5942 Priestly Drive, Carlsbad, CA 92008 (*Name and Address of Subscriber*) |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Carlsbad_, California

Date: _2-3-14_

Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In Re:                                                            Case No.

    **HDOS Enterprises**

          Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I (WE) **HDOS Enterprises**, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed and dated original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number (s), (Official Form B21), prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐ If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) and, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☒ If petitioner is a corporation or partnership: I declare under a penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐ If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: __2-3-14__

Signed: _____                                _____
          (Applicant)                                                                                    (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s) (Official Form B21) before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: __2/3/14__           Attorney for Debtor(s) _____
                                                        **J. Bennett Friedman**
                             Address of Attorney  **1900 Avenue of the Stars, 11th Floor**
                                                         **Los Angeles, California 90067**

Verification of Creditor Mailing List - (Rev. 10/05)　　　　　　　　　　　　　　　2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **J. Bennett Friedman; Bar Number: 147056**

Address  **1900 Avenue of the Stars, 11th Floor, Los Angeles, California 90067**

Telephone  **(310) 552-8210**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years):<br>HDOS Enterprises | Case No.:<br><br>Chapter:  11 |
|---|---|

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2-3-14　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Debtor

_____　　　　　　　　_____
*Attorney (if applicable)*　　　　　　　　　　　*Joint Debtor*

Anthony I. Mathews
c/o Mathews ESOP Company
2819 Beach Avenue
Venice, CA 90291


Bibiana Becerril
7547 Calmcrest Drive
Downey, CA 90240


California State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Capref Lloyd Center, LLC
P.O. Box 31001-2032
Pasadena, CA 91110-2032


Carlyle ER Metro, LLC
P.O. Box 28087
New York, NY 10087-8087


Christopher J. and Linda A. Witczak
9484 Irish Creek Lane
Redding, CA 96001


DPI Specialty Foods
601 Rockefeller Ave
Ontario, CA 91761


Hansen Distribution Group
P.O. Box 820
Pearl City, HI 96782


Jay B. Kowallis
1500 Shadow Hills Dr.
San Marcos, CA 92069

Larry R. and Rosa Yoachum
20202 Farrelly Circle
Murrieta, CA 92562


Laurie Sonia
42029 Pine Needle St.
Temecula, CA 92591


Macerich Westside LP/Macerich Westside P
P.O. Box 849446
Los Angeles, CA 90084-9446


Marnie Purvis
2569 High Trail Ct
Chula Vista, CA 91914


Mitchell S. Shapiro
17150 McCormick Street
Encino, CA 91316


Nevada Department of Taxation
State of Nevada Sales/Use
P.O. Box 52609
Phoenix, AZ 85072-2609


Nicholas and Company, Inc.
P.O. Box 45005 5520 W. Harold Gatty Road
Salt Lake City, UT 84116


Nicholas L. Saakvitne
532 Colorado Ave
Santa Monica, CA 90401


North County Fair LP
Bank of America
File Number 55697
Los Angeles, CA 90074-5697

Provo Mall LLC
SDS-12-3097
P.O. Box 86
Minneapolis, MN 55486-3097


QKC Maui Owner LLC
Bank of Hawaii
P.O. Box 31000
Honolulu, HI 96849-5479


Rize Capital LLC
3175 E. Genesee St.
Suite #5
Syracuse, NY 13224


Shamrock Foods Company
P.O. Box 843539
Los Angeles, CA 90084-3539


Shin & Kim
8th Floor, State Tower
100 Toegye-Ro, Jung-Gu
Seol, Korea 100-052


Torrey Pines Bank
12220 El Camino Real, Suite 110
San Diego, CA 92130


Torrey Pines Bank
12220 El Camino Real, Suite 110
San Diego, CA 92130


Van Deusen & Levitt Associates, Inc.
180 Post Road East
Westport, CT 06880


West End Partners
1482 East Valley Road
Suite 245
Santa Barbara, CA 93108

Westday Associates LP
Dept. PV Mall
P.O. Box 52612
Phoenix, AZ 85072-2612