J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
    *jfriedman@jbflawfirm.com*
STEPHEN F. BIEGENZAHN, ESQ., State Bar No. 60584
    *sbiegenzahn@jbflawfirm.com*
MICHAEL D. SOBKOWIAK, ESQ., State Bar No. 242718
    *msobkowiak@jbflawfirm.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

[Proposed] Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HDOS ENTERPRISES**, a California corporation,<br><br>    Debtor and Debtor in Possession. | Case No. 2:14-bk-12028-NB<br><br>Chapter 11<br><br>**DECLARATION OF DAN SMITH IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>Date:  [Hearing To Be Set]<br>Time:<br>Place:  Ctrm 1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

I, Dan Smith, declare as follows:

1.  I am the Chief Executive Officer ("CEO") of HDOS Enterprises, a California corporation ("Debtor"). I have served as the Debtor's CEO since January 2007. Prior to becoming its CEO, I had been employed by the Debtor in various capacities since August 2000. As CEO, I am also a custodian of the Debtor's books and records. The testimony provided here derives, in part, from my review of the records of the Debtor which are kept in the ordinary course of business. All of the information provided is a matter of personal knowledge. If called as a witness, I could and would competently testify to all of the following facts.

2.  I make this declaration in support of Debtor's Motion for Order Authorizing Use of Cash Collateral (the "Motion"), by which Debtor requests emergency of the use of its cash collateral on interim basis. Before we filed for bankruptcy protection, it undertook fairly extensive negotiations with Debtor's senior lender, Torrey Pines Bank ("TPB"), hoping to enter into a cash collateral stipulation covering the period through the end of July 31, 2014. The Debtor felt TPB was making overly restrictive demands; and no stipulation was reached.

3.  The Debtor is an employee-owned business that operates approximately ninety-two (92) Hot Dog on a Stick restaurants ("Restaurants"). The Debtor's business has suffered significantly since the "Great Recession" began in 2007. Most of the Debtor's challenges can be attributed to approximately twenty-one (21) very unprofitable locations with expensive leases. The Debtor was constrained to seek bankruptcy protection to preserve its operational value by closing unprofitable Restaurants, which had expenses which exceeded revenue by approximately $950,000 in 2013. Once the Debtor closes these unprofitable locations and rejects the leases, I anticipate we will confirm a plan that pays all creditors in full over a five or six year period.

4.  Debtor's stores are primarily located within malls. During the boom times before the Great Recession starting in 2007, the Debtor entered into or extended a number of expensive leases in various malls. Unfortunately the timing of these leases was poor, since mall traffic significantly slowed over the course of the following years and remains well below pre-2007

levels. These expensive leases created a significant drag on the Debtor's cash flow; and materially impacted its bottom line.

5. Additionally, as retailers closed locations in malls, mall owners often filled space with more restaurants; creating more competition for the Debtor while at the same time reducing the number of retail stores that draw shoppers to malls.

6. The Debtor has attempted to renegotiate the leases of its least profitable stores; however, those efforts have proven unsuccessful to date. It is likely we will move to reject all 21 of these leases early in the Case. Perhaps that action will cause certain of the affected landlords to re-think the issue; but we do not rely on that in fashioning our strategy going forward.

7. The Debtor has three secured creditors. The Debtor borrowed a total of $750,000 from Larry and Rosa Yoachum; and the Debtor has borrowed $500,000 from Christopher and Linda Witczak. I am informed and believe that the Yoachum and Witczak loans are each secured by all of Debtor's assets, including Debtor's inventory, chattel paper, accounts receivable, equipment, deposit accounts, and general intangibles (including trademarks, trade secrets and copyrights) (collectively, the "Collateral"). Additionally, the Debtor borrowed a total of $1,400,000 from TPB under two promissory notes, as more specifically described below. The obligation to TPB is also secured by the Collateral; and I am informed and believe the security interest of TPB in the collateral is senior in right by virtue of subordination agreements TPB entered into with the Yoachums and the Witczaks.

8. I am informed and believe that the Yoachums and the Witczaks each consent to the Debtor's use of their cash collateral.

9. TPB has been a lending source for Debtor since 2007, when it made a loan of $6,500,000 to Debtor. That obligation was satisfied in full in 2012, despite depressed revenues. Debtor is presently obligated to TPB for $1,245,515 as follows: (i) in March 2013 Debtor entered into a 36 month term note with TPB for $600,000 (the "Term Note"). Monthly payments on the Term Note are $18,556.74, and the current balance is $445,015.00; (ii) on September 17, 2013 Debtor received a $1,000,000 line of credit from TPB (the "Line") and drew down $800,000 on

-3-

the Line. The terms of the Line provide for interest only payments through March 17, 2014, and the current monthly payment is $4,759 (interest only in conformity with the Line agreement). Beginning April 17, 2014, Debtor is scheduled to make 42 principal and interest payments of $26,966.

10. As of the Petition Date, Debtor was current on its payments to TPB.

11. Debtor's cash on hand was approximately $1,486,000 at the time it commenced its chapter 11 case (subject to checks in float which were not material).

12. Debtor generates approximately $470,000 in cash each month it operates, and based on current projections, Debtor's revenue is anticipated to remain stable, if not increase, over the next several months. A true and correct copy of Debtor's cash flow projections is attached hereto as Exhibit "1" ("Budget"). I collaborated with the Debtor's chief financial officer, Dan Bylund, in the preparation of the Budget. I believe it is a fair and reasonable projection of our near term operating expenses. Although I have never been through the chapter 11 process, I do not believe we will exceed any line item on the Budget by more than fifteen or twenty percent.

13. At the end of March 2014, it is projected that Debtor will have cash on hand of $1,237,960 (net of payments made pursuant to the Budget).

14. As I noted previously, the primary purpose of Debtor's bankruptcy is to close its unprofitable locations. The reason for this is straightforward – the majority of Debtor's locations are profitable. In 2013, Debtor's 30 top performing locations generated $3,900,000 in profit.

15. In late 2013, hoping to avoid chapter 11, the Debtor explored a sale of the company. I was personally involved in those negotiations. Based on that experience, I am informed and believe that an experienced owner of a business similar to Debtor's operations would pay 4x to 5x EBITDA for the most profitable locations. Based on this, Debtor would likely receive in the range of $15,600,000 in a negotiated sale for its top stores. Even using a more conservative multiple of a sale at 2x EBITDA, Debtor would expect to receive $8,000,000 for the Debtor's business.

16. Those negotiations ultimately fell through in large part due to the Debtor's burdensome lease obligations with respect to its least profitable stores, though Debtor may attempt to revive those discussions during the Case.

17. Through my 14 years of employment with the Debtor I have become keenly aware of the value of its intellectual property, including ownership of the name "Hot Dog on a Stick." This name is widely recognized by the public, in addition to the associated playful logo. Debtor has worked tirelessly to build the brand value it enjoys. I would estimate that Debtor's intellectual property is worth between $1,500,000 and $3,000,000.

18. The Debtor requires the immediate use of cash in its operations to avoid irreparable harm to the estate. The Debtor needs to use its cash on hand to pay suppliers for its products, to pay its post-petition rent obligations to its landlords for the locations the Debtor will keep, to pay its approximately 750 employees and to otherwise make all of the ordinary course payments a restaurant business must make to remain viable. If the Debtor is not able to immediately use its cash to fund operations, the business will almost certainly fail.

Executed on February 3, 2014, at Carlsbad, California.

_____
DAN SMITH

# Exhibit "1"

**HDOS Enterprises**
**Detail Cash Forecast**
**Fiscal 2014**

| | Period 2*** | | | | Period 3 | | | |
|---|---|---|---|---|---|---|---|---|
| | 7<br>2/2/14 | 7<br>2/9/14 | 7<br>2/16/14 | 7<br>2/23/14 | 7<br>3/2/14 | 7<br>3/9/14 | 7<br>3/16/14 | 7<br>3/23/14 |
| Food & beverage | $467,004 | $467,004 | $467,004 | $467,004 | $501,889 | $501,889 | $501,889 | $501,889 |
| Catering | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Royalties | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 |
| Sales tax @8.5% | 39,908 | 39,908 | 39,908 | 39,908 | 42,958 | 42,958 | 42,958 | 42,958 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total cash receipts from operations | 513,196 | 513,196 | 513,196 | 513,196 | 552,131 | 552,131 | 552,131 | 552,131 |
| Related Party Loan #1 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Related Party Loan #2 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TPB Working capital loan #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Egg Farm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Related Party Loan #3 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Torrey Pines Bank LOC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash available | 513,196 | 513,196 | 513,196 | 513,196 | 552,131 | 552,131 | 552,131 | 552,131 |
| Sales tax | 0 | 0 | 0 | (151,406) | 0 | 0 | 0 | 0 |
| Interest paid | (23,034) | 0 | 0 | 0 | (23,034) | 0 | 0 | 0 |
| Principal payments - TPB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal payments - compromised liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food & beverage suppliers - Shamrock | (20,000) | (20,000) | (276,736) | (20,000) | (20,000) | (20,000) | 0 | (20,000) |
| Food & beverage suppliers - Others | 0 | (64,184) | 0 | 0 | 0 | (68,405) | (293,618) | 0 |
| Payroll paid | (376,355) | 0 | (327,055) | 0 | (304,325) | 0 | 0 | 0 |
| Benefits | (30,938) | 0 | 0 | 0 | (33,297) | 0 | (304,325) | 0 |
| Rent, CAM, taxes & utilities paid (a) | (651,380) | 0 | 0 | 0 | (651,380) | 0 | 0 | 0 |
| Store managed | (19,544) | (19,544) | (19,544) | (19,544) | (21,377) | (21,377) | (21,377) | (21,377) |
| Other | (29,510) | (29,510) | (29,510) | (29,510) | (31,745) | (31,745) | (31,745) | (31,745) |
| General & administrative | (20,425) | (20,425) | (20,425) | (20,425) | (21,974) | (21,974) | (21,974) | (21,974) |
| Marketing | (2,366) | (2,366) | (2,366) | (2,366) | (2,546) | (2,546) | (2,546) | (2,546) |
| Utility deposits | 0 | 0 | 0 | (117,178) | 0 | 0 | 0 | 0 |
| Accepted leases pre-petition rent payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Proceeds from assets sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Real estate professional fee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (75,000) |
| Chapter 11 legal fee's | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital expenditures - remodels | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital expenditures - maintenance | (5,102) | (5,102) | (5,102) | (5,102) | (5,481) | (5,481) | (5,481) | (5,481) |
| Capital expenditures - new units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net timing differences | (1,178,654) | (161,131) | (680,738) | (365,532) | (1,115,159) | (171,528) | (681,066) | (178,123) |
| Increase (decrease) in cash | (665,458) | 352,065 | (167,542) | 147,664 | (563,028) | 380,604 | (128,935) | 374,008 |
| Cash - beginning of week | 1,568,101 | 902,642 | 1,254,707 | 1,087,165 | 1,234,829 | 671,801 | 1,052,405 | 923,470 |
| Cash - end of week | $902,642 | $1,254,707 | $1,087,165 | $1,234,829 | $671,801 | $1,052,405 | $923,470 | $1,297,478 |

(a) - Rent to be paid based on proposed rejection of certain leases.

*** Company uses a fiscal calendar that consists of 13 four-week periods.

**HDOS Enterprises**
**Detail Cash Forecast**
**Fiscal 2014**

| | Period 4 | | | | Period 5 | | | |
|---|---|---|---|---|---|---|---|---|
| | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| | 3/30/14 | 4/6/14 | 4/13/14 | 4/20/14 | 4/27/14 | 5/4/14 | 5/11/14 | 5/18/14 |
| Food & beverage | $502,535 | $502,535 | $502,535 | $502,535 | $492,827 | $492,827 | $492,827 | $492,827 |
| Catering | 3,000 | 3,000 | 3,000 | 3,000 | 3,250 | 3,250 | 3,250 | 3,250 |
| Royalties | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 |
| Sales tax @8.5% | 42,970 | 42,970 | 42,970 | 42,970 | 42,167 | 42,167 | 42,167 | 42,167 |
| Total cash receipts from operations | 552,290 | 552,290 | 552,290 | 552,290 | 542,028 | 542,028 | 542,028 | 542,028 |
| Related Party Loan #1 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Related Party Loan #2 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| TPB Working capital loan #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Egg Farm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Related Party Loan #3 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Torrey Pines Bank LOC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cash available | 552,290 | 552,290 | 552,290 | 552,290 | 542,028 | 542,028 | 542,028 | 542,028 |
| Sales tax | (160,918) | 0 | 0 | 0 | 0 | (216,411) | 0 | 0 |
| Interest paid | 0 | (45,522) | 0 | 0 | 0 | (45,522) | 0 | 0 |
| Principal payments - TPB | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Principal payments - compromised liabilities | 0 | 0 | (293,938) | 0 | 0 | 0 | 0 | |
| Food & beverage suppliers - Shamrock | (20,000) | (20,000) | 0 | 0 | 0 | (73,058) | 0 | |
| Food & beverage suppliers - Others | (314,993) | (73,484) | 0 | 0 | (311,711) | 0 | (292,233) | |
| Payroll paid | 0 | 0 | (314,993) | 0 | (32,596) | 0 | 0 | (311,711) |
| Benefits | (33,129) | 0 | 0 | 0 | 0 | (651,380) | 0 | 0 |
| Rent, CAM, taxes & utilities paid (a) | 0 | (651,380) | 0 | 0 | 0 | 0 | 0 | 0 |
| Store managed | (21,124) | (21,124) | (21,124) | (21,124) | (20,906) | (20,906) | (20,906) | (20,906) |
| Other | (31,634) | (31,634) | (31,634) | (31,634) | (31,126) | (31,126) | (31,126) | (31,126) |
| General & administrative | (21,980) | (21,980) | (21,980) | (21,980) | (21,572) | (21,572) | (21,572) | (21,572) |
| Marketing | (2,547) | (2,547) | (2,547) | (2,547) | (2,499) | (2,499) | (2,499) | (2,499) |
| Utility deposits | | | | | | | | 117,178 |
| Accepted leases pre-petition rent payments | | | | | | | | |
| Proceeds from assets sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Real estate professional fee | | | | | | | | 0 |
| Chapter 11 legal fee's | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (50,000) |
| Capital expenditures - remodels | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital expenditures - maintenance | (5,482) | (5,482) | (5,482) | (5,482) | (5,391) | (5,391) | (5,391) | (5,391) |
| Capital expenditures - new units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net timing differences | (611,807) | (873,154) | (691,699) | (82,768) | (425,802) | (1,067,866) | (685,439) | (14,316) |
| Increase (decrease) in cash | (59,518) | (320,865) | (139,409) | 469,522 | 116,225 | (525,838) | (143,412) | 527,711 |
| Cash - beginning of week | 1,297,478 | 1,237,960 | 917,095 | 777,686 | 1,247,208 | 1,363,433 | 837,595 | 694,183 |
| Cash - end of week | $1,237,960 | $917,095 | $777,686 | $1,247,208 | $1,363,433 | $837,595 | $694,183 | $1,221,894 |

(a) - Rent to be paid based on proposed rejectio

*** Company uses a fiscal calendar that co
13 four-week periods.

# HDOS Enterprises
## Detail Cash Forecast
### Fiscal 2014

| | Period 6 | | | | Period 7 | | | | Period 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| | 5/25/14 | 6/1/14 | 6/8/14 | 6/15/14 | 6/22/14 | 6/29/14 | 7/6/14 | 7/13/14 | 7/20/14 | 7/27/14 |
| Food & beverage | $527,685 | $527,685 | $527,685 | $527,685 | $565,364 | $565,364 | $565,364 | $565,364 | $579,549 | $579,549 |
| Catering | 4,750 | 4,750 | 4,750 | 4,750 | 2,000 | 2,000 | 2,000 | 2,000 | 0 | 0 |
| Royalties | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 3,784 | 0 | 0 |
| Sales tax @8.5% | 45,257 | 45,257 | 45,257 | 45,257 | 48,226 | 48,226 | 48,226 | 48,226 | 49,262 | 49,262 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total cash receipts from operations | 581,476 | 581,476 | 581,476 | 581,476 | 619,374 | 619,374 | 619,374 | 619,374 | 628,811 | 628,811 |
| Related Party Loan #1 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Related Party Loan #2 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TPB Working capital loan #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Egg Farm | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Related Party Loan #3 - Rosa | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Torrey Pines Bank LOC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash available | 581,476 | 581,476 | 581,476 | 581,476 | 619,374 | 619,374 | 619,374 | 619,374 | 628,811 | 628,811 |
| Sales tax | 0 | (172,365) | 0 | 0 | 0 | 0 | (218,622) | 0 | 0 | 0 |
| Interest paid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Principal payments - TPB | 0 | (45,522) | 0 | 0 | 0 | 0 | (45,522) | 0 | 0 | 0 |
| Principal payments - compromised liabilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Food & beverage suppliers - Shamrock | | (71,923) | (287,693) | | | (76,933) | (307,732) | | | |
| Food & beverage suppliers - Others | (319,386) | 0 | (319,386) | 0 | (340,661) | 0 | (340,661) | 0 | (353,720) | (81,234) |
| Payroll paid | (34,732) | | | | (36,803) | | | | (37,268) | |
| Benefits | 0 | | | | | | | | | |
| Rent, CAM, taxes & utilities paid (a) | 0 | (651,380) | 0 | 0 | 0 | 0 | (651,380) | 0 | 0 | 0 |
| Store managed | (22,788) | (22,788) | (22,788) | (22,788) | (23,039) | (23,039) | (23,039) | (23,039) | (22,444) | (22,444) |
| Other | (33,430) | (33,430) | (33,430) | (33,430) | (35,330) | (35,330) | (35,330) | (35,330) | (35,967) | (35,967) |
| General & administrative | (23,141) | (23,141) | (23,141) | (23,141) | (24,649) | (24,649) | (24,649) | (24,649) | (24,841) | (24,841) |
| Marketing | (2,681) | (2,681) | (2,681) | (2,681) | (2,856) | (2,856) | (2,856) | (2,856) | (2,878) | (2,878) |
| Utility deposits | | | | | | | | | 0 | |
| Accepted leases pre-petition rent payments | | (91,077) | (91,077) | (91,077) | (91,077) | (91,077) | (91,077) | (91,077) | (91,077) | |
| Proceeds from assets sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chapter 11 legal fee's | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Real estate professional fee | 0 | 0 | 0 | 0 | (6,155) | (6,155) | (6,155) | (6,155) | (332) | (332) |
| Capital expenditures - remodels | (5,717) | (5,717) | (5,717) | (5,717) | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital expenditures - maintenance | 0 | 0 | 0 | 0 | | | | | | |
| Capital expenditures - new units | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net timing differences | (441,875) | (1,120,024) | (785,913) | (178,834) | (560,569) | (260,038) | (1,747,023) | (183,105) | (568,527) | (167,696) |
| Increase (decrease) in cash | 139,602 | (538,548) | (204,437) | 402,642 | 58,805 | 359,336 | (1,127,649) | 436,269 | 60,283 | 461,115 |
| Cash - beginning of week | 1,221,894 | 1,361,496 | 822,948 | 618,511 | 1,021,153 | 1,079,958 | 1,439,293 | 311,645 | 747,913 | 808,197 |
| Cash - end of week | $1,361,496 | $822,948 | $618,511 | $1,021,153 | $1,079,958 | $1,439,293 | $311,645 | $747,913 | $808,197 | $1,269,311 |

*** Company uses a fiscal calendar that co
13 four-week periods.

(a) - Rent to be paid based on proposed rejectio