IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Los Angeles) DIVISION

---

In Re:                                                                    Chapter 11

**HDOS Enterprises**                                          Case No. 14-12028 - NB

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana  46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 4th day of February, 2014 via U.S. Mail prepaid, facsimile and/or ECF Noticing to the following persons:

By:    /s/Ronald M. Tucker
Ronald M. Tucker, Esq.

*Debtor*  represented **Jerome Bennett Friedman**
**HDOS Enterprises**  by 1900 Ave of the Stars 11th Fl
1633 Ocean Front  Los Angeles, CA 90067-4409
Santa Monica, CA 90401  310-552-8210
LOS ANGELES-CA  Fax : 310-733-5442
Tax ID / EIN: 95-2799098  Email: jfriedman@jbflawfirm.com
*aka* **Hot Dog on a Stick**
*aka* **Muscle Beach Lemonade and Hot Dog**

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811