**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**HDOS ENTERPRISES,**<br><br><br><br>Debtor(s). | Chapter   11<br><br>Case No.  2:14-bk-12028-NB |

**REQUEST FOR SPECIAL NOTICE**

TO ALL PARTIES:

Please take notice that Kristen N. Pate, Associate General Counsel of GGP Limited Partnership, as Direct and Indirect Owner of Landlord and/or Managing Agent, hereby enters her request pursuant to Bankruptcy Rule 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a).  All such notices should be addressed as follows:

**Kristen N. Pate**
**GGP Limited Partnership, as Agent**
**110 N. Wacker Drive**
**Chicago, IL  60606**
**Telephone: (312) 960-2940**
**Fax: (312) 442-6374**
**E-Mail: ggpbk@ggp.com**

Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rules specified above but also, includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings.  Movant additionally requests that the Debtor and the Clerk of the Court place her name and address on any mailing matrix, or list of creditors to be prepared or existing in the above case.

Dated this 4th day of February, 2014.

                                                          Respectfully submitted,

                                                          /s/ Kristen N. Pate
                                                   Kristen N. Pate
                                                   Associate General Counsel
                                                   GGP Limited Partnership, as Agent
                                                   110 N. Wacker Drive
                                                   Chicago, IL  60606
                                                   (312) 960-2940
                                                   (312) 442-6374 (fax)

## CERTIFICATE OF SERVICE

To:

**Clerk**
**U.S. Bankruptcy Court**
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles CA 90012-3332

**Attorney**
Jerome Bennett Friedman
1900 Ave of the Stars 11th FL
Los Angeles, CA  90067
jfriedman@jbflawfirm.com

**U.S. Bankruptcy Trustee**
**915 Wilshire Blvd., Suite 1850**
**Los Angeles, CA  90017**

The undersigned, being first duly sworn upon oath, deposes and states that a copy of the foregoing REQUEST FOR SPECIAL NOTICE was served upon the above-named at the above address via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the Parties listed above on the 4th day of February, 2014.


　　　　　　　　　　　　　　　　　　　　　　　　_____/s/  Julie Minnick Bowden_____
　　　　　　　　　　　　　　　　　　　　　　　　Julie Minnick Bowden