J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
    *jfriedman@jbflawfirm.com*
STEPHEN F. BIEGENZAHN, ESQ., State Bar No. 60584
    *sbiegenzahn@jbflawfirm.com*
MICHAEL D. SOBKOWIAK, ESQ., State Bar No. 242718
    *msobkowiak@jbflawfirm.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

[Proposed] Attorneys for Debtor and
Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HDOS ENTERPRISES, INC.,**<br>a California corporation,<br><br>            Debtor and Debtor in Possession. | Case No. 2:14-bk-12028-NB<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTION PURSUANT TO 11 U.S.C. § 366 FOR ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR UTILITY SERVICES**<br><br><u>Old Date:</u><br>Date:   February 4, 2014<br>Time:  2:00 p.m.<br>Place:  Ctrm. 1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br><br><u>**New Date:**</u><br>Date:   February 6, 2014<br>Time:  1:00 p.m.<br>Place:  Ctrm. 1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; TORREY PINES BANK, AND ITS COUNSEL; OTHER CREDITORS WITH AN INTEREST IN CASH COLLATERAL; DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS; AND PROVIDERS OF UTILITY SERVICES TO DEBTOR:**

**PLEASE TAKE NOTICE** that on February 4, 2014, in Courtroom 1545 of the United States Bankruptcy Court for the Central District of California, Roybal Courthouse, located at 255 E. Temple Street, Los Angeles, CA 90012, oral arguments were heard on the motion of debtor HDOS Enterprises ("Debtor") for an order determining that the Debtor has satisfied section 366 of the Bankruptcy Code relating to assurances of payment to the various utilities who provide service essential to Debtor's business (the "Motion").

At that time, oral arguments on the Motion were continued to **February 6, 2014 at 1:00 p.m.** in said courtroom.

Date: February 4, 2014

FRIEDMAN LAW GROUP, P.C.

By: /s/ _____
J. Bennett Friedman
Stephen F. Biegenzahn
Michael D. Sobkowiak, Esq.
Proposed Attorneys for Debtor in Possession

-1-