1 | **J. BENNETT FRIEDMAN, ESQ.**, State Bar No. 147056
jfriedman@jbflawfirm.com
2 | **STEPHEN F. BIEGENZAHN, ESQ.**, State Bar No. 60584
sbiegenzahn@jbflawfirm.com
3 | **MICHAEL D. SOBKOWIAK, ESQ.**, State Bar No. 242718
msobkowiak@jbflawfirm.com

FILED & ENTERED

FEB 05 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

**CHANGES MADE BY COURT**

[Proposed] Attorneys for Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HDOS ENTERPRISES**,<br>a California corporation,<br><br>        Debtor and Debtor in<br>        Possession. | Case No. 2:14-BK-12028-NB<br><br>Chapter 11<br><br>**ORDER APPROVING USE OF CASH COLLATERAL PURSUANT TO STIPULATION FOR INTERIM USE OF CASH COLLATERAL**<br><br>Date:    February 4, 2014<br>Time:    2:00 p.m.<br>Judge:   Hon. Neil Bason<br>Courtroom: 1545 |

An expedited hearing was held February 4, 2014 before the undersigned United States Bankruptcy Judge ("Hearing") to consider the Motion For 60 Day Interim Order Authorizing Use Of Cash Collateral [Docket No. 9] ("Motion") filed by HDOS Enterprises, debtor in possession in the above-captioned chapter 11 case ("Debtor" and "Case" respectively) .

-1-

-2-

Appearances at the Hearing are reflected in the official recorded transcript of the Hearing ("Transcript"). Based upon the Motion, all relevant documents on file in the Case, the arguments of counsel at the Hearing, and the Stipulation For Interim Use Of Cash *Collateral* ~~Use~~ ("Interim Stipulation") between the Debtor and Torrey Pines Bank, a division of Western Alliance Bank ("TPB"), *and this court's concerns in the tentative rulings for the Motion and for the status conference having been adequately addressed,* and for reasons reflected in the Transcript; good cause appearing, it is

**ORDERED, ADJUDGED AND DECREED** that the Motion is granted, subject to: (a) the provisions of the Interim Stipulation, an accurate copy of which is appended as Exhibit "A" to the document entitled Exhibits to Order Approving Use of Cash Collateral, filed on February 4, 2014 [Docket No. 47] (the "Supplement to Order") incorporated here by this reference; and (b) the Court's "Standard Conditions" relating to the use of cash collateral; and (c) the additional considerations, *if any,* reflected in the Court's Tentative Ruling, a copy of which is appended to the Supplement to Order as Exhibit "B"; and *(d) pursuant to oral agreement at the hearing regarding the application of 11 U.S.C. § 365(d)(3) pending assumption or rejection of real property leases, the Budget is deemed to be modified to provide for postpetition lease payments under all leases, not just those that the debtor anticipates assuming.*

Debtor may use cash collateral in conformity with the Interim Stipulation and the Budget (which is defined in and appended to the Interim Stipulation); and

A final hearing on the use of cash collateral will be held March 20, 2014, commencing at 1:00 p.m. or as soon thereafter as counsel may be heard in Courtroom 1545 of the Roybal Federal Building.

Date: February 5, 2014

_____
Neil W. Bason
United States Bankruptcy Judge