J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
    *jfriedman@jbflawfirm.com*
STEPHEN F. BIEGENZAHN, ESQ., State Bar No. 60584
    *sbiegenzahn@jbflawfirm.com*
MICHAEL D. SOBKOWIAK, ESQ., State Bar No. 242718
    *msobkowiak@jbflawfirm.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

[Proposed] Attorneys for Debtor and
Debtor in Possession

**FILED & ENTERED**

**FEB 06 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**HDOS ENTERPRISES**,<br>a California corporation,<br><br>        Debtor and Debtor in Possession. | Case No. 2:14-BK-12028-NB<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY FIRST DAY MOTION FOR AN ORDER AUTHORIZING DEBTOR TO PAY PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS**<br><br>Date:    February 4, 2014<br>Time:    2:00 p.m.<br>Judge:   Hon. Neil Bason<br>Courtroom: 1545 |

-1-

-2-

An expedited hearing was held February 4, 2014 before the undersigned United States Bankruptcy Judge ("Hearing") to consider the Emergency First Day Motion For An Order Authorizing Debtor To Pay Pre-petition Claims Of Certain Critical Venders [etc.] [Docket No. 8] ("Motion") filed by HDOS Enterprises, debtor in possession in the above-captioned chapter 11 case ("Debtor" and "Case" respectively) .

Appearances at the Hearing are reflected in the official recorded transcript of the Hearing ("Transcript"). Based upon the Motion, all relevant documents on file in the Case, and the arguments of counsel at the Hearing, for reasons reflected in the Transcript; good cause appearing, it is

**ORDERED, ADJUDGED AND DECREED** that the Motion is granted in full, on an interim basis, to the extent that the contemplated payments are made in the ordinary course of Debtor's business, *with any further payments subject to review at the continued hearing set for March 20, 2014 at 1:00 p.m.*; and

*IT IS FURTHER ORDERED that, pursuant to Fed. R. Bankr. P. 6003, the court finds that the relief granted is necessary to avoid immediate and irreparable harm; and*

**IT IS FURTHER ORDERED** all objections to the Motion, if any, will be heard on March 20, 2014 at 1:00 p.m., and must be filed in accordance with CD CA LBR ~~9031-1~~ *9013-1. As orally ordered at the hearing, Debtor is directed to provide notice of such continued hearing (to the persons on the limited notice list) no later than February 6, 2014.*

###

Date: February 6, 2014

_____
Neil W. Bason
United States Bankruptcy Judge