**J. BENNETT FRIEDMAN, ESQ.**, State Bar No. 147056
*jfriedman@jbflawfirm.com*
**STEPHEN F. BIEGENZAHN, ESQ.**, State Bar No. 60584
*sbiegenzahn@jbflawfirm.com*
**MICHAEL SOBKOWIAK**, State Bar No. 242718
*msobkowiak@jbflawfirm.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4301
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Proposed Attorneys for Debtor in Possession
HDOS ENTERPRISES

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>HDOS ENTERPRISES,<br><br><br><br>Debtor in Possession. | CASE NO. 2:14-bk-12028-NB<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION OF HDOS ENTERPRISES FOR AUTHORITY TO EMPLOY A&G REALTY PARTNERS AS DEBTOR'S REAL ESTATE CONSULTANT**<br><br>DATE:    [None Required]<br>TIME:<br>PLACE: |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that HDOS Enterprises, debtor in possession ("Debtor") in the above-captioned chapter 11 case ("Case") has caused to be filed an Application To Employ A&G Realty Realty Partners [etc.] ("Application") pursuant to which A&G Realty Partners

1

("A&G") will be employed pursuant to 11 U.S.C. § 327(a) and paid in conformity with applicable provisions of the Bankruptcy Code to represent the Debtor in connection with the analysis of the remaining unexpired commercial leases to which Debtor was a party at the time the Case was commenced ("Lease[s]"); to counsel Debtor with respect to the assumption, rejection or renegotiation of the Leases; and, where appropriate, to negotiate with certain of Debtor's landlords regarding the terms of the assumption of certain of the Leases.

In conformity with applicable rules of procedure, the Application has been filed with the Court, and with the Office of the United States Trustee.

**NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule 2014-1, a party in interest who wishes to respond to the Application must, within 14 days from the date of services of this Notice, file its response in the form required by Local Rule 9013-1 with the clerk of the United States Bankruptcy Court, 255 E. Temple Street, Ninth Floor, Los Angeles, California 90012. Additionally, within 14 days from the date of service of this Notice, the objecting party must also file a request for hearing on the Application.

**NOTICE IS FURTHER GIVEN** that the objecting party must also serve a copy of its objection upon the Debtor's proposed counsel at the address at the top left corner of this Notice and the United States Trustee located at 915 Wilshire Blvd., Suite 1850 Los Angeles, California 90017. Failure to respond in the manner set forth above may be deemed consent to the Application; and A&G may be retained without further notice to you.

Dated: February 12, 2014

FRIEDMAN LAW GROUP, P.C.

By: _____
J. BENNETT FRIEDMAN, ESQ.
STEPHEN F. BIEGENZAHN, ESQ.
MICHAEL SOBKOWIAK, ESQ.
Proposed Attorneys for Debtor and Debtor in Possession HDOS ENTERPRISES

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION OF HDOS ENTERPRISES FOR AUTHORITY TO EMPLOY A&G REALTY PARTNERS AS DEBTOR'S REAL ESTATE CONSULTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/13/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/13/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason  (VIA US Mail)
United States Bankruptcy Court
255 E. Temple Street, Suite 1545
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2/13/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**International 20 Largest Creditor**
SHIN & KIM
8TH FLOOR, STATE TOWER
100 TOEGYE-RO, JUNG-GU
SEOUL, KOREA 100-052
*Via E-mail:* pjshin@shinkim.com;hnseo@shinkim.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/13/2014 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Printed Name | Signature |

**BY COURT VIA NEF**

- **Michael Avanesian**    michaelavanesian@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- **Dustin P Branch**    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- **Jeffrey W Broker**    jbroker@brokerlaw.biz
- **Peter L Duncan**    peterd@psdslaw.com, theresam@psdslaw.com
- **Jerome Bennett Friedman**    jfriedman@jbflawfirm.com, msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbflawfirm.com
- **Christopher V Hawkins**    Hawkins@sullivanhill.com, bkstaff@sullivanhill.com
- **Joan Huh**    joan.huh@boe.ca.gov
- **Dare Law**    dare.law@usdoj.gov
- **Thor D Mclaughlin**    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Jessica Mickelsen**    jessica.mickelsen@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- **Randy P Orlik**    rorlik@coxcastle.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Kristen N Pate**    ggpbk@ggp.com
- **Peter J Rudinskas**    pjr.legal@gmail.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Eric R Wilson**    kdwbankruptcydepartment@kelleydrye.com

**BY DEBTOR VIA U.S. MAIL**

**United States Trustee**
OFFICE OF THE UNITED STATES TRUSTEE
C/O DARE LAW
915 WILSHIRE BLVD, STE 1850
LOS ANGELES, CA 90017

**Debtor**
HDOS ENTERPRISES
5942 PRIESTLY DRIVE
CARLSBAD, CA 92008

**Professional**
A&G REALTY PARTNERS
C/O ANDREW MARGOLICK
87 GREEN STREET, STE 307
PASADENA, CA 91105

## 20 Largest Creditors

BIBIANA BECERRIL
7547 CALMCREST DRIVE
DOWNEY, CA 90240

DPI SPECIALTY FOODS
601 ROCKEFELLER AVE
ONTARIO, CA 91761

MARNIE PURVIS
2569 HIGH TRAIL CT
CHULA VISTA, CA 91914

NORTH COUNTY FAIR LP
BANK OF AMERICA
FILE NUMBER 55697
LOS ANGELES, CA 90074-5697

WEST END PARTNERS
1482 EAST VALLEY ROAD
SUITE 245
SANTA BARBARA, CA 93108

VAN DEUSEN & LEVITT ASSOCIATES, INC.
180 POST ROAD EAST
WESTPORT, CT 06880

LAURIE SONIA
42029 PINE NEEDLE ST.
TEMECULA, CA 92591

JAY B. KOWALLIS
1500 SHADOW HILLS DR.
SAN MARCOS, CA 92069

WESTDAY ASSOCIATES LP
DEPT. PV MALL
P.O. BOX 52612
PHOENIX, AZ 85072-2612

CARLYLE ER METRO, LLC
c/o PAUL M. WEISER, ESQ.
BUCHALTER NEMER
16435 NORTH SCOTTSDALE RD, STE 440
SCOTTSDALE, AZ 85254-1754

CAPREF LLOYD CENTER, LLC
P.O. BOX 31001-2032
PASADENA, CA 91110-2032

HANSEN DISTRIBUTION GROUP
P.O. BOX 820
PEARL CITY, HI 96782

MACERICH WESTSIDE LP/MACERICH WESTSIDE P
P.O. BOX 849446
LOS ANGELES, CA 90084-9446

NICHOLAS AND COMPANY, INC.
P.O. BOX 45005 5520 W. HAROLD GATTY ROAD
SALT LAKE CITY, UT 84116

PROVO MALL LLC
SDS-12-3097
P.O. BOX 86
MINNEAPOLIS, MN 55486-3097

QKC MAUI OWNER LLC
BANK OF HAWAII
P.O. BOX 31000
HONOLULU, HI 96849-5479

SHAMROCK FOODS COMPANY
P.O. BOX 843539
LOS ANGELES, CA 90084-3539

NEVADA DEPARTMENT OF TAXATION
STATE OF NEVADA SALES/USE
P.O. BOX 52609
PHOENIX, AZ 85072-2609

CALIFORNIA STATE BOARD OF EQUALIZATION
P.O. BOX 942879
SACRAMENTO, CA 94279

[SERVICE LIST CONTINUED BELOW]

**Secured Creditors**
TORREY PINES
C/O PETER DUNCAN, ESQ.
PYLE SIMS DUNCAN & STEVENSON
401 "B" STREET, STE 1500
SAN DIEGO, CA 92101-4238

CHRISTOPHER J. WITCZAK AND
LINDA A. WITCZAK
C/O CHRISTOPHER HAWKINS, ESQ.
SULLIVAN HILL LEWIN REZ & ENGEL
550 WEST C STREET, 15TH FLOOR
SAN DIEGO, CA 92101

LARRY R. YOACHUM AND ROSA YOACHUM
C/O CHRISTOPHER HAWKINS, ESQ.
SULLIVAN HILL LEWIN REZ & ENGEL
550 WEST C STREET, 15TH FLOOR
SAN DIEGO, CA 92101

**Request for Special Notice**
KRISTEN N. PATE
GGP LIMITED PARTNERSHIP, AS AGENT
110 N. WACKER DRIVE
CHICAGO, IL 60606

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204

ROUSE PROPERTIES, INC.
c/o ROBERT L. LEHANE, ESQ.
KELLEY DRYE & WARREN, LLP
101 PARK AVENUE
NEW YORK, NY 10178