1  Paul M. Weiser (SBN: 006998)
   BUCHALTER NEMER
2  16435 North Scottsdale Road, Suite 440
   Scottsdale, AZ 85254-1754
3  Telephone: (480) 383-1800
   Facsimile: (480) 824-9400
4  Email: pweiser@buchalter.com



5  Attorneys for Claimant CARLYLE ER METRO, LLC

6

   UNITED STATES BANKRUPTCY COURT
7  CENTRAL DISTRICT OF CALIFORNIA
   LOS ANGELES DIVISION
8

9  In re:                               In Proceedings Under Chapter 11

10 HDOS ENTERPRISES,                    Case No. 2:14-bk-12028-nb

11            Debtor.                   NOTICE OF APPEARANCE AND REQUEST
                                        FOR DOCUMENTS
12

13

14        PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as

15 Counsel to CARLYLE ER METRO, LLC, a Delaware limited liability company, a Creditor of

16 HDOS ENTERPRISES pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy

17 Rules 2002, 3017 and 9013, and requests that all notices given or required to be given in this case

18 and all papers served or required to be served in this case be given to and served upon the

19 undersigned at the office and address set forth below.

20        PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy

21 Code, the foregoing request includes not only the notices and pleadings referred to in the

22 Bankruptcy Rules specified above, but also includes, without limitation, notices of any

23 application, motion, petition, pleading, request, complaint, or demand, whether formal or

24 informal, whether written or oral, and whether transferred to conveyed by mail, delivery,

25 telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor-in-

26 ///

BN 15677076v1                              -1-

1  Possession, Debtor or their respective property and/or property of their estates.

2  DATED this ___6th___ day of February, 2014.

3                                               BUCHALTER NEMER

5  By:_____
   Paul M. Weiser
6  16435 North Scottsdale Road, Suite 440
   Scottsdale, AZ 85254-1754
7  Attorneys for Creditor CARLYLE ER METRO,
   LLC

9  Copy of the foregoing mailed this
   __6th__ day of February, 2014, to:

11 JEROME BENNETT FRIEDMAN
   1900 Ave of the Stars, 11th Floor
12 Los Angeles, CA 90067-4409
   Attorneys for Debtor

   HDOS Enterprises
14 5942 Priestly Drive
   Carlsbad, CA 92008
15 Debtor

   United States Trustee
17 915 Wilshire Boulevard, Suite 1850
   Los Angeles, CA 90017

19 _____

BN 15677076v1                          -2-