B6A (Official Form 6A) (12/07)                                                    2007 USBC, Central District of California

In re HDOS Enterprises,                                    Case No.    2:14-bk-12028-NB
_____                                      _____
                    Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)                                                     2007 USBC, Central District of California

In re  HDOS Enterprises, _____          Case No.  __2:14-bk-12028-NB__
                                                Debtor                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Account at Torrey Pines Bank | | $1,090,166.03 |
| | | Payroll Account at Torrey Pines Bank | | $783.78 |
| | | Construction Account at Torrey Pines Bank | | $31.39 |
| | | Concentration Account at Wells Fargo | | $84,642.00 |
| | | ESOP Account at Torrey Pines Bank | | $0.29 |
| | | Bank of America Deposit Account ending in 1031: store level deposit account for 16 store locations | | $0.00 |
| | | Bank of America Deposit Account ending in 1033: store level deposit account for 28 store locations | | $0.00 |
| | | Bank of America Deposit Account ending in 1034: store level deposit account for 18 store locations | | $0.00 |
| | | Wells Fargo Deposit Account ending in 1041: store level deposit account for 32 store locations | | $0.00 |
| | | American Savings Deposit Account ending in 1051: store level deposit account for 3 store locations | | $0.00 |

B 6B  (Official Form 6B) (12/2007)                                          2007 USBC, Central District of California

In re  HDOS Enterprises,                                        Case No.    2:14-bk-12028-NB
_____                                    _____
                        Debtor                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| | U.S. Bank Deposit Account ending in 1053: store level deposit account for the Portland store location | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | Security deposit with GDC Group, Inc. for lease of HDOS Enterprises corporate office located at 5942 Priestly Drive, Carlsbad, CA 92008-8839 | | $14,000.00 |
| | Security deposit with Martin Commercial Group for lease of 1021 South Linwood Avenue, Santa Ana, CA 92705 | | $4,581.00 |
| | Security deposit with Legacy Mangement LLC for lease of 2946 West 4700 South, West Valley City, UT 84118 | | $2,265.00 |
| | Security deposit with SAS Investment Co. for lease of 14777 Bear Valley Road, Hesperia, CA 92345 | | $15,827.00 |
| | Security deposit with Ansok Builders, Inc. for lease of 1659 Warm Springs Road #100, Henderson, NV 89014 | | $2,840.00 |
| | Security deposit with J2 Properties for lease of 5181 W Charleston Blvd #110, Las Vegas, NV 89146 | | $3,740.00 |
| | Security deposit with Simon Property Group for lease of 1 Mills Circle, Suite FC09, Ontario, CA 91764 | | $30,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |

B 6B (Official Form 6B) (12/2007)                                    2007 USBC, Central District of California

In re  **HDOS Enterprises,**                                    Case No.    **2:14-bk-12028-NB**
_____                                    _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | | | |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | Hot Dog on a Stick, Inc. 401K Plan | | $2,300,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | Accounts receivable from royalties, franchise agreements, etc. | | $64,553.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |

B 6B (Official Form 6B) (12/2007)

2007 USBC, Central District of California

In re __HDOS Enterprises,__ _____

Case No. __2:14-bk-12028-NB__

Debtor

(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| | | | |
|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Debtor owns the trade name "Hot Dog on a Stick" | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Hot Dog on a Stick franchise agreement with El Paso Hot Dog, LLC, a Texas limited liability company | Unknown |
| | | Hot Dog on a Stick franchise agreement with SS Hot Dog LLC, a Nevada limited liability company | Unknown |
| | | Hot Dog on a Stick franchise agreement with Chan-Woo Corporation, a Guam corporation | Unknown |
| | | Hot Dog on a Stick franchise agreement with HDOS Korea, Inc., a Korean corporation | Unknown |
| | | Hot Dog on a Stick franchise agreement with Pacific Real Estate Services, Inc., a California corporation | Unknown |
| | | Hot Dog on a Stick franchise agreement with Medeiros & Berger Ltd. | Unknown |
| | | Hot Dog on a Stick franchise agreement with Vetra Investments, LLC, a United Arab Emirates limited liability company | Unknown |
| | | Goodwill: current book value of the company's name, customer base, employee relations, and brand recognition | $4,381,265.00 |
| | | License Agreement with Hot Dog on a Stick Fair Company, a California corporation, for the use of Hot Dog on a Stick intellectual property and trade names | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B 6B  (Official Form 6B) (12/2007)                                    2007 USBC, Central District of California

In re HDOS Enterprises,_____          Case No.    2:14-bk-12028-NB
                                            Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Ford Edge (Lease) | | Unknown |
| | | 2013 Ford Edge (Lease) | | Unknown |
| | | 2013 Ford Edge (Lease) | | Unknown |
| | | 2013 Ford Edge (Lease) | | Unknown |
| | | 2013 Ford Edge (Lease) | | Unknown |
| | | 2013 Ford Trnc (Lease) | | Unknown |
| | | 2013 Ford Trnc (Lease) | | Unknown |
| | | 2013 Ford Trnc (Lease) | | Unknown |
| | | 2013 Ford Trnc (Lease) | | Unknown |
| | | 2013 Ford Escape (Lease) | | Unknown |
| | | 2013 Ford Escape (Lease) | | Unknown |
| | | 2013 Ford Escape (Lease) | | Unknown |
| | | 2013 Toyota Camry (Lease) | | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies.. | | Office equipment and computers at corporate headquarters | | $28,000.00 |

B 6B  (Official Form 6B) (12/2007)                                    2007 USBC, Central District of California

In re  __HDOS Enterprises,_____          Case No.   __2:14-bk-12028-NB__
                              **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attachment B.29 | | |
| 30. Inventory. | | Debtor's book value of inventory at the store locations | | $253,744.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>5</u> continuation sheets attached          Total ▶                    $8,276,938.49
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Attachment B.29

| Liquidation Value | $435,230.00 |
|---|---|
| Fair Market Value | $1,489,000.00 |
| Net Book Value (Original cost less depreciation. Excludes leasehold improvements.) | $940,612.00 |

B 6D (Official Form 6D) (12/07)                                                    2007 USBC, Central District of California

In re  **HDOS Enterprises** _____,    Case No. **2:14-bk-12028-NB**
                          Debtor                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anthony I. Mathews**<br>**c/o Mathews ESOP**<br>**Company**<br>**2819 Beach Avenue**<br>**Venice, CA 90291** | | | **9/1/13**<br>**Nonpossessory, Nonpurchase-Money Security Interest**<br><br>VALUE $    Unknown | | | | $150,000.00 | $0.00 |
| ACCOUNT NO.<br>**Christopher J. and Linda A. Witczak**<br>**9484 Irish Creek Lane**<br>**Redding, CA 96001** | | | **8/1/2012**<br>Nonpossessory, Nonpurchase-Money Security Interest<br><br>All Inventory, chattel paper, See Attachment 1<br>VALUE $    Unknown | | | | $500,000.00 | $0.00 |
| ACCOUNT NO.<br>**Larry R. and Rosa Yoachum**<br>**20202 Farrelly Circle**<br>**Murrieta , CA 92562** | | | **9/4/2013**<br>Nonpossessory, Nonpurchase-Money Security Interest<br><br>All Inventory, chattel paper, See Attachment 2<br>VALUE $    Unknown | | | | $250,000.00 | $0.00 |
| ACCOUNT NO. 8781<br>**Marlin Business Bank**<br>**P.O. Box 13604**<br>**Philadelphia, PA**<br>**19101-3604** | | | Purchase-Money Security Interest<br><br>Point of Sale (POS) system for Bear Valley store location (Store No. 206)<br>VALUE $    $12,000.00 | | | | $16,138.00 | $4,138.00 |

| | | | |
|---|---|---|---|
| <u>  1  </u> continuation sheets attached | Subtotal ▶<br>(Total of this page) | $    916,138.00 | $    4,138.00 |
| | Total ▶<br>(Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                              2007 USBC, Central District of California

In re __HDOS Enterprises_____,    Case No. __2:14-bk-12028-NB____
　　　　　　　　　Debtor                                   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Additional Contacts for Marlin Business Bank  (8781): **Rize Capital LLC** c/o San Diego Cash Register 7940 Arjons Drive San Diego, CA 92126 | | | | | | | | |
| ACCOUNT NO.  1801 **Torrey Pines Bank 12220 El Camino Real, Suite 110 San Diego , CA 92130** | | | 3/11/2013 Nonpossessory, Nonpurchase-Money Security Interest  All Inventory, chattel paper, See Attachment 3 _____ VALUE $     Unknown | | | | $445,015.00 | $0.00 |
| ACCOUNT NO.  2171 **Torrey Pines Bank 12220 El Camino Real, Suite 110 San Diego , CA 92130** | | | 9/17/2013 Nonpossessory, Nonpurchase-Money Security Interest  All Inventory, chattel paper, See Attachment 4 _____ VALUE $     Unknown | | | | $800,000.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__of __1__continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ | 1,245,015.00 | $ | 0.00 |
|---|---|---|---|

Total(s) ▶
(Use only on last page)

| $ | 2,161,153.00 | $ | 4,138.00 |
|---|---|---|---|

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain

# Attachment

**Attachment 1**
    **accounts, equipment, deposit accounts, and general intangibles**
**Attachment 2**
    **accounts, equipment, deposit accounts, and general intangibles**
**Attachment 3**

    **Attachment 3**
        **accounts, equipment, deposit accounts, and general intangibles**

**Attachment 4**

    **Attachment 4**
        **accounts, equipment, deposit accounts, and general intangibles**

B 6E (Official Form 6E) (04/13)                                          2013 USBC, Central District of California

**In re**   **HDOS Enterprises**                                        Case No. **2:14-bk-12028-NB**
_____ ,                               _____
                          Debtor                                        _(if known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

____**7**____ continuation sheets attached

B 6E (Official Form 6E) (04/13) – Cont.                                    2013 USBC, Central District of California

In re **HDOS Enterprises** _____ ,        Case No. **2:14-bk-12028-NB** _____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> California State Board of Equalization <br>P.O. Box 942879 <br>Sacramento, CA 94279 | | | State Taxes | | | | $285,935.00 | $285,935.00 | $0.00 |
| Account No. <br><br> Los Angeles County Tax Collector <br>P.O. Box 54027 <br>Los Angeles, CA 90054-0027 | | | Local Taxes | | | | $2,976.71 | $2,976.71 | $0.00 |
| Account No. <br><br> Maricopa County Treasurer <br>P.O. Box 52133 <br>Phoenix, AZ 85072-2133 | | | Local Taxes | | | | $712.39 | $712.39 | $0.00 |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶ <br>(Totals of this page) | $ 289,624.10 | $ 289,624.10 | $0.00 |
| Total▶ <br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | |
| Totals▶ <br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.                                    2013 USBC, Central District of California

In re **HDOS Enterprises**                          ,      Case No. **2:14-bk-12028-NB**
_____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Certain Other Debts Owed to Governmental Units Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Nevada Department of Taxation State of Nevada Sales/Use P.O. Box 52609 Phoenix, AZ 85072-2609 | | | State Taxes | | | | $25,371.46 | $25,371.46 | $0.00 |
| Account No. State of Wyoming Dept Of Revenue & Taxation Herschler Bldg. Cheyenne, WY 82002-0110 | | | State Taxes | | | | $1,753.00 | $1,753.00 | $0.00 |
| Account No. Utah State Tax Comm. 210 North 1950 W Salt Lake City, UT 84134-0180 | | | State Taxes | | | | $21,054.17 | $21,054.17 | $0.00 |

Sheet no. **2** of **7** continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 48,178.63    $ 48,178.63    $0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

B 6E (Official Form 6E) (04/13) – Cont.                                    2013 USBC, Central District of California

In re <u>HDOS Enterprises</u> _____ ,        Case No. <u>2:14-bk-12028-NB</u> _____
               Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Angela Percival<br>25 Toyon Lane<br>Chula Vista, CA 91910 | | | 8/23/13<br><br>Wages, Salaries, Commissions | | | | $13,221.24 | $12,475.00 | $746.24 |
| Account No.<br><br>Bibiana Becerril<br>7547 Calmcrest Drive<br>Downey, CA 90240 | | | 1/26/14<br><br>Severance | | | | $31,770.90 | $12,475.00 | $19,295.90 |
| Account No.<br><br>Erin Massa<br>3130 N Provence Ln K 3<br>Lehi, UT 84043 | | | 12/29/13<br><br>Wages, Salaries, Commissions | | | | $7,558.08 | $7,558.08 | $0.00 |

Sheet no. <u>3</u> of <u>7</u> continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)            $  52,550.22  | $ 32,508.08 | $20,042.14

Total▶            $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)            | $ | $

B 6E (Official Form 6E) (04/13) – Cont.                                                2013 USBC, Central District of California

In re  HDOS Enterprises                                ,    Case No.  2:14-bk-12028-NB
                        Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br>Eugene Hallner<br>7785 Madrilena Way<br>Carlsbad, CA 92009 | | | 11/15/13 <br><br>Wages, Salaries, Commissions | | | | $2,692.00 | $2,692.00 | $0.00 |
| Account No.  <br><br>Grant Jurgenson<br>1440 Morena Blvd<br>San Diego, CA 92110 | | | 1/26/14 <br><br>Wages, Salaries, Commissions | | | | $4,302.74 | $4,302.74 | $0.00 |
| Account No.  <br><br>Jay B. Kowallis<br>1500 Shadow Hills Dr.<br>San Marcos, CA 92069 | | | 9/30/13 <br><br>Severance | | | | $26,712.93 | $12,475.00 | $14,237.93 |

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $  33,707.67 | $  19,469.74 | $14,237.93 |
| Total▶ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | |
| Totals▶ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.                                                                    2013 USBC, Central District of California

In re **HDOS Enterprises**                              ,          Case No. **2:14-bk-12028-NB**
                                    **Debtor**                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jeffrey Disbrow<br>4738 Autry Avenue<br>Long Beach, CA<br>90808-1115 | | | 1/26/14<br><br>Wages, Salaries, Commissions | | | | $11,405.57 | $11,405.57 | $0.00 |
| Account No.<br><br>Kathleen Johnson<br>504 E Chevy Chase Drive<br>Tulare, CA | | | 8/23/13<br><br>Wages, Salaries, Commissions | | | | $8,106.96 | $8,106.96 | $0.00 |
| Account No.<br><br>Laurie Sonia<br>42029 Pine Needle St.<br>Temecula, CA 92591 | | | 9/30/13<br><br>Severance | | | | $27,734.06 | $12,475.00 | $15,259.06 |

Sheet no. **5** of **7** continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $  47,246.59 | $  31,987.53 | $15,259.06 |
| Total▶<br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | | |
| Totals▶<br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.                                                    2013 USBC, Central District of California

In re **HDOS Enterprises**                           ,        Case No. **2:14-bk-12028-NB**
_____
               **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lisbeth Miller <br> 9022 N Saint Johns Avenue <br> Portland, OR 97203 | | | 8/24/13 <br><br> Wages, Salaries, Commissions | | | | $6,863.55 | $6,863.55 | $0.00 |
| Account No. <br><br> Marnie Purvis <br> 2569 High Trail Ct <br> Chula Vista, CA 91914 | | | 1/26/14 <br><br> Severance | | | | $40,495.64 | $12,475.00 | $28,020.64 |
| Account No. <br><br> Nicole Ogden <br> 20961 Tabua Court <br> Hayward, CA 94541 | | | 1/26/14 <br><br> Wages, Salaries, Commissions | | | | $12,234.29 | $12,234.29 | $0.00 |

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals▶ <br> (Totals of this page) | $ 59,593.48 | $ 31,572.84 | $28,020.64 |
|---|---|---|---|---|
| | Total▶ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B 6E (Official Form 6E) (04/13) – Cont.                                                    2013 USBC, Central District of California

In re  HDOS Enterprises                          ,        Case No.  2:14-bk-12028-NB
                        Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions** Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vanessa Leavitt<br>9120 Silk Threads Avenue<br>Las Vegas , NV 89149** | | | 1/26/14<br><br>**Wages, Salaries, Commissions** | | | | $10,841.93 | $10,841.93 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  |  $  10,841.93  |  $  10,841.93  |  $0.00

Total➤
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)  |  $  541,742.62

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  |  $  464,182.85  |  $  77,559.77

B 6F (Official Form 6F) (12/07)

2007 USBC, Central District of California

In re **HDOS Enterprises**                                  ,    Case No. **2:14-bk-12028-NB**
Debtor                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **General Growth Properties c/o Glendale II Mall Associates LLC Glendale Galleria 110 N. Wacker Drive Chicago, IL 60606** | | | Lease store no. 155 located at 3217 Glendale Galleria, Glendale, CA 91210 | | | | $5,423.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Stoner Bros. & Associates c/o Sherwood Mall LLC 5250 Claremont Avenue Stockton, CA 95207** | | | Lease store no. 143 located at 5308 Pacific Avenue., #90, Stockton, CA 95207 | | | | $18,837.00 |
| **ACCOUNT NO.** | | | | | | | |
| **3WIRE Group Inc. NW7964 P.O. Box 1450 Minneapolis, MN 55485-7964** | | | Food Service | | | | $897.78 |
| **ACCOUNT NO.** | | | | | | | |
| **A & I Refrigeration Sales & Service 335 Hoohana Street, Unit 7P Kahului, HI 96732** | | | Repair Services | | | | $262.50 |

Subtotal▶  $    25,420.28

___73___ continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,    Case No. **2:14-bk-12028-NB**
                 **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A-1 Grease Trap <br> 1095 W. Magnolia <br> Phoenix, AZ 85007-4508 | | | Repair Services | | | | $231.00 |
| ACCOUNT NO. <br><br> Academy Fire Protection <br> 58-29 Maspeth Avenue <br> Maspeth, NY 11378 | | | Repair Services | | | | $895.82 |
| ACCOUNT NO. <br><br> ACT - Air Cleaning Technology <br> 411 Rowland Ave <br> Santa Ana , CA 92707 | | | | | | | $180.00 |
| ACCOUNT NO. <br><br> ADP, Inc. <br> P.O. Box 31001-1874 <br> Pasadena, CA 91110-1874 | | | Payroll Service | | | | $8,522.47 |

Sheet no. __1__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 9,829.29

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                           2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**____
                **Debtor**                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ADT Security Systems, Inc. <br> P.O. Box 371956 <br> Pittsburg, PA 15250-7956 | | | | | | | $155.91 |
| ACCOUNT NO. <br><br> Advance Disposal <br> P.O. Box 400997 <br> Hesperia, CA 92340 | | | Utilities | | | | $462.91 |
| ACCOUNT NO. <br><br> Advanced Thermal Solutions <br> P.O. Box 4420 <br> Casper, WY 82604 | | | Repair Services | | | | $355.50 |
| ACCOUNT NO. <br><br> Aflac <br> 1932 Wynnton Road <br> Columbus, GA 31999-0797 | | | Insurance | | | | $34.10 |

Sheet no.__**2**__ of __**73**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **1,008.42**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**_____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Air Cool Services, Inc.<br>2540 Komo Mai Drive<br>Pearl City , HI 96782 | | | Repair Services | | | | $125.65 |
| ACCOUNT NO.<br><br>All Pest Control<br>P.O. Box 817<br>Riverton, UT 84065 | | | | | | | $25.00 |
| ACCOUNT NO.<br><br>All Temperatures Controlled, Inc.<br>9720 Topanga Canyon Place<br>Chatsworth, CA 91311-4134 | | | Repair Services | | | | $175.00 |
| ACCOUNT NO.<br><br>Aloha Sheet Metal LLC<br>283 Lalo Street, Ste G<br>Kahului, HI 96732-2928 | | | Repair Services | | | | $275.00 |

Sheet no.__**3**__of __**73**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    600.65

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                              ,        Case No. **2:14-bk-12028-NB**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> American Beverage Equipment, Inc. P.O. Box 28646 San Jose, CA 95159 | | | Repair Services | | | | $555.00 |
| ACCOUNT NO. <br><br> American Express P.O. Box 0001 Los Angeles , CA 90096-0001 | | | Credit Card Charges | | | | $16,499.99 |
| ACCOUNT NO. <br><br> American Fast Freight P.O. Box 3606 Seattle, WA 98124-3606 | | | Transportation Services | | | | $4,310.44 |
| ACCOUNT NO. <br><br> ANC American Pest Mgmt 403 East Fireweed Lane Anchorage, AK 99503 | | | | | | | $20.00 |

Sheet no. __4__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal▶ | $ | 21,385.43 |
| Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re HDOS Enterprises _____ ,    Case No. 2:14-bk-12028-NB
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ansok Builders, Inc. <br> 4755 Dean Martin Drive <br> Las Vegas , CA 89103 | | | Lease store no. 208 located at 1659 Warm Springs Road, #100, Henderson, NV 89014 | | | | $2,840.00 |
| ACCOUNT NO. <br><br> Anthem Blue Cross <br> Dept 5812 <br> Los Angeles, CA 90074-5812 | | | Medical Insurance | | | | $46,870.53 |
| ACCOUNT NO. <br><br> Anthem Blue Cross Life & Health Insurance <br> Dept 5812 <br> Los Angeles, CA 90074-5812 | | | Insurance | | | | $3,992.95 |
| ACCOUNT NO. <br><br> AT&T <br> P.O. Box 5019 <br> Carol Stream, IL 60197-5019 | | | Phone | | | | $434.33 |

Sheet no. __5__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 54,137.81

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re <u>HDOS Enterprises</u>,
        Debtor

Case No. <u>2:14-bk-12028-NB</u>
        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>P.O. Box 910439<br>Dallas, TX 75391-0439 | | | Phone | | | | $60.00 |
| ACCOUNT NO.<br><br>Aurelia Perez<br>1542 Wall Avenue<br>San Bernardino, CA 92404 | | | Uniforms | | | | $860.00 |
| ACCOUNT NO.<br><br>Aurora Water<br>P.O. Box 31629<br>Aurora, CO 80041 | | | Utilities | | | | $190.03 |
| ACCOUNT NO.<br><br>B & E Rooter Service, Inc.<br>160 Helm Avenue<br>Salt Lake City, UT 84115 | | | Repair Services | | | | $500.00 |

Sheet no. <u>6</u> of <u>73</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 1,610.03

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                        ,        Case No. **2:14-bk-12028-NB**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Bank of America P.O. Box 15731 Wilmington, DE 19886-5731 | | | Credit Card Charges | | | | $761.29 |
| ACCOUNT NO.  Barney & Barney, LLC P.O. Box 87610 San Diego, CA 92138 | | | Medical Insurance | | | | $37,624.50 |
| ACCOUNT NO.  Bibiana Becerril 7547 Calmcrest Drive Downey, CA 90240 | | | 1/26/14  Severance | | | | $19,295.00 |
| ACCOUNT NO.  Bohannon Development Company 60 31st Avenue San Mateo, CA 94403 | | | Lease store no. 128 located at 44 Hillsdale Mall, #6074, San Mateo, CA 94403 | | | | $5,470.00 |

Sheet no. __7__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    63,150.79

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re  HDOS Enterprises _____,    Case No. **2:14-bk-12028-NB**

Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Boulevard Mall, LLC Sansone Companies 3528 S. Maryland Pkwy Las Vegas, NV 89169** | | | **Lease store no. 67 located at 3532 Maryland Parkway, Las Vegas, NV 89169** | | | | $20,958.00 |
| **ACCOUNT NO.** <br><br> **Bridgetown Electric 5701 North Lombard Street Portland, OR 97203-4113** | | | **Repair Services** | | | | $140.00 |
| **ACCOUNT NO.** <br><br> **Bug Man Termite & Pest Control 296 Alamaha Street Ste E Kahului, HI 96732** | | | | | | | $78.12 |
| **ACCOUNT NO.** <br><br> **Bunn-O-Matic Corporation 24315 Network Place Chicago, IL 60673-1243** | | | **Equipment** | | | | $1,859.66 |

Sheet no. **8** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   **23,035.78**

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                          2007 USBC, Central District of California

In re HDOS Enterprises                                    ,          Case No. 2:14-bk-12028-NB
_____                                      _____
                    Debtor                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Burton Hood & Duct Inc.<br>P.O. Box 19225<br>Reno, NV 89511 | | | Repair Services | | | | $410.55 |
| ACCOUNT NO.<br><br>CALDSL - Zinnianet<br>1660 West Linne, Suite H<br>Tracy, CA 95377 | | | Phone | | | | $99.00 |
| ACCOUNT NO.<br><br>California Water Service Company<br>3725 S. H Street<br>Bakersfield, CA 93304 | | | Utilities | | | | $70.35 |
| ACCOUNT NO.<br><br>Capital Advisors<br>Capital Advisors, LLC<br>PO Box 49993<br>Los Angeles, CA 90049 | | | Lease no. 203 located at 2721 West 7800 South, Westr Jordan, UT 84088 | | | | $2,839.00 |

Sheet no. __9__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $        3,418.90

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                          2007 USBC, Central District of California

In re **HDOS Enterprises**_____,     Case No. **2:14-bk-12028-NB**_____
                          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Capref Lloyd Center, LLC <br> P.O. Box 31001-2032 <br> Pasadena, CA 91110-2032 | | | Lease store no. 195 located at 2303 Lloyd Center, Portland OR 97232 | | | | $28,843.99 |
| ACCOUNT NO. <br><br> Carlyle ER Metro, LLC <br> P.O. Box 28087 <br> New York, NY 10087-8087 | | | Lease store no. 86 located at 9617 N. Metro Parkway, Ste #2044, Phoenix, AZ 85051 | | | | $27,803.10 |
| ACCOUNT NO. <br><br> Carlyle ER Metro, LLC <br> PO Box 28087 <br> New York, NY 10087-8087 | | | Lease store 86 located at 9617 N. Metro Parkway, Ste #2044, Phoenix, AZ 85051 | | | | $27,804.00 |
| ACCOUNT NO. <br><br> Carson Mechanical, Inc. <br> 2081-A Rene Avenue <br> Sacramento, CA 95838 | | | Repair Services | | | | $600.00 |

Sheet no. **10** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $  85,051.09

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**                                    ,                   Case No. **2:14-bk-12028-NB**
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Casper Electric, Inc. <br>3150 E. Yellowstone Hwy <br>Casper, WY 82609 | | | **Repair Services** | | | | $113.33 |
| ACCOUNT NO. <br> CBRE <br>c/o Burbank Mall Assoc. <br>Crown Realty & <br>Development, Inc. <br>18201 Von Karman Ave., <br>Suite 950 <br>Irvine , CA 92612 | | | **Lease store no. 70 located at 201 East Magnolia Boulevard, #383, Burbank, CA 91501** | | | | $7,247.00 |
| ACCOUNT NO. <br><br> Century Link <br>P.O. Box 91155 <br>Seattle, WA 98111-9255 | | | **Phone** | | | | $263.42 |
| ACCOUNT NO. <br><br> Century Link <br>P.O. Box 52187 <br>Phoenix, AZ 85072-2187 | | | **Phone** | | | | $1,093.01 |

Sheet no. __11__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $      8,716.76

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                          2007 USBC, Central District of California

In re **HDOS Enterprises**_____,        Case No. **2:14-bk-12028-NB**_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Century Link <br> P.O. Box 91155 <br> Seattle, WA 98111-9255 | | | Phone | | | | $219.76 |
| **ACCOUNT NO.** <br><br> Charter Communications <br> P.O. Box 60229 <br> Los Angeles, CA 90060-0229 | | | Phone | | | | $71.99 |
| **ACCOUNT NO.** <br><br> CIM Group <br> c/o James Martin del Campo <br> 6801 Hollywood Blvd. <br> Los Angeles, CA 90028 | | | Lease store no. 75 located at 2022 Montclair Plaza Lane, Montclair, CA 91763 | | | | $735.00 |
| **ACCOUNT NO.** <br><br> City of Bakersfield <br> P.O. Box 2057 <br> Bakersfield, CA 93303-2057 | | | Utilities | | | | $91.03 |

Sheet no. __12__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 1,117.78

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                              2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**_____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  City of Carlsbad (Utility) P.O. Box 9009 Carlsbad, CA 92018-9009 | | | Utilities | | | | $70.24 |
| ACCOUNT NO.  City of Cerritos P.O. Box 515163 Los Angeles, CA 90051-5163 | | | License Fee | | | | $290.70 |
| ACCOUNT NO.  City of Clovis 1033 Fifth Street Clovis, CA 93612 | | | Business License Fee | | | | $178.00 |
| ACCOUNT NO.  City of Culver City P.O. Box 507 Culver City, CA 90232-0507 | | | License Fee | | | | $684.00 |

Sheet no. __13__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **1,222.94**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re HDOS Enterprises _____,
                    **Debtor**

Case No. **2:14-bk-12028-NB** _____
                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Downey<br>P.O. Box 7016<br>Downey, CA 90241-7016 | | | License Fee | | | | $52.96 |
| ACCOUNT NO.<br><br>City of Glendale<br>Public Service Department<br>141 N. Glendale Ave Level 2<br>Glendale, CA 91206 | | | Utilities | | | | $64.66 |
| ACCOUNT NO.<br><br>City of Hayward<br>Tax and License Office<br>777 B Street<br>Hayward, CA 94541-5007 | | | License Fee | | | | $131.00 |
| ACCOUNT NO.<br><br>City of Los Angeles<br>P.O. Box 30749<br>Los Angeles, CA 90030-0749 | | | License Fee | | | | $1,055.60 |

Sheet no. __14__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 1,304.22

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,      Case No. **2:14-bk-12028-NB**_____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **City of National City** Business License Division 1243 National City Blvd. National City , CA 91950-4397 | | | License Fee | | | | $82.00 |
| ACCOUNT NO. <br><br> **City of Roseville** License Division 311 Vernon Street Roseville, CA 95678-2649 | | | License Fee | | | | $86.00 |
| ACCOUNT NO. <br><br> **City of Santa Monica** 1685 Main Street Rm 210 Santa Monica, CA 90401 | | | This claim is subject to setoff. Lease store no. 11 located at 1633 Ocean Front, Santa Monica, CA 90401 | | | | $6,991.00 |
| ACCOUNT NO. <br><br> **City of Santa Rosa** Business Licenses P.O. Box 1673 Santa Rosa, CA 95402 | | | License Fee | | | | $104.92 |

Sheet no. __15__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    7,263.92

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                          2007 USBC, Central District of California

In re HDOS Enterprises                         ,          Case No. 2:14-bk-12028-NB
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Thousand Oaks Business Tax Department 2100 E. Thousand Oaks Blvd. Thousand Oaks , CA 91362-2903 | | | License Fee | | | | $154.00 |
| ACCOUNT NO.<br>City of West Jordan 8000 S Redwood Rd West Jordan, UT 84088 | | | Utilities | | | | $73.55 |
| ACCOUNT NO.<br>Clark Pest Control P.O. Box 1480 Lodi, CA 95241-1480 | | | Pest Control Service | | | | $75.00 |
| ACCOUNT NO.<br>Colonial Life P.O. Box 903 Columbia, SC 29202-0903 | | | Insurance | | | | $1,356.45 |

Sheet no. __16__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    1,659.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                   2007 USBC, Central District of California

In re **HDOS Enterprises**                          ,          Case No. **2:14-bk-12028-NB**
_____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Comfort Mechanical Systems <br> 10612 Pullman Court <br> Rancho Cucamonga, CA 91730 | | | Repair Services | | | | $72.71 |
| ACCOUNT NO. <br><br> Commercial Refrigeration Service, Inc. <br> 2501 West Behrend Dr Ste. 39 <br><br> Phoenix, AZ 85027-4148 | | | Repair Services | | | | $712.61 |
| ACCOUNT NO. <br><br> County of Maui | | | | | | | $100.00 |
| ACCOUNT NO. <br><br> County of Riverside <br> Department of Environmental Health <br> P.O. Box 7600 <br> Riverside , CA 92513-7600 | | | License Fee | | | | $1,156.00 |

Sheet no. **17** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **2,041.32**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**                              ,          Case No. **2:14-bk-12028-NB**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> County of San Diego Department of Environmental Health P.O. Box 129261 San Diego, CA 92112-9261 | | | License Fee | | | | $1,301.00 |
| ACCOUNT NO. <br><br> Cox Communications P.O. Box 53280 Phoenix, AZ 85072-3280 | | | Phone | | | | $602.21 |
| ACCOUNT NO. <br><br> Cushman & Wakefield 2250 Town Circle Holdings c/o Spinoso Mgmt Group PO Box 956393 St. Louis, MO 63195-6393 | | | Lease store no. 101 located at 22500 Town Circle, #2145, Moreno Valley, CA 92553 | | | | $515.00 |
| ACCOUNT NO. <br><br> Cushman & Wakefield Fiesta Mall LLC c/o Spinoso MGMT Group PO Box 956415 St. Louis, MO 63195 | | | Lease store no. 181 located at 1445 W. Southern Avenue, Space 2109, Mesa, AZ 85202 | | | | $23,611.00 |

Sheet no. **18** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  **26,029.21**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                     2007 USBC, Central District of California

In re **HDOS Enterprises**_____,         Case No. **2:14-bk-12028-NB**
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** D. Otani Produce, Inc. 1321 Hart Street Honolulu, HI 96817 | | | Food | | | | $987.42 |
| **ACCOUNT NO.** Darling International, Inc. P.O. Box 671401 Dallas, TX 75267-1401 | | | Repair Services | | | | $2,428.87 |
| **ACCOUNT NO.** Del Amo Fashion Center P.O. Box 409657 Atlanta, GA 30384 | | | Lease store no. 53 located at 21712 Hawthorne Blvd #216D, Torrance, CA 90503 | | | | $3,408.00 |
| **ACCOUNT NO.** Demarco Plumbing & Drain, Inc. P.O. Box 1887 Lakeside, CA 92040-0919 | | | Repair Services | | | | $119.00 |

Sheet no. __19__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **6,943.29**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                                ,    Case No. **2:14-bk-12028-NB**
_____                        _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Derald T. Smith LC | | | Repair Services | | | | $240.14 |
| ACCOUNT NO. <br><br> Dewey Pest Control <br> P.O. Box 7114 <br> Pasadena, CA 91109-7214 | | | | | | | $35.00 |
| ACCOUNT NO. <br><br> Donald W. Lightweis <br> 1132 Stone Water Drive <br> Raleigh, NC 27603 | | | | | | | $10,000.00 |
| ACCOUNT NO. <br><br> Downtown Plaza Sacramento <br> 180 Sansome St., 12th Floor <br> San Francisco, CA 94104 | | | Lease store no. 110 located at 545 Downtown Plaza #2099, Sacramento, CA 95814 | | | | $2,922.00 |

Sheet no. **20** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **13,197.14**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                      2007 USBC, Central District of California

In re **HDOS Enterprises** _____,    Case No. **2:14-bk-12028-NB**
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DPI Specialty Foods <br> 601 Rockefeller Ave <br> Ontario, CA 91761 | | | Food | | | X | $37,130.16 |
| ACCOUNT NO. <br><br> Earthlink Business <br> P.O. Box 2252 <br> Birmingham, AL 35246-1058 | | | Phone | | | | $88.49 |
| ACCOUNT NO. <br><br> Easy Rooter <br> P.O. Box 4246 <br> Sparks, NV 89432 | | | | | | | $127.50 |
| ACCOUNT NO. <br><br> Ecolab Equipment/Gcs Service Inc. <br> 24673 Network Place <br> Chicago, IL 60673-1246 | | | Repair Services | | | | $1,222.60 |

Sheet no. __21__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    38,568.75

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re HDOS Enterprises_____,
              Debtor

Case No. 2:14-bk-12028-NB
            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. En Pointe Technologies Sales P.O. Box 514429 Los Angeles, CA 90051-4429 | | | Equipment | | | | $2,584.09 |
| ACCOUNT NO. ERGS XIV REO Owner, LLC Attn: Asset Manager 6011 Connection Dr. Irving, TX 75039 | | | Lease no. 21 located at 197 Santa Maria Town Center East, Santa Maria, CA 93454 | | | | $460.00 |
| ACCOUNT NO. FedEx P.O. Box 7221 Pasadena, CA 91109-7321 | | | | | | | $5,131.36 |
| ACCOUNT NO. Fidelity Security Life Insurance P.O. Box 632530 Cincinnati, OH 45263-2530 | | | Insurance | | | | $401.42 |

Sheet no. __22__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $      8,576.87

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                    2007 USBC, Central District of California

In re HDOS Enterprises_____,                        Case No. 2:14-bk-12028-NB
                          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>First Digital Telecom<br>Billing Department<br>P.O. Box 1499<br>Salt Lake City, UT 84110-1499 | . | | Phone | . | | | $149.33 |
| ACCOUNT NO.<br><br>Flue Steam, Inc.<br>5734 Bankfield Avenue<br>Culver City, CA 90230-6302 | | | Repair Services | | | | $869.50 |
| ACCOUNT NO.<br><br>Forest City<br>Antelope Valley Mall<br>Developers LTD<br>Terminal Tower<br>50 Public Square, Ste 1360<br>Cleveland, OH 44113 | | | Lease store no. 160 located at 1233 Rancho Vista Blvd, #805, Palmdale, CA 93551 | | | | $3,363.00 |
| ACCOUNT NO.<br><br>Forest City<br>Victoria Gardens Mall LLC<br>Terminal Tower<br>50 Public Square, Ste 1360<br>Cleveland, OH 44113 | | | Lease store no. 180 located at 12434 North Main Street, Sp #118, Rancho Cucamonga, CA 91739 | | | | $9,396.00 |

Sheet no. __23__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    13,777.83

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____,
                    Debtor

Case No. **2:14-bk-12028-NB**
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Forest City c/o BPC Henderson LLC Terminal Tower 50 Public Square, Ste 1360 Cleveland, OH 44113 | | | Lease store no. 124 located at 1300 W. Sunset Road, #2805, Henderson, NV 89014 | | | | $7,907.00 |
| ACCOUNT NO. | | | | | | | |
| Forest City c/o Temecular Town Center Association Terminal Tower 50 Public Square, Ste 1360 Cleveland, OH 44113 | | | Lease store no. 137 located 40820 Winchester Road, Space #FC4, Temecula, CA 92591 | | | | $10,311.00 |
| ACCOUNT NO. | | | | | | | |
| Forest City c/o Tusar Inc. & DND Nefferson Co. Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267 | | | Lease store no. 71 located at 1815 Hawthorne Boulevard, #309, Redondo Beach, CA 90278 | | | | $8,748.00 |
| ACCOUNT NO. | | | | | | | |
| GCI P.O. Box 99001 Anchorage, AK 99509-9001 | | | Phone | | | | $109.96 |

Sheet no. __24__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 27,075.96

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,                Case No. **2:14-bk-12028-NB**
                              **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> General Growth Provo Mall LLC 110 N. Wacker Drive Chicago, IL 60606 | | | Lease store no. 178 located at 1200 Towne Centre Blvd, Space #2086, Provo, UT 84601 | | | | $26,301.68 |
| ACCOUNT NO. <br><br> General Growth c/o Stonestown Shopping Center LP 110 N. Wacker Drive Chicago, CA 60606 | | | Lease store no. 105 located at 3251 20th Ave., Space #250~J, San Francisco, CA 94132 | | | | $12,902.00 |
| ACCOUNT NO. <br><br> General Growth HO Retail Properties I Limited Partnership Prince Kuhio Plaza 110 N. Wacker Drive Chicago, IL 60606 | | | Lease store no. 126 located at 111 E. Puainako, Space #428, Hilo, IL 96720 | | | | $7,439.00 |
| ACCOUNT NO. <br><br> General Growth Properties c/o Tyler Mall Limited Partnership 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease store no. 98 located at 1120 Galleria at Tyler, #F-6A, Riverside, CA 92503 | | | | $11,016.00 |

Sheet no. __25__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 57,658.68

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____ ,                    Case No. **2:14-bk-12028-NB**
                    Debtor                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>General Growth Properties c/o Coronado Center LLC 110 N. Wacker Dr. Chicago, IL 60606 | | | This claim is subject to setoff. Lease store no. 19 located at 6600 Menaul Boulevard, NE, Ste #40-6, Albuquerque, NM 87110 | | | | $9,678.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o GGP Meadows Mall LLC 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease store no. 37 located at 4300 Meadows Lane, #5010, Las Vegas, CA 98107 | | | | $13,747.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o General Growth Properties 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease store no. 15 located at 6191 South State, #357, Murray, UT 84107 | | | | $21,270.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o Fashion Show Mall 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease store no. 46 located at 3200 Las Vegas Blvd., Space #3150, Las Vegas, NV 89109 | | | | $12,274.00 |

Sheet no. __26__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 56,969.00

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____,    Case No. **2:14-bk-12028-NB**
                    **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>General Growth Properties c/o Glendale II Mall Associates 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease no. 26 located at 1146 Glendale Galleria, Glendale, CA 91210 | | | | $18,844.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o Valley Plaza Mall, LP 110 N. Wacker Drive Chicago, IL 60606 | | | Lease store no. 112 located at 2701 Ming Avenue, #F-9, Bakersfield, CA  93304 | | | | $11,502.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o Clackamas Mall LLC 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease store no. 47 located at 12000 S.E. 82nd Avenue, Space # L107, Happy Valley, OR 97086 | | | | $24,662.00 |
| ACCOUNT NO.<br><br>General Growth Properties c/o PDC-Eastridge Mall LLC 110 N. Wacker Dr. Chicago, IL 60606 | | | Lease no. 59 located at 601 SE Wyoming Boulevard, #187, Casper, WY 82609 | | | | $7,960.00 |

Sheet no. **27** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    62,968.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** ,
    Debtor

Case No. **2:14-bk-12028-NB**
    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **General Growth Property c/o GGP-Otay Ranch, LP Otay Ranch Towncenter 110 N. Wacker Drive Chicago, IL 60606** | | | **Lease store no. 191 located at 2015 Birch Road Sp. #503, Chula Vista, CA 91915** | | | | $17,669.00 |
| ACCOUNT NO. **Gilmcher c/o Puente Hills Mall, LLC PO Box 602062 Charlotte, NC 28260-2062** | | | **Lease store no. 32 located at 1600 S. Azusa Avenue, Unit #169G, City of Industry, CA 91748** | | | | $11,163.00 |
| ACCOUNT NO. **Girolami Legal Group A.P.C. 501 West Broadway, Ste 1865 San Diego, CA 92101** | | | **Legal Services** | | | | $494.25 |
| ACCOUNT NO. **Gold Medal Products 10700 Medallion Drive Cincinnati, OH 45241-4807** | | | **Food** | | | | $198.57 |

Sheet no. **28** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 29,524.82

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re HDOS Enterprises_____,    Case No. 2:14-bk-12028-NB
           Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hansen Distribution Group <br> P.O. Box 820 <br> Pearl City, HI 96782 | | | Food | | | | $64,878.97 |
| ACCOUNT NO. <br><br> Hawaii Electric Light Co., Inc. <br> P.O. Box 3978 <br> Honolulu, HI 96812-3978 | | | Utilities | | | | $3,320.99 |
| ACCOUNT NO. <br><br> Hawaii Medical Service Assoc. <br> Hmsa Cashiers <br> P.O. Box 29330 <br> Honolulu, HI 96808-1730 | | | Medical Insurance | | | | $2,357.76 |
| ACCOUNT NO. <br><br> Hawaiian Telecom <br> P.O. Box 30770 <br> Honolulu, HI 96820-0770 | | | Phone | | | | $113.09 |

Sheet no.__29__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 70,670.81

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____ ,
           **Debtor**

Case No. **2:14-bk-12028-NB**
             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Health & Human Resource Center | | | Insurance | | | | $306.34 |
| ACCOUNT NO. <br><br> Hilo Products, Inc. <br> 41 Makaala Street <br> Hilo, HI 96720-5106 | | | Food | | | | $414.56 |
| ACCOUNT NO. <br><br> Home Team Pest Defense, Inc. <br> 1170 W National Dr., Ste 90 <br> Sacramento, CA 95834-2936 | | | | | | | $45.60 |
| ACCOUNT NO. <br><br> Hunter-Davisson, Inc. <br> 1800 Se Pershing Street <br> Portland, OR 97202 | | | | | | | $612.53 |

Sheet no. __30__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **1,379.03**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,    Case No. **2:14-bk-12028-NB**_____
           Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> International Environmental 24516 Network Place Chicago, IL 60673-1245 | | | Utilities | | | | $8,561.08 |
| ACCOUNT NO. <br><br> iPROMOTEu Dept La 23232 Pasadena, CA 91185-3232 | | | | | | | $441.50 |
| ACCOUNT NO. <br><br> Iron Mountain Records P.O. Box 601002 Pasadena, CA 91189-1002 | | | | | | | $1,454.94 |
| ACCOUNT NO. <br><br> Isotech Pest Management P.O. Box 4215 Covina, CA 91723 | | | | | | | $40.00 |

Sheet no. __31__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 10,497.52

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                          2007 USBC, Central District of California

In re **HDOS Enterprises** _____,        Case No. **2:14-bk-12028-NB**
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> J.D. Zentz, Inc. <br> 2006 Southern Blvd, Ste 106 <br> Rio Rancho, NM 87124 | | | **Repair Services** | | | | $177.62 |
| **ACCOUNT NO.** <br><br> Jack L. Sharp | | | **Repair Services** | | | | $137.00 |
| **ACCOUNT NO.** <br><br> Jan-Pro Cleaning Systems <br> 3875 Hopyard Road, Ste 194 <br> Pleasanton, CA 94588 | | | | | | | $195.00 |
| **ACCOUNT NO.** <br><br> Jay B. Kowallis <br> 1500 Shadow Hills Drive <br> San Marcos, CA 92069 | | | 9/30/13 <br><br> **Severance** | | | | $14,237.93 |

Sheet no. **32** of **73** continuation sheets attached                Subtotal▶ | $ | **14,747.55**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                          Total▶ | $ |
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable on the Statistical
                                        Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re **HDOS Enterprises** _____ ,    Case No. **2:14-bk-12028-NB**
        **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jeffrey Allen Bell | | | Repair Services | | | | $100.00 |
| ACCOUNT NO. <br><br> Jones Lang LaSalle c/o The Trustees of the Estate of Bernice Pauahi Bishop Kawaiaha'o Plaza, Suite 200 567 S. King Street Honolulu, HI 96813 | | | Lease store no. 58 located at 46-056 Kamehameha Highway, Space #FC-2, Kaneohe, HI 96744 | | | | $15,057.00 |
| ACCOUNT NO. <br><br> Jones Lang LaSalle c/o Daly City Serramonte Center 3424 Peachtree Road, Suite 300 Atlanta, GA 30326 | | | Lease store no. 57 located at 80-B Serramonte Center, Daly City, CA 94015 | | | | $9,437.00 |
| ACCOUNT NO. <br><br> Jones Lang LaSalle Layton Hills Mall CMBS, LLC 3424 Peachtree Road, Ste 300 Atlanta, GA 30326 | | | Lease store no. 170 located at 1076 Layton Hills Mall FC-05, Layton, UT 84041 | | | | $438.00 |

Sheet no. __33__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 25,032.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                        2007 USBC, Central District of California

In re **HDOS Enterprises**_____,                    Case No. **2:14-bk-12028-NB**
                        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jones Lang LaSalle QKC Maui Owner LLC Seligman Western Properties 600 Montgomery Street, 40th Floor San Francisco, CA 94111 | | | Lease no. 194 located at 275 West Ka'ahumanu Avenue, Sp. FC06, Kahului, HI 96732 | | | | $44,430.00 |
| ACCOUNT NO. Kester Environmental Services, Inc. | | | Utilities | | | | $1,399.44 |
| ACCOUNT NO. Keystone Pest Control 28306 Industrial Blvd Suite Hayward, CA 94545 | | | Repair Services | | | | $35.00 |
| ACCOUNT NO. Klann, LP PO Box 15005 Santa Ana, CA 92735 | | | Lease store no. 300 located at 1021 S. Linwood Avenue, Santa Ana, CA 92705 | | | | $5,121.00 |

Sheet no. __34__ of __73__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 50,985.44

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re <u>HDOS Enterprises</u>_____,
            **Debtor**

Case No. <u>2:14-bk-12028-NB</u>
              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** LA Blue Plumbing, Heating & A/C 8100 S. 2nd Avenue Inglewood, CA 90305 | | | Repair Services | | | | $199.00 |
| **ACCOUNT NO.** LA Department of Water and Power P.O. Box 30808 Los Angeles, CA 90030-0808 | | | Utilities | | | | $725.53 |
| **ACCOUNT NO.** Labatt/Zanios | | | Food | | | | $10,240.00 |
| **ACCOUNT NO.** Land Value Management Lanvalue 77, LLC Sierra Vista Mall 1050 Shaw Ave., Suite 1075 Clovis, CA 93612 | | | Lease store no. 102 located at 1050 Shaw Avenue, #1054, Clovis, CA 93612 | | | | $3,387.00 |

Sheet no.__**35**__ of __**73**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **14,551.53**

Total➤ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**         ,      Case No. **2:14-bk-12028-NB**

         Debtor                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Landsberg <br> P.O. Box 101144 <br> Pasadena, CA 91189-1144 | | | | | | | $384.39 |
| ACCOUNT NO. <br><br> Laurie Sonia <br> 42029 Pine Needle St <br> Temecula, CA 92591 | | | 9/30/13 <br><br> Severance | | | | $15,259.06 |
| ACCOUNT NO. <br><br> Law Offices of Brian Cole <br> P.O. Box 3513 <br> Manhattan Beach, CA 90266 | | | Legal Services | | | | $1,789.65 |
| ACCOUNT NO. <br><br> Lee Hecht Harrison <br> Dept Ch# 10544 <br> Palatine, IL 60055-0544 | | | | | | | $12,000.00 |

Sheet no. **36** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     29,433.10

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**                                        ,                    Case No. **2:14-bk-12028-NB**
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Legacy Management LLC Ensign Properties 716 E. 4500 South, Ste N260 Murray, UT 84107 | | | Lease store no. 205 located at 2946 West 4700 South, West Valley City, UT  84118 | | | | $2,601.00 |
| ACCOUNT NO. Littler Mendelson | | | Legal Services | | | | $156.00 |
| ACCOUNT NO. Lloyd Pest Control 1331 Morena Blvd, Ste 300 San Diego, CA 92110-1598 | | | Pest Control | | | | $376.00 |
| ACCOUNT NO. Macerich c/o WM Inland Investors, LP 401 Wilshire Blvd., Ste 700 Santa Monica, CA 90407 | | | Lease store no. 164 located at 110 Inland Center, Unit J, San Bernardino, CA 92408 | | | | $6,430.00 |

Sheet no. __37__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **9,563.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises** _____,                    Case No. **2:14-bk-12028-NB**
                        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Macerich <br> **Arden Fair Associates, LP** <br> **PO Box 849473** <br> **Los Angeles, CA 90084** | | | **Lease store no. 921 located at 1868 Arden Way, #2016, Sacramento, CA 95833** | | | | $5,121.00 |
| **ACCOUNT NO.** <br><br> Macerich <br> **c/o Arden Fair Associates, LP** <br> **Dept 2596-7000** <br> **Los Angeles, CA 90084** | | | **Lease store no. 121 located at 1868 Arden Way, #1104, Sacramento, CA 95833** | | | | $12,366.00 |
| **ACCOUNT NO.** <br><br> **Macerich Buenaventura Limited Partnership** <br> **401 Wilshire Blvd., Ste 700** <br> **Santa Monica, CA 90407** | | | **Lease store no. 153 located at 3301 E. Main Street, Sp #2541, Ventura, CA 93003** | | | | $6,818.00 |
| **ACCOUNT NO.** <br><br> **Macerich Cerritos, LLC** <br> **401 Wilshire Blvd., Suite 700** <br> **Santa Monica, CA 90407** | | | **Lease store no. 85 located at 121 Los Cerritos Center, Cerritos, CA 90703** | | | | $11,098.00 |

Sheet no. __38__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   35,403.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**                                    ,          Case No. **2:14-bk-12028-NB**
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Macerich Fresno Limited Partnership <br> 401 Wilshire Blvd., Suite 700 <br> Santa Monica, CA  90407 | | | Lease store no. 76 located at 521 East Shaw Avenue, #101, Fresno, CA 93710 | | | | $12,180.00 |
| ACCOUNT NO. <br><br> Macerich Oaks, LLC <br> 401 Wilshire Blvd <br> Suite 700 <br> Santa Monica, CA 90407 | | | Lease store  no. 36 located at 382 W. Hillcrest Drive, Suite 6, Thousand Oaks, CA 91360 | | | | $13,046.00 |
| ACCOUNT NO. <br><br> Macerich South Towne Limited Partnership <br> 401 Wilshire Blvd., Ste 700 <br> Santa Monica, CA 90407 | | | Lease store no. 159 located at 10450 South State Street, Sandy, UT 84070 | | | | $8,646.00 |
| ACCOUNT NO. <br><br> Macerich Stonewood LLC <br> 401 Wilshire Blvd., Ste 700 <br> Santa Monica, CA 90407 | | | Lease store no. 182 located at 109 Stonewood St. spc# FC 11, Downey, CA 90241 | | | | $22,175.00 |

Sheet no. **39** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  |  $   **56,047.00**

Total▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re **HDOS Enterprises**                          ,    Case No. **2:14-bk-12028-NB**
Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Macerich Victor Valley, LLC <br> 401 Wilshire Blvd., Suite 700 <br> Santa Monica, CA 90407 | | | Lease store no. 88 located at 14440 Bear Valley Road, Suite #725-B, Victorville, CA 92392 | | | | $7,751.00 |
| ACCOUNT NO. <br><br> Macerich Vintage Faire, LP <br> 401 Wilshire Blvd. <br> Suite 700 <br> Santa Monica, CA 90407 | | | Lease no. 29 located at 3401 Dale Road, #443, Modesto, CA 95356 | | | | $15,903.00 |
| ACCOUNT NO. <br><br> Macerich Westside LP/Macerich Westside Property LLC <br> P.O. Box 849446 <br> Los Angeles, CA 90084-9446 | | | Rent | | | | $36,456.38 |
| ACCOUNT NO. <br><br> Macerich Westside Pavilion Property LLC <br> 401 Wilshire Blvd., Ste 700 <br> Santa Monica, CA 90407 | | | Lease store no. 120 located at 10800 W. Pico Blvd., Los Angeles, CA 90064 | | | | $36,789.00 |

Sheet no. **40** of **73** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    96,899.38

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                    2007 USBC, Central District of California

In re <u>HDOS Enterprises</u>,                                   Case No. <u>2:14-bk-12028-NB</u>
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Macerich/Westcor Westday Associates Limited Partner** c/o Macerich Company 401 Wilshire Blvd., Ste 700 Santa Monica, CA 90407 | | | **Lease store no. 190 located at 4550 East Cactus Road, #107, Phoenix, AZ 85032** | | | | $34,215.00 |
| ACCOUNT NO.<br>**Maricopa County** P.O. Box 52133 Phoenix, AZ 85072-2133 | | | **License Fee** | | | | $315.00 |
| ACCOUNT NO.<br>**Market Equipment & Repair, Inc.** 7300 Quimby Street Paramount, CA 90723 | | | | | | | $768.02 |
| ACCOUNT NO.<br>**Marnie Purvis** 2569 High Trail Ct Chula Vista, CA 91914 | | | **1/26/14**<br>**Severance** | | | | $28,929.64 |

Sheet no. <u>41</u> of <u>73</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  | $ | 64,227.66

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                2007 USBC, Central District of California

In re **HDOS Enterprises**                          ,          Case No. **2:14-bk-12028-NB**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Maverick/Thomas Frank Aldrich | | | | | | | $47.50 |
| ACCOUNT NO. | | | | | | | |
| McDonald Wholesale Co. Accounts Receivable Department P.O. Box 2340 Eugene, OR 97402 | | | Food Service | | | | $8,043.82 |
| ACCOUNT NO. | | | | | | | |
| Megapath Corp. Dept 0324 P.O. Box 120324 Dallas, TX 75312-0324 | | | Phone | | | | $488.12 |
| ACCOUNT NO. | | | | | | | |
| Midstate Mechanical, Inc. 1850 E. Riverview Drive Phoenix, AZ 85034 | | | Repair Services | | | | $153.00 |

Sheet no. __42__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 8,732.44

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises** _____,        Case No. **2:14-bk-12028-NB** _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Modesto Irrigation District<br>P.O. Box 5355<br>Modesto, CA 95352-5355 | | | Utilities | | | | $1,177.97 |
| ACCOUNT NO.<br><br>Mr. Copy<br>5657 Copley Drive<br>San Diego, CA 92111 | | | | | | | $47.91 |
| ACCOUNT NO.<br><br>NCR-Radiant Systems Inc.<br>P.O. Box 198755<br>Atlanta, GA 30384-8755 | | | Equipment | | | | $306.00 |
| ACCOUNT NO.<br><br>Neighborly Pest Mangement, Inc.<br>324 Riverside Ave<br>Roseville, CA 95678 | | | Pest Control | | | | $53.00 |

Sheet no. __43__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        1,584.88

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                         2007 USBC, Central District of California

In re HDOS Enterprises _____,          Case No. 2:14-bk-12028-NB
                            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Nevada Department of Taxation**<br>**P.O. Box 52674**<br>**Phoenix, AZ 85072-2674** | | | License Fee | | | | $764.29 |
| **ACCOUNT NO.**<br><br>**Nicholas and Company, Inc.**<br>**P.O. Box 45005**<br>**5520 W. Harold Gatty Road**<br>**Salt Lake City, UT 84116** | | | Food | | | | $142,890.43 |
| **ACCOUNT NO.**<br><br>**Nicholas L. Saakvitne**<br>**532 Colorado Ave**<br>**Santa Monica, CA 90401** | | | | | | | $0.00 |
| **ACCOUNT NO.**<br><br>**North County Fair LP**<br>**Bank of America**<br>**File Number 55697**<br>**Los Angeles , CA 90074-5697** | | | Rent | | | | $33,390.09 |

Sheet no. __44__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 177,044.81

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **HDOS Enterprises** _____ ,
        Debtor

Case No. **2:14-bk-12028-NB**
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NV Energy <br> P.O. Box 30086 <br> Reno, NV 89520-3086 | | | Utilities | | | | $1,203.24 |
| ACCOUNT NO. <br><br> OC Ice/Chino Ice | | | Food | | | | $378.00 |
| ACCOUNT NO. <br><br> Olympic Mall Services <br> P.O. Box 800336 <br> Houston , TX 77280-0336 | | | Utilities | | | | $414.47 |
| ACCOUNT NO. <br><br> Olympic Mojave Services <br> P.O. Box 55287 <br> Houston, TX 77280-0336 | | | Utilities | | | | $455.51 |

Sheet no. __45__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 2,451.22

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re HDOS Enterprises                              ,        Case No. 2:14-bk-12028-NB
                    Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Olympic Sunset Services P.O. Box 19930 Fountain Hills , AZ 85269-9930 | | | Utilities | | | | $687.00 |
| ACCOUNT NO. Orkin Exterminating Co., Inc. P.O. Box 1504 Atlanta, GA 30301-1504 | | | | | | | $1,577.92 |
| ACCOUNT NO. Pacific Gas & Electric Company P.O. Box 997300 Sacramento, CA 95899-7300 | | | Utilities | | | | $12,642.57 |
| ACCOUNT NO. Pacific Guardian Life Insurance P.O. Box 1300 Honolulu, HI 96807-1300 | | | Medical Insurance | | | | $2,339.07 |

Sheet no. __46__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    17,246.56

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____,    Case No. **2:14-bk-12028-NB**
      **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Pacific Rim Mechanical, Inc. 7655 Convoy Court San Diego, CA 92111 | | | Repair Services | | | | $429.75 |
| ACCOUNT NO. Patton Air Conditioning 272 North Palm Ave. Fresno, CA 93701 | | | Repair Services | | | | $306.00 |
| ACCOUNT NO. PHSI Pure Water Finance P.O. Box 404582 Atlanta, GA 30384-4582 | | | Equipment | | | | $69.12 |
| ACCOUNT NO. Polar Ref. & Restaurant Equipment 6446 Homer Drive Anchorage, AK 99518 | | | | | | | $615.80 |

Sheet no. __47__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 1,420.67

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                              2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Premier Pest Control<br>2268 Cassatt Drive<br>Henderson, NV 89074 | | | Pest Control | | | | $35.00 |
| ACCOUNT NO. <br><br>Principal Financial Group<br>P.O. Box 777<br>Des Moines, IA 50303-0777 | | | | | | | $5,295.74 |
| ACCOUNT NO. <br><br>Pro Back Office, LLC<br>5090 Shorehamplace, Suite 110<br>San Diego, CA 92122 | | | | | | | $398.25 |
| ACCOUNT NO. <br><br>Provo City Utilities<br>P.O. Box 658<br>Provo, UT 84603-0658 | | | Utilities | | | | $486.06 |

Sheet no. __48__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 6,215.05

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                              Case No. **2:14-bk-12028-NB**
_____,                              _____
**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> QKC Maui Owner LLC <br> Bank of Hawaii <br> P.O. Box 31000 <br> Honolulu , HI 96849-5479 | | | Rent | | | | $44,341.14 |
| ACCOUNT NO. <br><br> Quality Commerical Pest Control <br> 9774 Crescent Center Dr #504 <br> Rancho Cucamonga, CA 91730 | | | | | | | $50.00 |
| ACCOUNT NO. <br><br> Ramco Refrigeration & A/C <br> 3921 E Miraloma Avenue <br> Anaheim, CA 92806-6201 | | | Repair Services | | | | $0.00 |
| ACCOUNT NO. <br><br> Ray May Plumbing | | | | | | | $129.99 |

Sheet no. __49__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $  44,521.13

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**                          ,
                    **Debtor**

Case No. **2:14-bk-12028-NB**
                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Redlands Plumbing, Heating & Air 429 Texas Street Redlands, CA 92374 | | | Repair Services | | | | $325.00 |
| ACCOUNT NO. | | | | | | | |
| Retail Properties of America,Inc. RPAI Southwest MGMT LLC PO Box 413007 Salt Lake City, UT 84141 | | | Lease store no. 173 located at 140 S. Rio Grande St. #5, Salt Lake City, UT  84101 | | | | $18,608.00 |
| ACCOUNT NO. | | | | | | | |
| RH Air Conditioning Services, Inc. P.O. Box 580900 Modesto, CA 95358 | | | Repair Services | | | | $1,175.07 |
| ACCOUNT NO. | | | | | | | |
| RMG - Resource Management Group 4686 Mercury Street San Diego, CA 92111 | | | Utilities | | | | $247.59 |

Sheet no. __50__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **20,355.66**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                        2007 USBC, Central District of California

In re <u>HDOS Enterprises</u>_____,                    Case No. <u>2:14-bk-12028-NB</u>
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rocky Mountain Mechanical Systems<br>951 Vallejo Street<br>Denver, CO 80204 | | | Repair Services | | | | $357.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Power<br>1033 Ne 6th Ave<br>Portland, OR 97256-0001 | | | Utilities | | | | $2,688.30 |
| ACCOUNT NO.<br><br>Roto-Rooter<br>2141 Industrial Court<br>Vista, CA 92081 | | | | | | | $327.42 |
| ACCOUNT NO.<br><br>Rouse Properties<br>Rouse Properties<br>1114 Avenue of the Americas, Suite 2800<br>New York, NY 10036 | | | Lease store no. 87 located at #2073 NewPark Mall, Newark, CA 94560 | | | | $17,315.00 |

Sheet no. __51__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,687.72**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,        Case No. **2:14-bk-12028-NB**
                    Debtor                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rouse Properties <br> c/o c/o Southland Mall LP <br> 110 N. Wacker Dr. <br> Chicago, IL 60606 | | | Lease store no. 73 located at 13 Southland Mall Dr., Hayward, CA 94545 | | | | $603.00 |
| ACCOUNT NO. <br><br> Rouse Properties <br> c/o Tracy Mall Partners, LP <br> 110 N. Wacker Drive <br> Chicago, IL 60606 | | | Lease store no. 122 located at 3200 N. Naglee Road, Sp #185, Tracy, CA  95304 | | | | $23,062.00 |
| ACCOUNT NO. <br><br> Rubber Stamp Champ <br> 409 Enterprise Street <br> San Marcos, CA 92078 | | | | | | | $647.46 |
| ACCOUNT NO. <br><br> Rudd's Restaurant Repair <br> 17100-B Bear Valley Rd #434 <br> Victorville, CA 92395 | | | Repair Services | | | | $293.40 |

Sheet no.__**52**__ of __**73**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸ | $ | 24,605.86

Total▸ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **HDOS Enterprises**                                        ,          Case No. **2:14-bk-12028-NB**
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>S & R Electric Inc. | | | | | | | $1,620.93 |
| ACCOUNT NO.<br><br>Sacramento Municipal Utility<br>P.O. Box 15555<br>Sacramento, CA 95852-1555 | | | Utilities | | | | $607.67 |
| ACCOUNT NO.<br><br>Safeguard Business Systems, Inc.<br>P.O. Box 88043<br>Chicago, IL 60680-1043 | | | | | | | $247.69 |
| ACCOUNT NO.<br><br>San Diego Gas & Electric Company<br>P.O. Box 25110<br>Santa Ana, CA 92799-5110 | | | Utilities | | | | $6,698.02 |

Sheet no.__**53**__ of __**73**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  | $ | 9,174.31

Total▷  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.    2007 USBC, Central District of California

In re HDOS Enterprises _____,    Case No. 2:14-bk-12028-NB
                    Debtor                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sanford, Semchak & Speights, Inc. <br> 1125 West Columbus <br> Bakersfield, CA 93301 | | | Repair Services | | | | $165.00 |
| ACCOUNT NO. <br><br> SAS Investment Co. <br> 20825 E. Canyon Ridge Lane <br> Walnut, CA 91789 | | | Lease store no. 206 located at 14777 Bear Valley Rd, Hesperia, CA  92345 | | | | $7,766.00 |
| ACCOUNT NO. <br><br> Satterfield Helm Mgmt Conventry III/Satterfield Helm 3601 S. 2700 West, Ste G128 West Valley City, UT 84119 | | | Lease store no. 176 located at 1200 Towne Centre Blvd, Space #2086, Provo, UT 84601 | | | | $10,862.00 |
| ACCOUNT NO. <br><br> Shamrock Foods Company P.O. Box 843539 Los Angeles, CA 90084-3539 | | | Food | | | | $688,988.92 |

Sheet no. __54__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    707,781.92

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re HDOS Enterprises
_____,
Debtor

Case No. 2:14-bk-12028-NB
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shin & Kim <br> 8th Floor, State Tower <br> 100 Toegye-Ro, Jung-Gu <br> Seol, Korea 100-052 | | | Legal Services | | | | $50,871.00 |
| ACCOUNT NO. <br><br> Simon Property Group <br> Montebello Town Center Investors <br> P.O. Box 748283 <br> Los Angeles, CA 90074-8283 | | | Lease store no. 74 located at 1644 Montebello Town Center, Montebello, CA 90640 | | | | $10,650.00 |
| ACCOUNT NO. <br><br> Simon Property Group <br> c/o The Retail Property Trust <br> M.S. Management Associates, Inc. <br> 225 West Washington Street <br> Indianapolis, IN 46204 | | | Lease store no. 16 located at 2111 Westminster Mall, Westminster, CA 92683 | | | | $8,289.00 |
| Additional Contacts for Simon Property Group: <br><br> Simon Property Group | | | | | | | |

Sheet no. __55__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 69,810.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                        2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**
                            Debtor                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Simon Property Group<br>The Retail Property Trust<br>M. S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | | | Lease store no. 193 located at 14200 E. Alameda Ave, Unit #2071A, Aurora, CO 80012 | | | | $12,150.00 |
| ACCOUNT NO.<br>Simon Property Group<br>c/o MS Management Associates, Inc.<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | | | Lease store no. 41 located at 1005 The Shops at Mission Viejo, Sp. VC-05, Mission Viejo, CA 92691 | | | | $12,708.00 |
| ACCOUNT NO.<br>Simon Property Group<br>c/o EMI Santa Rosa Limited Partnership<br>M.S. Management Associates, Inc.<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | | | Lease store no. 54 located at 2103 Santa Rosa Plaza, Santa Rosa, CA 95401 | | | | $6,932.00 |
| ACCOUNT NO.<br>Simon Property Group<br>The Retail Property Trust<br>M.S. Management Assoc., Inc.<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | | | Lease store no. 61 located at 2153 Brea Mall, Brea, CA 92821 | | | | $23,134.00 |

Sheet no. __56__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 54,924.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                          2007 USBC, Central District of California

In re __HDOS Enterprises_____,          Case No. __2:14-bk-12028-NB_____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Simon Property Group c/o The Mills 5425 Wisconsin Avenue Chevy Chase, MD 20815 | | | Lease store no. 116 located at 610 Great Mall Drive, Milpitas, CA  95035 | | | | $10,471.00 |
| ACCOUNT NO. | | | | | | | |
| Simon Property Group c/o Northwestern Simon, Inc. M.S. Management Associates, Inc. 225 W. Washington Street Indianapolis, IN 46204-3438 | | | Lease store no. 90 located at 320 West 5th Street, Sp #406, anchorage, AK 99501 | | | | $7,332.00 |
| ACCOUNT NO. | | | | | | | |
| Simon Property Group c/o Fashion Valley Mall LLC M. S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 | | | Lease store no. 140 located at 7007 Friars Road, Suite 925, San Diego, CA 92108 | | | | $22,032.00 |
| ACCOUNT NO. | | | | | | | |
| Simon Property Group c/o Stoneridge Properties, LLC M. S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 | | | Lease store no. 127 located at 2463 Stoneridge Mall, Pleasanton, CA 94588 | | | | $9,732.00 |

Sheet no.__57__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ | 49,567.00

Total▶  | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,    Case No. **2:14-bk-12028-NB**_____
                        **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** |  |  |  |  |  |  |  |
| **Simon Property Group c/o Meadowood Mall SPE, LLC PO Box 404553 Atlanta, GA 30384** |  |  | **Lease store no. 123 located at 1 Meadowood Mall, Space #H-104, Reno NV 89502** |  |  |  | **$5,824.00** |
| **ACCOUNT NO.** |  |  |  |  |  |  |  |
| **simon Property Group LP c/o M. S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204** |  |  | **Lease store no. 125 located at 10000 Coors Blvd. NW, #VC4, Albuquerque, NM 87114** |  |  |  | **$12,347.00** |
| **ACCOUNT NO.** |  |  |  |  |  |  |  |
| **SOS Services, Inc. 12888 Western Avenue Garden Grove, CA 92841** |  |  | **Repair Services** |  |  |  | **$605.75** |
| **ACCOUNT NO.** |  |  |  |  |  |  |  |
| **South Valley Water Reclamation** |  |  | **License Fee** |  |  |  | **$112.73** |

Sheet no.__**58**__of__**73**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **18,889.48**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re __HDOS Enterprises_____ ,          Case No. __2:14-bk-12028-NB____
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Southern California Edison Co. <br> P.O. Box 300 <br> Rosemead, CA 91772-0001 | | | Utilities | | | | $15,923.79 |
| ACCOUNT NO. <br><br> Southwest A/C Service, Inc. <br> 3020 S. Valley View Blvd. <br> Las Vegas, NV 89193-8890 | | | Repair Services | | | | $1,066.09 |
| ACCOUNT NO. <br><br> Southwest Gas Corporation <br> P.O. Box 98890 <br> Las Vegas, NV 89193-8890 | | | Utilities | | | | $131.97 |
| ACCOUNT NO. <br><br> Sprague Co. Inc. <br> P.O. Box 2222 <br> Tacoma, WA 98401-2222 | | | | | | | $28.35 |

Sheet no. __59__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 17,150.20

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                     2007 USBC, Central District of California

In re **HDOS Enterprises** _____,          Case No. **2:14-bk-12028-NB**
                   **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Standard Parking <br> 450 West 100 South <br> Salt Lake City, UT 84101 | | | | | | | $58.93 |
| ACCOUNT NO. <br><br> Staples Contract & Commercial <br> P.O. Box 83689 <br> Chicago, IL 90696-3689 | | | Supplies | | | | $3,130.77 |
| ACCOUNT NO. <br><br> Starwood Retail <br> Northridge Owner LP <br> PO Box 844767 <br> Los Angeles, CA 90084-4767 | | | Lease store no. 100 located at 1590 Northridge Mall, Salinas, CA 93906 | | | | $3,794.00 |
| ACCOUNT NO. <br><br> Starwood Retail <br> c/o Star-West Parkway Mall LP <br> PO Box 844767 <br> Los Angeles, CA 90084-4767 | | | Lease store no. 24 located at 713 Parkway Plaza, El Cajon, CA 92020 | | | | $9,126.00 |

Sheet no. __60__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    16,109.70

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises** _____,    Case No. **2:14-bk-12028-NB**
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Starwood Retail c/o Star-West Solano PO Box 844767 Los Angeles, CA 90084-4767 | | | Lease store no. 89 located at 1350 Travis Boulevard, Ste 1515, Fairfield, CA 94533 | | | | $7,181.00 |
| ACCOUNT NO. <br><br> Starwood Retail c/o Plaza West Covina LP PO Box 844824 Los Angeles, Ca 90084 | | | Lease store no. 109 located at 803 Plaza Drive, West Covina, CA 91790 | | | | $11,176.00 |
| ACCOUNT NO. <br><br> Stockdale Aire, Inc. P.O. Box 80477 Bakersfield, CA 93380-0477 | | | Repair Services | | | | $122.00 |
| ACCOUNT NO. <br><br> Super Service Plumbing | | | | | | | $423.17 |

Sheet no. __61__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 18,902.17

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                                    2007 USBC, Central District of California

In re **HDOS Enterprises** _____,                    Case No. **2:14-bk-12028-NB** _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Surewest <br> P.O. Box 30697 <br> Los Angeles, CA 90030-0697 | | | Phone | | | | $80.71 |
| ACCOUNT NO. <br><br> Susquehanna Commercial Finance <br> 2 Country View Rd, Ste 300 <br> Malvern, PA 19355 | | | Equipment | | | | $1,203.34 |
| ACCOUNT NO. <br><br> Swire Coca-Cola USA <br> P.O. Box 1410 <br> Draper, UT 84020-1410 | | | Food | | | | $134.20 |
| ACCOUNT NO. <br><br> System4 of Southern California <br> 1945 Camino Vida Roble, Ste O <br> Carlsbad, CA 92008 | | | Repair Services | | | | $279.00 |

Sheet no. __62__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 1,697.25

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                   2007 USBC, Central District of California

In re **HDOS Enterprises** _____ ,          Case No. **2:14-bk-12028-NB** _____
                     **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Talisman c/o Fashion Outlet of Las Vegas, LLC 4000 Ponce de Leon Blvd., Ste 420 Coral Gables, FL 33146 | | | Lease store no. 130 located at 32100-442 P Las Vegas Blvd., South, Primm, NV 89019 | | | | $6,696.00 |
| **ACCOUNT NO.** Terminix Processing Center P.O. Box 742592 Cincinnatti, OH 45274-2592 | | | Repair Services | | | | $255.00 |
| **ACCOUNT NO.** Terramar Retail Center LLC 5973 Avenida Encinas, Ste 300 Carlsbad, CDA 92008 | | | Lease store no. 201 located at 260 Suite B, North El Camino Real, Encinitas, CA 92024 | | | | $6,875.00 |
| **ACCOUNT NO.** The Gas Company P.O. Box C Monterey Park, CA 91756 | | | Utilities | | | | $78.58 |

Sheet no. __63__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   13,904.58

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,                    Case No. **2:14-bk-12028-NB**_____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The Icee Company <br> Dept La 21078 <br> Pasadena, CA 91185-1078 | | | Repair Services | | | | $325.71 |
| ACCOUNT NO. <br><br> The Macerich Partnership, LP <br> 401 Wilshire Blvd., Suite 700 <br> Santa Monica, CA 90407 | | | Lease store no. 64 located at 1855 41st Avenue, Space #R-2, Capitola, CA 95010 | | | | $5,378.00 |
| ACCOUNT NO. <br><br> The Retail Property Trust <br> P.O. Box 35475 <br> Newark, NJ 07193 | | | Lease store no. 192 located at 5620 Paseo del Norte, Unit C126, Carlsbad,  CA 92008 | | | | $2,700.00 |
| ACCOUNT NO. <br><br> Time Warner Cable <br> P.O. Box 60074 <br> City of Industry, CA 91716-0074 | | | Phone | | | | $800.00 |

Sheet no. __64__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 9,203.71

Total▶ | $ | .
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re **HDOS Enterprises**_____,    Case No. **2:14-bk-12028-NB**_____
            **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  TME Red Rock Plaza 2999 N. 44th Street, Ste 425 Phoenix, AZ 85018 | | | Lease store no. 207 located at 5181 W Charleston Blvd, #110, Las Vegas, NV 89146 | | | | $3,973.00 |
| ACCOUNT NO.  Tridea Partners 380 Stevens Ave #305 Solana Beach, CA 92075 | | | Software | | | | $825.00 |
| ACCOUNT NO.  United Team Mechanical, LLC P.O. Box 257 Kaysville, UT 84037 | | | Repair Services | | | | $1,396.44 |
| ACCOUNT NO.  Val's Plumbing & Heating, Inc. 413 Front St. Salinas, CA 93901-3609 | | | Repair Services | | | | $387.28 |

Sheet no. __65__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    **6,581.72**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                          ,          Case No. **2:14-bk-12028-NB**
            **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Van Deusen & Levitt Associates, Inc.<br>180 Post Road East<br>Westport , CT 06880 | | | Marketing Services | | | | $35,026.49 |
| ACCOUNT NO.<br><br>VCG-South Bay Pavillion, LLC<br>11611 San Vincente Blvd<br>Suite 1000<br>Los Angeles, CA 90049 | | | Lease store no. 49 located at 463 Carson Mall, Carson, CA 90746 | | | | $485.00 |
| ACCOUNT NO.<br><br>Verizon California<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | | | Phone | | | | $2,197.89 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | | | Phone | | | | $1,513.78 |

Sheet no. **66** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 39,223.16

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re HDOS Enterprises _____,    Case No. 2:14-bk-12028-NB
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VIP Food Service <br> P.O. Box 517 <br> Kahului, HI 96733 | | | Food | | | | $119.60 |
| ACCOUNT NO. <br><br> Vistar Corporation <br> P.O. Box 951080 <br> Dallas, TX 75395-1080 | | | Food | | | | $2,395.84 |
| ACCOUNT NO. <br><br> W/A SVT Holdings VI, LLC <br> 900 N. Michigan Ave., Ste 1900 <br> Chicago, IL 60611 | | | Lease store no. 183 located at 1555 Simi Town Center Way, Sp #810, Simi Valley, CA  93065 | | | | $8,501.00 |
| ACCOUNT NO. <br><br> Waste Management <br> P.O. Box 78251 <br> Phoenix, AZ 85062-8251 | | | Utilities | | | | $161.64 |

Sheet no. __67__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    11,178.08

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                        2007 USBC, Central District of California

In re **HDOS Enterprises**_____,          Case No. **2:14-bk-12028-NB**_____
                 **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Waste Management P.O. Box 78251 Phoenix, AZ 85062-8251 | | | Utilities | | | | $908.05 |
| ACCOUNT NO. West Coast Mechanical | | | Repair Services | | | | $677.66 |
| ACCOUNT NO. West End Partners 1482 East Valley Road Suite 245 Santa Barbara, CA 93108 | | | Consulting Services | | | X | $30,000.00 |
| ACCOUNT NO. Westday Associates LP Dept. PV Mall P.O. Box 52612 Phoenix, AZ 85072-2612 | | | Rent | | | | $34,199.06 |

Sheet no. __68__ of __73__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $    65,784.77

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                   2007 USBC, Central District of California

In re **HDOS Enterprises** _____,     Case No. **2:14-bk-12028-NB**
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Western Exterminator <br> 6100 W. Gila Springs Pl, Ste 9 <br><br> Chandler, AZ 85226-3539 | | | | | | | $32.04 |
| ACCOUNT NO. <br><br> Western Exterminator Company <br> 4714 E Hedges Ave <br> Fresno, CA 93703-4709 | | | | | | | $12.50 |
| ACCOUNT NO. <br><br> Western Steam Cleaning Co. <br> 22922 Arthur Rd. <br> Escalon, CA 95320 | | | | | | | $300.00 |
| ACCOUNT NO. <br><br> Westfield <br> c/o Mainplace Shoppintown LLC <br> 11601 Wilshire Blvd., 11th Floor <br> Los Angeles, CA 90025 | | | Lease store no. 96 located at 2800 North Main Street, #584, Santa Ana, CA 92705 | | | | $11,146.00 |

Sheet no. **69** of **73** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $     **11,490.54**

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                    2007 USBC, Central District of California

In re **HDOS Enterprises**                              ,        Case No. **2:14-bk-12028-NB**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Westfield Mission Valley Shoppingtown, LLC 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | | | Lease store no. 188 located at 1640 Camino Del Rio North Sp. FC6, San Diego, CA 92108 | | | | $14,925.00 |
| ACCOUNT NO. <br><br> Westfield c/o Plaza Bonita 11601 Wilshire Blvd., 11th Fl. Los  Angeles, CA 90025 | | | Lease store no. 52 located at 3030 Plaza Bonita Road, Space FC-9, National City, CA 91950 | | | | $13,716.00 |
| ACCOUNT NO. <br><br> Westfield c/o Horton Plaza LLC 11601 Wilshire Blvd., 11th Fl Los Angeles, ca 90025 | | | Lease store no. 69 located at 461 Horton Plaza, San Diego, CA 92101 | | | | $22,444.00 |
| ACCOUNT NO. <br><br> Westfield c/o North County Fair LP 11601 Wilshire Blvd., 11th Floor Los  Angeles, CA 90025 | | | Lease store no. 78 located at 200 Via Rancho Parkway, Space #435, Escondido, CA 92025 | | | | $11,555.00 |

Sheet no. __70__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    **62,640.00**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                          2007 USBC, Central District of California

In re **HDOS Enterprises**                                    ,          Case No. **2:14-bk-12028-NB**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Westfield c/o WEA Palm Desert LP-Westfield 11601 Wilshire Blvd., 11th Fl Los Angeles, CA 90025 | | | **Lease store no. 63 located at 72-840 Highway 111, Space 357, Palm Desert, CA 92260** | | | | $10,969.00 |
| **ACCOUNT NO.** Westfield c/o Fox Hills Mall LP 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | | | **Store no. 18 located at 6000 S. Sepulveda Blvd #2286, Culver City, CA 90230** | | | | $13,607.00 |
| **ACCOUNT NO.** Westfield c/o Plaza Camino Real 11601 Wilshire Blvd., 11th Floor Los Angeles , CA 90025 | | | **This claim is subject to setoff. Lease store no. 82 located at 2525 El Camino Real, Space #262, Carlsbad, CA 92008** | | | | $4,337.00 |
| **ACCOUNT NO.** Westfield Sherman Oaks Fashion Associates LP 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | | | **Lease store no. 202 located at 14006 Riverside Drive, Sp #9270 (Storage #SM248), Sherman Oaks, CA 91423** | | | | $6,068.00 |

Sheet no. __71__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    34,981.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.                                                    2007 USBC, Central District of California

In re **HDOS Enterprises**_____,                    Case No. **2:14-bk-12028-NB**_____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Westfield<br>c/o Oakridge Mall LLC<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | | | Lease store no. 108 located at 925 Blossom Hill Rd, #1617, San Jose, CA 95123 | | | | $11,213.00 |
| ACCOUNT NO.<br><br>Westfield<br>Roseville Shoppingtown LLC<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, Ca 90025 | | | Lease No. 167 located at 1151 Galleria Blvd, Space #1000, Roseville, CA 95678 | | | | $17,322.00 |
| ACCOUNT NO.<br><br>Westfield<br>Westfield Topanga Owner LP<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | | | Lease store no. 118 located at 6600 Topanga Canyon Blvd., 1098A, Canoga Park, CA 91303 | | | | $15,336.00 |
| ACCOUNT NO.<br><br>Westfield LLC<br>c/o Santa Anita Shoppingtown LP<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | | | Lease store no. 113 located at 400 South Baldwin, 803-L, Arcadia, CA 91007 | | | | $11,727.00 |

Sheet no. __72__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    55,598.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2007 USBC, Central District of California

In re HDOS Enterprises
_____,
                    Debtor

Case No. 2:14-bk-12028-NB
                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Westfiled c/o Valencia Town Center Venture LP 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | | | Lease store no. 103 located at 24201 West Valencia Boulevard, Suite #106, Valencia, CA 91355 | | | | $7,763.00 |
| ACCOUNT NO. Xcel Energy P.O. Box 9477 Minneapolis, MN 55484-9477 | | | Utilites | | | | $421.61 |
| ACCOUNT NO. XO Communications 14239 Collections Center Drive Chicago, IL 60693 | | | Phone | | | | $239.31 |

Sheet no. __73__ of __73__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 8,423.92

Total➤ | $ | 2,740,582.49
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re <u>HDOS Enterprises,</u>                          Case No. <u>2:14-bk-12028-NB</u>
                         _____
                              **Debtor**                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Edge License Plate No. 6XMC261<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Edge License Plate No. 6XMC260<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Edge License Plate No. 6XMC395<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2012 Ford Trnc License Plate No. 26356F1<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Escape License Plate No. 6ZLE094<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Toyota Camry License Plate No. 6ZXX534<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Escape License Plate No. 6WTC646<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Edge License Plate No. 6XFV597<br><br>Nature of Debtor's Interest: Lessee |

B 6G (Official Form 6G) (12/07)                                          2007 USBC, Central District of California

In re __HDOS Enterprises,__                              Case No. __2:14-bk-12028-NB__
_____
              **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Edge License Plate No. 6YPJ297<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Trnc License Plate No. Y405WR<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Trnc License Plate No. 10363K1<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City, MO 64180-0089 | Description: 2013 Ford Trnc License Plate No. 10364K1<br><br>Nature of Debtor's Interest: Lessee |
| Enterprise FM Trust<br>Enterprise Fleet Management Customer Billing<br>PO BOX 800089<br>Kansas City , MO 64180-0089 | Description: 2013 Ford Escape License Plate No. 7ALS094<br><br>Nature of Debtor's Interest: Lessee |
| City of Santa Monica<br>1685 Main Street, Rm 201<br>Santa Monica , CA 90401 | Description: Lease of real property located at 1633 Ocean Front, Santa Monica, CA 90041 (Store No.11)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o GCP Limited Partnership Fashion Place, LLC<br>110 N. Wacker Drive<br>Chicago, IL  60606 | Description: Lease of real property located at 6191 South State, #357, Murray, UT 84107 (Store No.15)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re **HDOS Enterprises,**                          Case No. **2:14-bk-12028-NB**
_____                          _____
                    **Debtor**                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Westfield<br>c/o Fox Hills Mall LP<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | Description: Lease of real property located at 6000 S. Sepulveda Blvd. #2286, Culver City, CA 90230 (Store No.18)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| ERGS XIV REO Owner, LLC<br>Attn: Asset Manager<br>6011 Connection Drive<br>Irving, TX 75039 | Description: Lease of real property located at 197 Santa Maria Town Center East, Santa Maria, CA 93454 (Store No. 21)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o Coronado Center LLC<br>110 N. Wacker Drive<br>Chicago, IL  60606 | Description: Lease of real property located at 6600 Menaul Boulevard, ND, Ste #40-6, Albuquerque, NM 87110 (Store No. 19)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Starwood Retail<br>c/o Star-West Parkway Mall LP<br>P.O. Box 844767<br>Los Angeles , CA 90084-4767 | Description: Lease of real property located at 713 Parkway Plaza, El Cajon, CA 92020 (Store No. 24)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o Glendale II Mall Associates<br>110 N. Wacker Drive<br>Chicago, IL  60606 | Description: Lease of real property located at 1146 Glendale Galleria, Glendale, CA 91210 (Store No. 26)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re  HDOS Enterprises,                                    Case No.  2:14-bk-12028-NB
_____                            _____
                    Debtor                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Macerich Vintage Faire LP<br>401 Wilshire Blvd., Suite 700<br>Santa Moncia, CA 90407 | Description: Lease of real property located at 3401 Dale Road, #443, Modesto, CA 95356 (Store No. 29)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Gilmcher<br>c/o Puente Hills Mall, LLC<br>P.O. Box 602062<br>Charlotte, NC 28260-2062 | Description: Lease of real property located at 1600 S. Azusa Avenue, Unit #169G, City of Industry, CA 91748-1617 (Store No. 32)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Oaks LLC<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90407 | Description: Lease of real property located at 382 W. Hillcrest Drive, Suite 6, Thousand Oaks, CA 91360 (Store No. 36)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o GGP Meadows Mall LLC<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Description: Lease of real property located at 4300 Meadows Lane, #5010, Las Vegas, NV 89107 (Store No. 37)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group<br>c/o M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Description: Lease of real property located at 1005 The Shope at Mission Viejo, Space VC-05, Mission Viejo, CA 92691 (Store No. 41)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re __HDOS Enterprises,__                               Case No. __2:14-bk-12028-NB__
                    Debtor                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| General Growth Properties c/o Fashion Show Mall 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 3200 Las Vegas Blvd., Space #3150, Las Vegas, NV 89109 (Store No. 46)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties c/o Clackamas Mall LLC 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 12000 S.E. 82nd Avenue, Space # L107, Happy Valley, OR 97086 (Store No. 47)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield c/o Plaza Bonita 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 3030 Plaza Bonita Road, Space FC-9, National City, CA 91950 (Store No. 52)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group c/o EMI Santa Rosa Limited Partnership M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN  46204-3438 | Description: Lease of real property located at 2103 Santa Rosa Plaza, Santa Rosa, CA 95401 (Store No. 54)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Jones Lang LaSalle c/o Daly City Serramonte Center 3424 Peachtree Road, Suite 300 Atlanta, GA 30326 | Description: Lease of real property located at 80-B Serramonte Center, Daly City, CA 94015 (Store No. 57)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re **HDOS Enterprises,**                              Case No. __2:14-bk-12028-NB__
_____                                      _____
            **Debtor**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jones Lang LaSalle c/o The Trustees of the Estate of Bernice Pauahi Bishop Suite 200, Kawaiaha'o Plaza 567 South King Street Honolulu, HI 96813 | Description: Lease of real property located at 46-056 Kamehameha Highway, Space #FC-2, Kaneohe, HI 96744 (Store No. 58)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties c/o PDC-Eastridge Mall LLC 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 601 SE Wyoming Blvd., #187, Casper, WY 82609 (Store No. 59)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield c/o WEA Palm Desert LP-Westfield 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 72-840 Highway 111, Space 357, Palm Desert, CA 92260 (Store No. 63)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| The Macerich Partnership, LP 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 1855 41st Avenue, Space #R-2, Capitola, CA 95010 (Store No. 64)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Boulevard Mall, LLC Sansone Companies 3528 S. Maryland Parkway Las Vegas, NV 89169 | Description: Lease of real property located at 3532 Maryland Parkway, Las Vegas, NV 89169 (Store No. 67)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield c/o Horton Plaza LLC 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 461 Horton Plaza, San Diego, CA 92101 (Store No. 69)<br><br>Nature of Debtor's Interest: Lessee |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re <u>HDOS Enterprises,</u>                              Case No. <u>2:14-bk-12028-NB</u>
_____                          _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Lease is for nonresidential real property. |
| CBRE c/o Burbank Mall Associates LLC Crown Realty & Development Inc. 18201 Von Karman Avenue, Suite 950 Irvine, CA 92612 | Description: Lease of real property located at 201 East Magnolia Boulevard, #383, Burbank, CA 91501 (Store No. 67)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Forest City c/o Tusar Inc. & DND Nefferson Co. Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267 | Description: Lease of real property located at 1815 Hawthorne Blvd., #309, Redondo Beach, CA 90278 (Store No. 71)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Rouse Properties c/o Southland Mall LP 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 13 Southland Mall Drive, Hayward, CA 94545 (Store No. 73)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| CIM Group c/o James Martin del Campo 6801 Hollywood Blvd. Los Angeles, CA 90028 | Description: Lease of real property located at 2022 Montclair Plaza Lane, Montclair, CA 91763 (Store No. 75)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Fresno Limited Partnership 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 521 East Shaw Avenue, #101, Fresno, CA 93710 (Store No. 76)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re HDOS Enterprises,_____    Case No. 2:14-bk-12028-NB_____
                    Debtor                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| Westfield c/o North County Fair LP 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 200 Via Rancho Parkway, Space #435, Escondido, CA 92025 (Store No. 78)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield c/o Plaza Camino Real 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 2525 El Camino Real, Space #262, Carlsbad, CA 92008 (Store No. 82)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Cerritos LLC 401 Wilshire Blvd., Suite 700 Santa Monica , CA 90407 | Description: Lease of real property located at 121 Los Cerritos Center, Cerritos, CA 90703 (Store No. 85)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Rouse Properties c/o Newpark Mall LP 1114 Avenue of the Americas, Suite 2800 New York, NY 10036 | Description: Lease of real property located at #2073 NewPark Mall, Newark, CA 94560 (Store No. 87)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Victor Valley LLC 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 14440 Bear Valley Road, Suite 725-B, Victorville, CA 92392 (Store No. 88)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re **HDOS Enterprises,**                        Case No. **2:14-bk-12028-NB**
_____              _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Starwood Retail<br>c/o Star-West Solano<br>P.O. Box 844767<br>Los Angeles, CA 90084-4767 | Description: Lease of real property located at 1350 Travis Boulevard, Suite 1515, Fairfield, CA 94533 (Store No. 89)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group<br>c/o Northwestern Simon, Inc.<br>M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Description: Lease of real property located at 320 West 5th Street, Space #406, Anchorage, AK 99501 (Store No. 90)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield<br>c/o Mainplace Shoppintown LLC<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | Description: Lease of real property located at 2800 North Main Street #584, Santa Ana, CA 92705 (Store No. 96)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o Tyler Mall Limited Partnership<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Description: Lease of real property located at 1120 Galleria at Tyler, #F-6A, Riverside, CA 92503 (Store No. 98)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Starwood Retail<br>Northridge Owner LP<br>P.O. Box 844767<br>Los Angeles, CA 90084-4767 | Description: Lease of real property located at 1590 Northridge Mall, Salinas, CA 939069 (Store No. 100)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re __HDOS Enterprises,__                                    Case No. __2:14-bk-12028-NB__
                        Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Cushman & Wakefield 2250 Town Circle Holdings c/o Spinoso Mgmt Group P.O. Box 956393 St. Louis, MO 63195-6393 | Description: Lease of real property located at 22500 Town Circle, #2145, Moreno Valley, CA 92553 (Store No. 101)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Land Value Management Lanvalue 77, LLC Sierra Vista Mall 1050 Shaw Avenue, Suite 1075 Clovis, CA 93612 | Description: Lease of real property located at 1050 Shaw Avenue, #1054, Clovis, CA 93612 (Store No. 102)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfiled c/o Valencia Town Center Venture LP 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 24201 West Valencia Blvd., Suite #106, Valencia, CA 91355 (Store No. 103)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth c/o Stonestown Shopping Center 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 3251 20th Avenue, Space #205-J, San Francisco, CA 94132 (Store No. 105)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield c/o Oakridge Mall LLC 11601 Wilshire Blvd., 11th Floor Los Angeles, CA 90025 | Description: Lease of real property located at 925 Blossom Hill Road, #1617, San Jose, CA 95123 (Store No. 108)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                          2007 USBC, Central District of California

In re __HDOS Enterprises,__ _____    Case No. __2:14-bk-12028-NB_____
                    __Debtor__                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Starwood Retail<br>c/o Plaza West Covina<br>P.O. Box 844824<br>Los Angeles, CA 90084 | Description: Lease of real property located at 803 Plaza Drive, West Covina, CA 91790 (Store No. 109)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties<br>c/o Valley Plaza Mall LP<br>110 N Wacker Drive<br>Chicago, IL  60606 | Description: Lease of real property located at 2701 Ming Avenue, #F-9, Bakersfield, CA 93304 (Store No. 112)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield<br>c/o Santa Anita Shoppington<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | Description: Lease of real property located at 400 South Baldwin, 803-L, Arcadia, CA 91007 (Store No. 113)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group<br>c/o The Mills<br>5425 Wisconsin Avenue<br>Chevy Chase , MD 20815 | Description: Lease of real property located at 610 Great Mall Drive, Milpitas, CA 95035 (Store No. 116)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Westfield<br>Westfield Topanga Owner LP<br>11601 Wllshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | Description: Lease of real property located at 6600 Topanga Canyon Blvd., 1098A, Canoga Park, CA 91303 (Store No. 118)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Westside Pavillion Property LLC<br>401 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90407 | Description: Lease of real property located at 10800 W. Pico Blvd., Los Angeles, CA 90064 (Store No. 120)<br><br>Nature of Debtor's Interest: Lessee |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re  HDOS Enterprises,                                Case No.  2:14-bk-12028-NB
_____          _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  | Lease is for nonresidential real property. |
| Macerich c/o Arden Fair Associates LP Dept. 2596-7000 Los Angeles, CA 90084-2596 | Description: Lease of real property located at 1868 Arden Way #1104, Sacramento, CA 95833 (Store No. 121)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Rouse Properties c/o Tracy Mall Partners, LP West Valley Mall 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 3200 N. Naglee Road, Space #185, Tracy, CA 95304 (Store No. 122)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group c/o Meadowood Mall SPE, LLC P.O. Box 404553 Atlanta, GA 30384-4553 | Description: Lease of real property located at 1 Meadowood Mall, Space #H-104, Reno, NV 89502 (Store No. 123)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Forest City c/o BPC Henderson LLC Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267 | Description: Lease of real property located at 1300 W. Sunset Road #2805, Henderson, NV 89014 (Store No. 124)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group c/o M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Description: Lease of real property located at 10000 Coors Blvd. NW, #VC4, Albuquerque, NM 87114 (Store No. 125)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                                          2007 USBC, Central District of California

In re  HDOS Enterprises,                                             Case No.  2:14-bk-12028-NB
_____                                          _____
              Debtor                                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| General Growth c/o HO Retail Properties I Limited Partnership Prince Kuhio Plaza 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 111 E. Puainako, Space #428, Hilo, HI 96720 (Store No. 126)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Simon Property Group Stoneridge Properties LLC M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Description: Lease of real property located at 2463 Stoneridge Mall, Pleasanton, CA 94588 (Store No. 127)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Bohannon Development COmpany 60 31st Avenue San Mateo, CA 94403-3404 | Description: Lease of real property located at 44 Hillsdale Mall, #6074, San Mateo, CA 94403 (Store No. 128)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Talisman c/o Fashion Outlet of Vegas, LLC 4000 Ponce de Leon Blvd., Suite 420 Coral Gables, FL 33146 | Description: Lease of real property located at 32100-442 P Las Vegas Blvd. South, Primm, NV 89019 (Store No. 130)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Forest City c/o Temecular Town Center Association Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267 | Description: Lease of real property located at 40820 Winchester Road, Space #FC4, Temecula, CA 92591 (Store No. 137)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re HDOS Enterprises,                                      Case No. 2:14-bk-12028-NB
                    Debtor                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Simon Property Group c/o Fashion Valley Mall LLC M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | Description: Lease of real property located at 7007 Friars Road, Suite 925, San Diego, CA 92108 (Store No. 140)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Stone Bros & Associates Sherwood Mall LLC 5250 Claremont Avenue Stockton, CA 95207 | Description: Lease of real property located at 5308 Pacific Avenue, #90, Stockton, CA 95207 (Store No. 143)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Buenaventura Limited Partnership 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 3301 E. Main Street, Space #2541, Ventura, CA 93003 (Store No. 153)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth Properties c/o Glendale II Mall Associates Glendale Galleria 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 3217 Glendale Galleria, Glendale, CA 91210 (Store No. 155)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich South Towne Limited Partnership 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 10450 South State Street, Sandy, UT 84070 (Store No. 159)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                      2007 USBC, Central District of California

In re  HDOS Enterprises,                                    Case No.  2:14-bk-12028-NB
_____                                      _____
                    Debtor                                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Forest City<br>Antelope Valley Mall Developers<br>Terminal Tower<br>50 Public Square, Suite 1360<br>Cleveland, OH 44113-2267 | Description: Lease of real property located at 1233 Rancho Vista Blvd., #805, Palmdale, CA 93551 (Store No. 160)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich<br>c/o WM Inland Investors, LP<br>401 Wilshire Blvd, Suite 700<br>Santa Monica, CA 90407 | Description: Lease of real property located at 110 Inland Center, Unit J, San Bernardino, CA 92408 (Store No. 164)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Jones Lang LaSalle<br>c/o Layton Hills Mall CMBS, LLC<br>3424 Peachtree Road, Suite 300<br>Atlanta, GA 30326 | Description: Lease of real property located at 1076 Layton Hills Mall FC-05, Layton, UT 84041 (Store No. 170)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Retail Properties of America, Inc.<br>RPAI Southwest Mgmt LLC<br>P.O. Box 413007<br>Salt Lake City, UT 84141-3007 | Description: Lease of real property located at 140 S. Rio Granda Street #5, Salt Lake City, UT 84101 (Store No. 173)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Satterfield Helm Mgmt<br>Conventry III/Satterfield Helm<br>3601 S. 2700 West, Suite G128<br>West Valley City , UT 84119 | Description: Lease of real property located at 3601 S 2700 W, #E118, West Valley City, UT 84119 (Store No. 176)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                      2007 USBC, Central District of California

In re __HDOS Enterprises,__                          Case No. __2:14-bk-12028-NB__
                    Debtor                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| General Growth c/o Provo Mall LLC 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 1200 Towne Centre Blvd., Space #2086, Provo, UT 84601 (Store No. 178)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Forest City Victoria Gardens Mall LLC Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267 | Description: Lease of real property located at 12434 North Main Street, Space #118, Rancho Cucamonga, CA 91739 (Store No. 180)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Macerich Stonewood LLC 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90407 | Description: Lease of real property located at 109 Stonewood Street, Space #FC 11, Downey, CA 90241 (Store No. 182)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Craig Realty Craig Realty Group-Citadel, LLC Department 9872-08 Los Angeles, CA 90084-9872 | Description: Lease of real property located at 150 Citadel Drive, Space #FC D-2, Commerce, CA 90040 (Store No. 185)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| General Growth GGP-Otay Ranch LP Otay Rach Town Center 110 N. Wacker Drive Chicago, IL 60606 | Description: Lease of real property located at 2015 Birch Road Space #503, Chula Vista, CA 91915 (Store No. 191)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6G (Official Form 6G) (12/07)                                    2007 USBC, Central District of California

In re  **HDOS Enterprises,**                                    Case No.  **2:14-bk-12028-NB**
_____                        _____
                    Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Westfield<br>Sherman Oaks Fashion Associates<br>11601 Wilshire Blvd., 11th Floor<br>Los Angeles, CA 90025 | Description: Lease of real property located at 14006 Riverside Drive, Space #9270, Sherman Oaks, CA 91423 (Store No. 202)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Capital Advisors<br>Capital Advisors, LLC<br>P.O. Box 49993<br>Los Angeles , CA  90049 | Description: Lease of real property located at 2721 West 7800 South, West Jordan, UT 84088 (Store No. 203)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Ontario Mills Limited Partnership<br>M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Description: Lease of real property located at 1 Mills Circle, Suite FC09, Ontario, CA 91764 (Store No. 204)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| SAS Investment Co.<br>20825 E. Canyon Ridge Lane<br>Walnut, CA 91789 | Description: Lease of real property located at 14777 Bear Valley Road, Hesperia, CA 92345 (Store No. 206)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| TME Red Rock Plaza<br>2999 N. 44th Street, Ste 425<br>Phoenix, AZ 85018 | Description: 5181 W Charleston Blvd., #110, Las Vegas, CA 89146 (Store No. 207)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Ansok Builders, Inc.<br>4755 Dean Martin Drive<br>Las Vegas, NV 89103 | Description: Lease of real property located at 1659 Warm Springs Road, #100, Henderson NV 89014 (Store No. 208)<br><br>Nature of Debtor's Interest: Lessee |

B 6G (Official Form 6G) (12/07)                                      2007 USBC, Central District of California

In re  HDOS Enterprises,                                      Case No.  2:14-bk-12028-NB
_____                      _____
                    Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | Lease is for nonresidential real property. |
| GDC Group, Inc.<br>1808 Aston Avenue, Suite 180<br>Carlsbad, CA 92008 | Description: Lease of real property located at 5942 Priestly Drive, Carlsbad, CA 92008 (Store No. 710)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Del Amo Fashion Center<br>P.O. Box 409657<br>Atlanta, GA 30384 | Description: Lease of real property located at 21712 Hawthorne Blvd., #216D, Torrance, CA 90503 (Store No. 53)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| Downtown Plaza Sacramento<br>180 Sansome St., 12th Floor<br>San Francisco, CA 94104 | Description: Lease of real property located at 545 Downtown Plaza #2099, Sacramento, CA 95814 (Store No. 110)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |
| The Retail Property Trust<br>P.O. Box 35475<br>Newark, NJ 07193 | Description: Lease of real property located at 5620 Paseo del Norte, Unit C126, Carlsbad, CA 92008 (Store No. 192)<br><br>Nature of Debtor's Interest: Lessee<br><br>Lease is for nonresidential real property. |

B 6H (Official Form 6H) (12/07)                                   2007 USBC, Central District of California

In re **HDOS Enterprises,**                                 Case No.  **2:14-bk-12028-NB**
                          **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6 Summary (Official Form 6 - Summary) (12/13)                                                  2013 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                                          Case No. __2:14-bk-12028-NB__
  __HDOS Enterprises_____,
             *Debtor*                                          Chapter __11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $           0.00 | | |
| B - Personal Property | | | $ 8,276,938.49 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $     2,161,153.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $       541,742.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $     2,740,582.49 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $ 8,276,938.49 | $     5,443,478.11 | |

B 6 Summary (Official Form 6 - Summary) (12/13)                                    2013 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

In re                                              Case No.  __2:14-bk-12028-NB__

__HDOS Enterprises_____,
_Debtor_                                           Chapter  __11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  337,802.73 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  337,802.73 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $  0.00 |
| Average Expenses (from Schedule J, Line 22) | $  0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  0.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  4,138.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  464,182.85 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  77,559.77 |
| 4.  Total from Schedule F | | $  2,740,582.49 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  2,822,280.26 |

In re  **HDOS Enterprises** _____ ,    Case No. __**2:14-bk-12028-NB**__
                Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **114** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____         Signature: _____
                                                             **HDOS Enterprises** Debtor

Date _____         Signature: _____
                                                             (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
**Address**

X _____         _____
  Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  **Dan Smith**  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  **HDOS Enterprises**  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **114** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __Z -18-14__                         Signature:  X _____

                                                             **Dan Smith**
                                                             [Print or type name of individual signing on behalf of debtor.]
                                                             **President and CEO**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

In re:  HDOS Enterprises

# UNITED STATES BANRUPTCY COURT
## Central District of California

Case No. 2:14-bk-12018

Chapter 11

### BUSINESS INCOME AND EXPENSES
Financial Review of the Debtors Business (Note: only include information directly related to the business operation)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS**

    1. Gross Income For 12 Months Prior to Filing: $33,437,687

**PART B - ESTIMATED AVERAGE FUTURE GROSS FOUR-WEEK PERIOD INCOME:**

    2. Gross Average Four - Week Period Income: $2,166,154

**PART C - ESITMATED FUTURE FOUR WEEK PERIOD EXPENSES:**

| | |
|---|---:|
| 3. Employee Payroll & Payroll Taxes | (682,028) |
| 4. Inventory Purchases Critical Vendors | (276,491) |
| 5. Inventory Purchases Other Vendors | (69,123) |
| 6. Rent & CAM | (565,029) |
| 7. Store Managed (Repair, Supplies, Uniforms, Small Equipment) | (87,030) |
| 8. General & Administrative | (93,423) |
| 9. Repairs & Maintenace | (21,386) |
| 10. Marketing Expenses | (10,825) |
| 11. Utility & Credit Card Fees | (136,455) |
| 12. Legal/Accounting/Other Professional Fees | (46,154) |
| 13. Employee Benefits | (37,659) |
| 14. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts - Principal & Interest Payments | (52,744) |
| 15. Other - Maintenance & Remodel Capital Expenditures | (34,847) |
| 16. Total Four Week Period Expenses (Add items 3 - 15) | (2,113,193) |

**PART D - ESTIMATED AVERAGE NET FOUR WEEK PERIOD INCOME**

    23. AVERAGE NET FOUR WEEK PERIOD INCOME (Subtract Item 16 from Item 2) $52,961

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re:

HDOS Enterprises,

Debtor

Case No.   2:14-bk-12028-NB

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Hot Dog on a Stick Employee Ownership Trust c/o Nicholas Saakvitne, 532 Colorado Ave Santa Monica, CA 90401 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _Dan Smith, President and CEO_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: _2-18-14_

Signature: X _____

Printed Name:   Dan Smith

Title:   President and CEO

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re: HDOS Enterprises
_____
　　　　　Debtor

Case No 2:14-bk-12028-NB
　　　　　　　　　(if known)

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|               | AMOUNT | SOURCE |
|---------------|--------|--------|

Debtor:

　　Current Year (2014):
　　$2,392,927.00　　　　　　　　　Business

　　Previous Year 1 (2013):
　　$32,870,470.00　　　　　　　　Business

　　Previous Year 2 (2012):
　　$35,388,900.00　　　　　　　　Business

Joint Debtor:
　　N/A

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|               | AMOUNT | SOURCE |
|---------------|--------|--------|

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of

☒  goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ☐  *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

Debtor:
See Attachment 3b

None ☐  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Debtor:<br>Mitchell Shapiro<br>17150 McCormick Street<br>Encino, CA 91316<br>Relationship to Debtor: | 11/7/13 | $200,000.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

|  |  | LOCATION |  |
|---|---|---|---|
| **Debtor:** | | | |
| The Retail Property Trust v. HDOS Enterprises et al.<br>Case Number: 13C41629 | Unlawful Detainer Lawsuit | County Court Arahahoe County, Colorado | |
| The Retail Property Trust v. HDOS Enterprises et al.<br>Case Number: 30-2013-00688424-CU-UD-CJC | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Orange | |
| Simon Property Group v. HDOS Enterprises<br>Case Number: D-202-cv-2013-08984 | Unlawful Detainer Lawsuit | Second Judicial District Court State of New Mexico | |
| Del Amo Fashion Center Operating Company, LLC v. HDOS Enterprises<br>Case Number: YC069501 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Los Angeles | |
| Terramar Retail Centers, LLC<br>Case Number: 37-2013-00074553-CL-UD-NC | Unlawful Detainer Lawsuit | Superior Court of California County of San Diego | |
| Mary Ellen Sisco v. HDOS Enterprises et al.<br>Case Number: ADJ9078144 | Workers Compensation Action | Workers Compensation Appeals Board State of California | |
| Shops at Mission Viejo, LLC v. HDOS Enterprises<br>Case Number: 30-2013-00694114-CU0UD-CJC | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Orange | |
| Ontario Mills Limited Partnership v. HDOS Enterprises<br>Case Number: UDRS1302653 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of San Bernardino | |
| EMI Santa Rosa Limited Partnership v. HDOS Enterprises<br>Case Number: SCV254653 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Sonoma | |
| Stoneridge Properties LLC v. HDOS Enterprises<br>Case Number: HG13705155 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Alameda | |
| Westfiled Topanga Owner LLC v. HDOS Enterprises<br>Case Number: BC31428 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Los Angeles | |
| The Retail Property Trust v. HDOS Enterprises<br>Case Number: 30-2013-00688184 | Unlawful Detainer Lawsuit | Superior Court of the State of California County of Orange | |
| Rebecca Illizaliturri v. HDOS Enterprises<br>Case Number: BC497494 | Class Action Lawsuit | Superior Court of the State of California County of Los Angeles | |
| Natasha Thompson v. HDOS Enterprises<br>Case Number: CIVDS1309600 | Personal Injury Lawsuit | Superior Court of California County of San Bernardino | Pending |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or

chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Debtor: Pacific Rim Elementary PTA 1100 Camino De Las Ondas Carlsbad, CA 92011 | None | 2/20/13 | Fundraiser Value: $106.73 |
| Sagewood Elementary 5th Grade 2451 Shattuck Casper, WY 82601 | None | 2/27/13 | Fundraiser Value: $147.51 |
| CSUEB Orientation Team 25800 Carlos Bee Blvd. Hayward, CA 94542 | None | 2/28/13 | Fundraiser Value: $150.55 |
| Paradise Elementary School 3820 E. Nisbet Road Phoenix, AZ 85032 | None | 3/12/13 | Fundraiser Value: $108.90 |
| Secta Girls Volleyball 5710 Mountain Vista Drive Las Vegas, NV 89120 | None | 3/13/13 | Fundraiser Value: $186.20 |
| Spangler Elementary School 140 N. Abbott Ave. Milpitas, CA 95035 | None | 3/15/13 | Fundraiser Value: $101.38 |
| Ramona High School Softball 7675 Magnolia Avenue Riverside, CA 92504 | None | 4/20/13 | Fundraiser Value: $207.96 |
| Sandra Thompson Elementary PTA 7351 N. Campbell Road Las Vegas, NV 89149 | None | 4/26/13 | Fundraiser Value: $111.64 |
| American Cancer Society - Relay for Life 50 N. Hill Avenue, Suite 200 Pasadena, CA 91106 | None | 5/18/13 | Fundraiser Value: $249.90 |
| Windward Pony Baseball 577 Pauku St. Kailua, HI 96734 | None | 6/7/13 | Fundraiser Value: $217.90 |
| Children's Summer Theater Program 214 N. Garfield Avenue Montebello, CA 90640 | None | 7/12/13 | Fundraiser Value: $241.44 |
| Crimson Regiment Band & Colorguard 13135 Nasan Street Moreno Valley, CA 92555 | None | 9/14/13 | Fundraiser Value: $125.25 |
| Island Urban Music Group | None | 9/18/13, | Fundraiser |

6

| | | | |
|---|---|---|---|
| 864 Nou Street<br>Hilo, HI 96720 | | 9/25/13,<br>10/2/13,<br>10/9/13,<br>10/16/13,<br>10/23/13,<br>10/30/13,<br>11/9/13,<br>11/23/13 | Value: $1,496.79 |
| Knights Booster Club<br>602 East 225th Street<br>Carson, CA 90745 | None | 10/11/13 | Fundraiser<br>Value: $142.63 |
| Whispering Wind Academy<br>PTSO<br>15844 N. 43rd Street<br>Phoenix, AZ 85032 | None | 10/11/13 | Fundraiser<br>Value: $168.25 |
| Green Valley Cheer<br>460 Arroyo Grande Blvd.<br>Henderson, NV 89014 | None | 10/11/13 | Fundraiser<br>Value: $132.65 |
| H3O Fast Pitch Softball<br>46-078 Emepela Place<br>Kaneohe, HI 96744 | None | 10/25/13 | Fundraiser<br>Value: $107.18 |
| Emelita Elementary School<br>17931 Hatteras Street<br>Encino , CA 91316 | None | 10/26/13 | Fundraiser<br>Value: $107.56 |
| Kahalu'u Heeia Broncos<br>45-473 Paholei Street<br>Kaneohe, HI 96744 | None | 11/6/13 | Fundraiser<br>Value: $231.44 |
| Kaneohe Pop Warner<br>45-270 Lilipuna Road<br>Kaneohe, HI 96744 | None | 11/11/13,<br>11/20/13,<br>11/27/13 | Fundraiser<br>Value: $629.05 |

---

**8. Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE OF<br>PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE<br>OF LOSS |
|---|---|---|
| Debtor<br>Misc. store equipment<br>Value: $6,745.96 | Vandalism<br>Total Insurance Paid: $4245.96 | 2/10/13 |
| Safe and cash<br>Value: $1,460.20 | Theft<br>Total Insurance Paid: $960.20 | 2/6/13 |
| Safe, cash, uniforms, real<br>property damage<br>Value: $3,958.20 | Break-in and theft<br>Total Insurance Paid: $3458.20 | 5/25/13 |

| | | |
|---|---|---|
| Safe damaged, cash stolen Value: $2,615.93 | Break-in and theft Total Insurance Paid: $2115.93 | 6/10/13 |
| Cash Value: $879.23 | Employee dropped money on the way to the bank and believed it was stolen Total Insurance Paid: $379.23 | 7/24/13 |
| Safe, cash, rolling oil drum Value: $1,612.36 | Break-in and theft Total Insurance Paid: $1112.36 | 7/24/13 |
| Cash Value: $5,320.09 | Theft: employee dropped 3 deposits at bank night depository which never posted to account Total Insurance Paid: $4820.09 | 8/2/13 |
| Cash register and POS system Value: $1,540.39 | Vandalism Total Insurance Paid: $1040.39 | 8/20/13 |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Friedman Law Group, P.C. 1900 Avenue of the Stars, 11th Floor Los Angeles, CA 90067 | 1/31/14 | $150,000.00 Attorneys' fees and chapter 11 filing fee |
| Sheppard Mullin Richter & Hampton LLP 501 West Broadway, 19th Floor San Diego, CA 92101-3598 | 1/9/2014 1/30/2014 | $52,526.00 $40,000.00 Attorneys' fees |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|

8

| NAME OF TRUST OR OTHER DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None ☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

---

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: HDOS Enterprises | 9098 / 95-2799098 | 5942 Priestly Drive Carlsbad, CA 92008 | Fast food restaurants | Beginning Date: 1946 Ending Date: N/A |

None
☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Debtor: | |
| Daniel Bylund | 7/15/13 - Present |
| 7248 Esfera Street | |
| Carlsbad, CA 92009 | |
| | |
| Melinda Wilson-Mains | 1/31/01 - 7/12/13 |
| 30327 Santa Cecilia Drive | |
| Temecula, CA 92592 | |
| | |
| Eugene Hallner | 11/2/04 - 11/15/13 |
| 7785 Madrilena Way | |
| Carlsbad, CA 92009 | |
| | |
| Judith Silva | 11/18/13 - Present |
| 5023 5th Street | |
| Fallbrook, CA 92028 | |

None ☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| Debtor: | | |
| PKF | 2020 Camino del Rio North, Suite 500 | 2/28/2013, 3/19/2012 |
| | San Diego, CA 92108 | |

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Debtor: | |
| Daniel Bylund | 7248 Esfera Street |
| | Carlsbad, CA 92009 |
| | |
| Judith Silva | 5023 5th Street |
| | Fallbrook, CA 92028 |

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| Debtor: | |
| Jim Amos | |

Torrey Pines Bank
12220 El Camino Real Ste 110
San Diego, CA 92130

Nicholas And Company, Inc.
5520 W. Harold Gatty Road P.O. Box 45005
Salt Lake City, UT 84116

Shamrock Foods Company
P.O. Box 843539
Los Angeles, CA 90084

Seth Ure/Castlerock


Simon Property Group


Macerich
P.O. Box 849410
Los Angeles, CA 90084-9438

Louis Adams/Klink Bros.


West End Partners
1482 East Valley Rd., Suite 245
Santa Barbara, CA 93108

Korean Fair Trade Commission


Luberski Inc.


Chartwell Financial


Ryan Kress


Opus Bank


Westfield Corporation, Inc.

Los Angeles, CA 90074-5702

Brett Miller                                                6/26/2012
3126 Oceanfront Walk
San Diego, CA 92109

| | |
|---|---|
| John Lee<br>P.O. Box 27765<br>GMF Barrigadoa, Guam 96921 | 8/3/2012 |
| Robert Rukavina and Bob McKenney<br>13547 Ventura Blvd. 404<br>Sherman Oaks , CA 91423 | 6/19/2013 |
| Robert Salud<br>2720 Shofield Lane<br>Tracy, CA 95377 | 6/20/2013 |
| Erin Massa<br>3130 N Provence Ln K 3<br>Lehi, UT  84043 | 6/20/2013 and 2/7/2014 |
| Leland & Lorraine<br>4508 Shady Hill drive<br>Dallas, TX 75229 | 8/8/2012 |
| Chastidy Raines<br>6880 Trevett Lane<br>Casper, WY 82604 | 8/15/2013 |
| Saijum Hossain<br>100 N Brand Ave, Suite 402<br>Glendale, CA 91203 | 8/26/2013 |
| Kay Mohamoud and Michael Payne II<br>12975 Agustin Place, Unit B325<br>Los Angeles , CA 90094 | 8/28/2013 |
| Lincold Spoor<br>3190 E Pebble Road, Suite 200<br>Las Vegas, NV 89123 | 1/10/2012 |
| Mirko Marrone<br>5505 Cancha de Golf<br>Rancho Santa Fe, CA 92091 | 4/8/2013 |
| Marty Breese<br>9615 West Flamingo Road<br>Las Vegas, NV 89123 | 9/3/2013 |
| Scott Adams | |
| Michael Solomon and Jeffrey Harrington<br>7400 Las Vegas Blvd. South, FC19<br>Las Vegas, NV 89123 | 9/3/2013 |
| Jenna and Dennis Bronz<br>34 Tamara Court<br>Melville, NY 11747 | 11/18/2013 |

---

**20. Inventories**

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| Debtor: | | |
| Inventory 1: | | |
| 1/31/13 | Lisa Merrell | $212,145.00 Basis: |
| Inventory 2: | | |
| 12/31/13 | Lisa Merrell | $255,110.00 Basis: |

None ☐ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| Debtor: | |
| Inventory 1: | |
| 1/31/13 | Daniel Bylund 7248 Esfera Street Carlsbad, CA 92009 |
| Inventory 2: | |
| 12/31/13 | Daniel Bylund 7248 Esfera Street Carlsbad, CA 92009 |

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| N/A | | |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Nicholas Saakvitne 532 Colorado Ave. Santa Monica, CA 90401 | Trustee | Trustee of Hot Dog on a Stick Employee Stock Ownership Plan 100 |
| Bruce Blakely 216 Monarch Bay Drive Dana Point, CA 92629 | Director & Chairman of the Board | |
| Anthony Mathews | Director & Secretary | |

2819 Beach Ave.
Venice, CA 90291

Mitchell Shapiro                    Director
17150 McCormick Street
Encino, CA 91316

Dan Smith                          President & CEO
520 Latigo Road
Encinitas, CA 92024

Daniel Bylund                      Chief Financial Officer
7248 Esfera Street
Carslbad, CA 92009

---

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

N/A

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                    DATE OF TERMINATION

Eugene Hallner              Chief Financial Officer   11/15/13
7785 Madrilena Way
Carlsbad, CA 92009

Laurie Sonia                Corporate Secretary       9/30/13
42029 Pine Needle Street
Temecula, CA 92591

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                      AMOUNT OF MONEY
OF RECIPIENT,              DATE AND PURPOSE          OR DESCRIPTION
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL             AND VALUE OF PROPERTY

N/A

---

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                TAXPAYER-IDENTIFICATION NUMBER (EIN)

N/A

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                      TAXPAYER-IDENTIFICATION NUMBER (EIN)

HDOS ESOP                                 95-2799078

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   2-18-14                    Signature   X

                                  Print Name
                                  and Title    Dan Smith, President and CEO

                        0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Attachment 3b

| Creditor Name | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| WEA PALM DESERT LP-WESTFIELD | P.O. Box 742257<br>Los Angeles, CA 90074-2257 | 12/5/13 | $6,229.75 |
| SIERRA VISTA MALL | P.O. Box 51863<br>Los Angeles, CA 90051-6163 | 12/26/13 | $6,241.34 |
| FASHION OULET OF LAS VEGAS | P.O. Box 844344<br>Los Angeles, CA 90084-4344 | 12/5/13 | $6,250.00 |
| ANTELOPE VALLEY MALL DEVELOPERS LTD. | P.O. Box 72468<br>Cleveland, OH 44192-0468 | 12/24/13 | $6,277.02 |
| TERRAMAR RETAIL CENTERS LLC | P.O. Box 840459<br>Los Angeles, CA 90084-0459 | 11/18/13 | $6,337.30 |
| PACIFIC VIEW | Macerich Buenaventura L.P.<br>P.O. Box 849429<br>Los Angeles, CA 90084-9429 | 12/5/13 | $6,356.51 |
| STAR-WEST SOLANO, LLC | P.O. Box 74887<br>Cleveland, OH 44194-4887 | 12/5/13 | $6,433.60 |
| EMI SANTA ROSA LIMITED PARTNERSHIP | P.O. Box 51129<br>Los Angeles, CA 90051-5429 | 12/16/13 | $6,470.02 |
| ERGS XIV REO OWNER, L.L.C. | Attn: Asset Manager<br>6011 Connection Drive<br>Irving, TX 75039 | 1/23/14 | $6,480.00 |
| OTAY RANCH, L.P. | 4898 Collection Center Drive<br>Chicago, IL 60693 | 11/18/13 | $6,481.00 |
| HORTON PLAZA LLC | Horton Plaza<br>File Number 55708<br>Los Angeles, CA 90074-5708 | 12/5/13 | $6,514.34 |
| HANSEN DISTRIBUTION GROUP | P.O. Box 820<br>Pearl City, HI 96782 | 1/31/14 | $6,533.63 |
| NORTHWESTERN SIMON, INC. | Anchorage 5th Avenue Mall<br>867500 Reliable Parkway<br>Chicago, IL 60686-0075 | 11/7/13 | $6,714.96 |
| NORTHWESTERN SIMON, INC. | Anchorage 5th Avenue Mall<br>867500 Reliable Parkway<br>Chicago, IL 60686-0075 | 12/9/13 | $6,763.01 |

| | | | |
|---|---|---|---|
| VCG-SOUTHBAY PAVILION LLC | File No. 1338<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-1338 | 1/23/14 | $6,784.75 |
| 2250 TOWN CIRCLE HOLDINGS LL | c/o Spinoso Mgmt Group<br>P.O. Box 956393<br>St. Louis, MO 63195-6393 | 12/5/13 | $6,840.09 |
| HAWAII DEPT OF TAXATION | P.O. Box 1530<br>Honolulu, HI 96806-1530 | 1/22/14 | $6,941.13 |
| BOHANNON DEVELOPMENT COMPANY | Sixty 31st Avenue<br>San Mateo, CA 94403-3404 | 12/5/13 | $6,952.36 |
| NORTHWESTERN SIMON, INC. | Anchorage 5th Avenue Mall<br>867500 Reliable Parkway<br>Chicago, IL 60686-0075 | 12/16/13 | $6,957.52 |
| NORTHRIDGE OWNER, L.P. | P.O. Box 396003<br>San Francisco, CA 94139 | 12/26/13 | $7,082.00 |
| MACERICH VICTOR VALLEY LLC | Victor Valley Mall<br>P.O. Box 849444<br>Los Angeles, CA 90084-9444 | 12/5/13 | $7,091.40 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 11/8/13 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 11/22/13 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 12/6/13 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 12/20/13 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 1/3/14 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 1/17/14 | $7,153.85 |
| Bylund, Daniel E. | 7248 Esfera Street<br>Carlsbad, CA 92009 | 1/30/14 | $7,153.85 |
| 2250 TOWN CIRCLE HOLDINGS LL | c/o Spinoso Mgmt Group<br>P.O. Box 956393<br>St. Louis, MO 63195-6393 | 1/23/14 | $7,225.50 |
| PDC-EASTRIDGE MALL L.L.C | Sds-12-2336 P.O. Box 86<br>Minneapolis, MN 55486-2336 | 11/18/13 | $7,282.04 |

| | | | |
|---|---|---|---|
| STONEWOOD MALL | Macerich Stonewood Llc<br>P.O. Box 849470<br>Los Angeles, CA 90084-9470 | 12/5/13 | $7,310.10 |
| VALENCIA TOWN CENTER VENTURE | P.O. Box 31001-1324<br>Pasadena, CA 91110-1324 | 12/24/13 | $7,315.89 |
| BPC HENDERSON LLC | P.O. Box 72006<br>Cleveland, OH 44192-0006 | 12/5/13 | $7,388.69 |
| ROSA YOACHUM | 20202 Farrelly Circle<br>Murrieta, CA 92562 | 12/2/13 | $7,397.26 |
| BACM 2005-3 RETAIL 1445, LLC | P.O. Box 844747<br>Los Angeles, CA 90084-4747 | 12/5/13 | $7,447.12 |
| U.S. BANK NAT'L ASSOCIATION | Rouse Prop - West Valley Mall<br>P.O. Box 86 / Sds12-1385<br>Minneapolis, MN 55486-1385 | 12/5/13 | $7,449.95 |
| NEW MEXICO TAXATION & REVENUE | P.O. Box 25128<br>Santa Fe, NM 87504-5128 | 1/24/14 | $7,462.98 |
| SAS INVESTMENT CO. | 20825 E. Canyon Ridge Lane<br>Walnut, CA 91789 | 11/13/13 | $7,497.00 |
| SAS INVESTMENT CO. | 20825 E. Canyon Ridge Lane<br>Walnut, CA 91789 | 12/24/13 | $7,497.00 |
| B of A Analysis Charge - November | P.O. Box 15731<br>Wilmington, DE 19886-5731 | 12/16/2013 | $7,628.88 |
| ROSA YOACHUM | 20202 Farrelly Circle<br>Murrieta, CA 92562 | 12/31/13 | $7,643.84 |
| CRAIG REALTY GROUP-CITADEL, | Dept 9872-08<br>Los Angeles, CA 90084-9872 | 12/13/13 | $7,692.46 |
| CRAIG REALTY GROUP-CITADEL, | Dept 9872-08<br>Los Angeles, CA 90084-9872 | 1/23/14 | $7,698.49 |
| MAINLINE CONSTRUCTION | 27262 Regio<br>Mission Viejo, CA 92692 | 12/4/13 | $7,768.00 |
| SOUTH TOWNE CENTER | Macerich South Town Lp<br>P.O. Box 849438<br>Los Angeles, CA 90084-9438 | 12/5/13 | $7,793.64 |
| SOUTH TOWNE CENTER | Macerich South Town Lp<br>P.O. Box 849438<br>Los Angeles, CA 90084-9438 | 12/19/13 | $7,793.64 |
| MACERICH SOUTH TOWNE LIMITED<br>PARTNERSHIP | P.O. Box 849438<br>Los Angeles, CA 90084-9438 | 12/19/13 | $7,793.64 |

| | | | |
|---|---|---|---|
| SHERMAN AND HOWARD LLC | 633 17th Street, Ste 3000<br>Denver, CO 80202 | 11/20/13 | $7,819.16 |
| SOUTH BAY CENTER SPE, LLC | P.O. Box 72056<br>Cleveland, OH 44192-0056 | 12/5/13 | $7,842.89 |
| CLACKAMAS TOWN CENTER | P.O. Box 860117<br>Minneapolis, MN 55486-0117 | 12/4/13 | $7,968.13 |
| NICHOLAS AND COMPANY, INC. | | 1/28/14 | $8,020.23 |
| B of A Analysis Charge - October | P.O. Box 15731<br>Wilmington, DE 19886-5731 | 11/15/2013 | $8,061.32 |
| THE RETAIL PROPERTY GROUP | P.O. Box 51127<br>Los Angeles, CA 90051-5427 | 12/5/13 | $8,066.72 |
| THE RETAIL PROPERTY GROUP | P.O. Box 51127<br>Los Angeles, CA 90051-5427 | 12/9/13 | $8,066.72 |
| THE RETAIL PROPERTY GROUP | P.O. Box 51127<br>Los Angeles, CA 90051-5427 | 12/16/13 | $8,066.72 |
| SOUTHLAND MALL, L.P. | Sds 11-1150 P.O. Box 86<br>Minneapolis, MN 55486-1150 | 12/5/13 | $8,296.77 |
| STAR-WEST PARKWAY MALL LP | P.O. Box 844767<br>Los Angeles, CA 90084-4767 | 12/5/13 | $8,359.25 |
| NAVEX GLOBAL, INC. | P.O. Box 60941<br>Charlotte, NC 28260-0941 | 12/11/13 | $8,370.00 |
| SOUTHLAND MALL, L.P. | Sds 11-1150 P.O. Box 86<br>Minneapolis, MN 55486-1150 | 1/23/14 | $8,440.77 |
| INTERNATIONAL ENVIRONMENTAL | International Enviromental Mgmt<br>24516 Network Place<br>Chicago, IL 60673-1245 | 1/29/14 | $8,561.08 |
| SHERMAN AND HOWARD LLC | 633 17th Street, Ste 3000<br>Denver, CO 80202 | 11/13/13 | $8,598.75 |
| PROVO MALL L.L.C. | Sds-12-3097 P.O. Box 86<br>Minneapolis, MN 55486-3097 | 12/4/13 | $8,695.91 |
| Marnie Purvis | 2569 High Trail Ct<br>Chula Vista, CA 91914 | 1/23/14 | $8,773.23 |
| Purvis, Marnie | 2569 High Trail Ct<br>Chula Vista, CA 91914 | 1/30/14 | $8,773.23 |
| DALY CITY SERRAMONTE CENTER | Capital & Counties Usa Inc<br>Dept 3319<br>Los Angeles, CA 90084-3319 | 12/5/13 | $8,775.95 |

| | | | |
|---|---|---|---|
| ADP, INC. | P.O. Box 31001-1874<br>Pasadena, CA 91110-1874 | 1/17/14 | $8,800.27 |
| CARLYLE ER METRO, LLC | P.O. Box 28087<br>New York, NY 10087-8087 | 12/5/13 | $8,810.77 |
| LAYTON HILLS MALL CMBS, LLC | P.O. Box 74677<br>Cleveland, OH 44194-4677 | 12/2/13 | $8,833.80 |
| CORONADO CENTER LLC | Coronado Center<br>Sds-12-2354 P.O. Box 86<br>Minneapolis, MN 55486-2354 | 11/18/13 | $8,853.17 |
| CORONADO CENTER LLC | Coronado Center<br>Sds-12-2354 P.O. Box 86<br>Minneapolis, MN 55486-2354 | 12/18/13 | $8,853.17 |
| CORONADO CENTER LLC | Coronado Center<br>Sds-12-2354 P.O. Box 86<br>Minneapolis, MN 55486-2354 | 12/19/13 | $8,853.17 |
| ARDEN FAIR MALL | Macerich Mgmt Co Agent-Arden Fair<br>P.O. Box 849473<br>Los Angeles, CA 90084-9473 | 12/5/13 | $8,854.45 |
| INTERNATIONAL ENVIRONMENTAL | International Enviromental Mgmt<br>24516 Network Place<br>Chicago, IL 60673-1245 | 12/4/13 | $8,931.24 |
| STONERIDGE PROPERTIES LLC | P.O. Box 404559 A/C 375-6563429<br>Atlanta, GA 30384-4559 | 11/7/13 | $8,997.52 |
| STONERIDGE PROPERTIES LLC | P.O. Box 404559 A/C 375-6563429<br>Atlanta, GA 30384-4559 | 12/5/13 | $8,997.52 |
| STONERIDGE PROPERTIES LLC | P.O. Box 404559 A/C 375-6563429<br>Atlanta, GA 30384-4559 | 12/16/13 | $8,997.52 |
| JOHN RAMSAY | 10051 Little Horn Circle<br>Frisco, TX 75035 | 1/17/14 | $9,100.00 |
| PUENTE HILLS MALL, LLC | Wachovia Bank-#2000042913768<br>P.O. Box 602062<br>Charlotte, NC 28260-2062 | 12/5/13 | $9,120.06 |
| VISTAR CORPORATION | P.O. Box 951080<br>Dallas, TX 75395-1080 | 11/7/13 | $9,179.36 |
| RANCHO MALL, LLC | P.O. Box 72439<br>Cleveland, OH 44192 | 12/5/13 | $9,319.11 |
| VISTAR CORPORATION | P.O. Box 951080<br>Dallas, TX 75395-1080 | 12/9/13 | $9,357.11 |

| | | | |
|---|---|---|---|
| DEL AMO FASHION CENTER OPERATING CO. | Bnft Of Archon Fncl 3756568000 P.O. Box 409657 Atlanta, GA 30384-9657 | 12/16/13 | $9,465.29 |
| GDC GROUP, INC. | 1808 Aston Avenue Suite 180 Carlsbad, CA 92008 | 12/19/13 | $9,500.00 |
| GDC GROUP, INC. | 1808 Aston Avenue Suite 180 Carlsbad, CA 92008 | 1/2/14 | $9,500.00 |
| CAPREF LLOYD CENTER LLC | P.O. Box 31001-2032 Pasadena, CA 91110-2032 | 12/5/13 | $9,566.51 |
| TEMECULA TOWNE CENTER ASSOCI | P.O. Box 72022 Cleveland, OH 44192-0022 | 12/5/13 | $9,615.75 |
| MONTEBELLO TOWN CENTER INVES | P.O. Box 748283 Los Angeles, CA 90074-8283 | 11/7/13 | $9,696.62 |
| MONTEBELLO TOWN CENTER INVES | P.O. Box 748283 Los Angeles, CA 90074-8283 | 12/9/13 | $9,696.62 |
| MONTEBELLO TOWN CENTER INVES | P.O. Box 748283 Los Angeles, CA 90074-8283 | 12/17/13 | $9,696.62 |
| CAPITOLA MALL LLC | P.O. Box 849410 Los Angeles, CA 90084-9410 | 12/24/13 | $9,705.46 |
| PUENTE HILLS MALL, LLC | Wachovia Bank-#2000042913768 P.O. Box 602062 Charlotte, NC 28260-2062 | 12/24/13 | $9,725.76 |
| PUENTE HILLS MALL, LLC | Wachovia Bank-#2000042913768 P.O. Box 602062 Charlotte, NC 28260-2062 | 12/26/13 | $9,739.56 |
| MILPITAS MILLS LIMITED PARTNERSHIP | P.O. Box 409714 Atlanta, GA 30384-9714 | 11/7/13 | $9,771.93 |
| MILPITAS MILLS LIMITED PARTNERSHIP | P.O. Box 409714 Atlanta, GA 30384-9714 | 12/9/13 | $9,771.93 |
| MILPITAS MILLS LIMITED PARTNERSHIP | P.O. Box 409714 Atlanta, GA 30384-9714 | 12/16/13 | $9,771.93 |
| FEDEX | P.O. Box 7221 Pasadena, CA 91109-7321 | 12/4/13 | $9,976.66 |
| MACERICH CERRITOS LLC | P.O. Box 849466 Los Angeles, CA 90084-9466 | 12/5/13 | $9,996.10 |
| MUSICK, PEELER & GARRETT LLP | One Wilshire Blvd, Ste 2000 Los Angeles, CA 90017-3383 | 12/24/13 | $10,000.00 |

| | | | |
|---|---|---|---|
| PRINCE KUHIO PLAZA, LLC | Sds-12-2464 P.O. Box 86<br>Minneapolis, MN 55486-2464 | 12/20/13 | $10,105.73 |
| PLAZA CAMINO REAL | File #54733<br>Los Angeles, CA 90074-4733 | 12/26/13 | $10,197.88 |
| OAKRIDGE MALL LLC | File #55714<br>Los Angeles, CA 90074-5714 | 12/20/13 | $10,215.76 |
| 5060 MONTCLAIR PLAZA HOLDING | c/o Spinoso Mgmt Group<br>P.O. Box 956415<br>St. Louis, MO 63195-6415 | 12/26/13 | $10,228.45 |
| TYLER MALL LIMITED PARTNERSH | Sds-12-3113 P.O. Box 86<br>Minneapolis, MN 55486-3113 | 11/18/13 | $10,273.22 |
| 5060 MONTCLAIR PLAZA HOLDING | c/o Spinoso Mgmt Group<br>P.O. Box 956415<br>St. Louis, MO 63195-6415 | 1/23/14 | $10,287.40 |
| ENTERPRISE FM TRUST | P.O. Box 800089<br>Kansas City, MO 64180-0089 | 12/18/13 | $10,306.89 |
| PLAZA WEST COVINA LP,  A DEL | P.O. Box 844824<br>Los Angeles, CA 90084-4824 | 12/5/13 | $10,420.93 |
| UTAH STATE TAX COMM. | 210 N 1950 W<br>Salt Lake City, UT 84134-0400 | 11/30/13 | $10,456.02 |
| VALLEY PLAZA MALL | Sds-12-1667 P.O. Box 86<br>Minneapolis, MN 55486-1667 | 11/18/13 | $10,559.32 |
| VALLEY PLAZA MALL | Sds-12-1667 P.O. Box 86<br>Minneapolis, MN 55486-1667 | 12/23/13 | $10,559.32 |
| ARDEN FAIR MALL | Macerich Mgmt Co Agent-Arden Fair<br>P.O. Box 849473<br>Los Angeles, CA 90084-9473 | 12/20/13 | $10,564.94 |
| B of A Analysis Charge - December | P.O. Box 15731<br>Wilmington, DE 19886-5731 | 01/15/2014 | $10,655.64 |
| MAINPLACE SHOPPINGTOWN LLC | P.O. Box 31001-0773 Lockbox<br>#910773<br>Pasadena, CA 91110-0773 | 12/5/13 | $10,720.63 |
| SANTA ANITA SHOPPINGTOWN LP | C/O Bank Of America<br>File #55700<br>Los Angeles, CA 90074-5700 | 12/5/13 | $10,748.52 |
| VALLEY PLAZA MALL | Sds-12-1667 P.O. Box 86<br>Minneapolis, MN 55486-1667 | 12/24/13 | $10,778.87 |

| | | | |
|---|---|---|---|
| CRAIG REALTY GROUP-CITADEL, | Dept 9872-08<br>Los Angeles, CA 90084-9872 | 11/27/13 | $10,793.80 |
| NORTH COUNTY FAIR LP | Bank Of America<br>File Number 55697<br>Los Angeles, CA 90074-5697 | 12/5/13 | $10,799.51 |
| MCDONALD WHOLESALE CO. | Accts Receivable Department<br>P.O. Box 2340<br>Eugene, OR 97402 | 12/9/13 | $10,990.04 |
| MACERICH FRESNO LIMITED PART | Fresno Fashion Fair<br>P.O. Box 849418<br>Los Angeles, CA 90084-9418 | 12/5/13 | $11,163.40 |
| PARADISE VALLEY MALL | Dept. Pvmall<br>P.O. Box 52612<br>Phoenix, AZ 85072-2612 | 12/5/13 | $11,228.41 |
| SIMON PROPERTY GROUP, L.P. | 0549 Cottonwood Mall<br>867665 Reliable Parkway<br>Chicago, IL 60686-0076 | 12/2/13 | $11,508.81 |
| THE TRUSTEES OF THE ESTATE<br>BERNICE PAUAHI BISHOP | Lockbox 5497 / P.O. Box 31000<br>Honolulu, HI 96849-5497 | 12/17/13 | $11,534.87 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 11/8/13 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 11/22/13 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 12/6/13 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 12/20/13 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 1/3/14 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 1/17/14 | $11,538.47 |
| Smith, Daniel | 520 Latigo Row<br>Encinitas, CA 92024 | 1/30/14 | $11,538.47 |
| INLAND CENTER | Wm Inland Investors Iv, Lp<br>P.O. Box 849449<br>Los Angeles, CA 90084-9449 | 12/18/13 | $11,577.80 |
| SHOPS AT MISSION VIEJO, LLC | 7415 Solution Center<br>Chicago, IL 60677-7004 | 11/7/13 | $11,678.13 |

| | | | |
|---|---|---|---|
| SHOPS AT MISSION VIEJO, LLC | 7415 Solution Center<br>Chicago, IL 60677-7004 | 12/9/13 | $11,678.13 |
| SHOPS AT MISSION VIEJO, LLC | 7415 Solution Center<br>Chicago, IL 60677-7004 | 12/16/13 | $11,678.13 |
| DEL AMO FASHION CENTER OPERATING CO. | Bnft Of Archon Fncl 3756568000<br>P.O. Box 409657<br>Atlanta, GA 30384-9657 | 11/7/13 | $11,735.52 |
| DEL AMO FASHION CENTER OPERATING CO. | Bnft Of Archon Fncl 3756568000<br>P.O. Box 409657<br>Atlanta, GA 30384-9657 | 12/9/13 | $11,736.96 |
| GDC GROUP, INC. | 1808 Aston Avenue Suite 180<br>Carlsbad, CA 92008 | 11/13/13 | $11,766.00 |
| NICHOLAS AND COMPANY, INC. | 5520 W. Harold Gatty Road P.O. Box 45005<br>Salt Lake City, UT 84116 | 1/22/14 | $11,808.17 |
| MACERICH OAKS LP | P.O. Box 849428<br>Los Angeles, CA 90084-9428 | 12/5/13 | $11,823.96 |
| STONESTOWN SHOPPING CENTER L.P. | Sds-12-2465 P.O. Box 86<br>Minneapolis, MN 55486-2465 | 11/18/13 | $11,835.23 |
| ONTARIO MILLS | P.O. Box 198844<br>Atlanta, GA 30384-8844 | 11/7/13 | $11,953.74 |
| ONTARIO MILLS | P.O. Box 198844<br>Atlanta, GA 30384-8844 | 12/9/13 | $11,953.74 |
| JOHN RAMSAY | 10051 Little Horn Circle<br>Frisco, TX 75035 | 12/11/13 | $12,000.00 |
| WESTSIDE PAVILION | Macerich Westside Property Llc<br>P.O. Box 849446<br>Los Angeles, CA 90084-9446 | 12/5/13 | $12,032.73 |
| STONESTOWN SHOPPING CENTER L.P. | Sds-12-2465 P.O. Box 86<br>Minneapolis, MN 55486-2465 | 12/24/13 | $12,042.12 |
| STONESTOWN SHOPPING CENTER L.P. | Sds-12-2465 P.O. Box 86<br>Minneapolis, MN 55486-2465 | 12/23/13 | $12,042.19 |
| THE RETAIL PROPERTY TRUST | P.O. Box 51163<br>Los Angeles, CA 90051-5463 | 12/2/13 | $12,070.92 |
| SIMON PROPERTY GROUP, L.P. | 867665 Reliable Parkway<br>Chicago, IL 60686-0076 | 11/7/13 | $12,074.22 |
| ONTARIO MILLS | P.O. Box 198844<br>Atlanta, GA 30384-8844 | 12/20/13 | $12,112.49 |

| | | | |
|---|---|---|---|
| LABATT FOOD SERVICE | P.O. Box 27730<br>Albuquerque, NM 87125-7730 | 12/9/13 | $12,170.62 |
| UTAH STATE TAX COMM. | 210 N 1950 W<br>Salt Lake City, UT 84134-0400 | 12/31/13 | $12,240.07 |
| FASHION SHOW MALL | Sds12-2773 P.O. Box 86<br>Minneapolis, MN 55486-2773 | 11/18/13 | $12,366.80 |
| WEA PALM DESERT LP-WESTFIELD | P.O. Box 742257<br>Los Angeles, CA 90074-2257 | 12/26/13 | $12,459.50 |
| FASHION OULET OF LAS VEGAS | P.O. Box 530465<br>Atlanta, GA 30353-0465 | 12/24/13 | $12,500.00 |
| CULVER CITY MALL LLC | C/O Bank Of America<br>File #55705<br>Los Angeles, Ca 90074-5705 | 12/5/13 | $12,592.55 |
| GGP MEADOWS MALL L.L.C. | Sds-12-1638 P.O. Box 86<br>Minneapolis, MN 55486-1638 | 11/18/13 | $12,652.32 |
| GGP MEADOWS MALL L.L.C. | Sds-12-1638 P.O. Box 86<br>Minneapolis, MN 55486-1638 | 12/18/13 | $12,652.32 |
| GGP MEADOWS MALL L.L.C. | Sds-12-1638 P.O. Box 86<br>Minneapolis, MN 55486-1638 | 12/19/13 | $12,652.32 |
| ERGS XIV REO OWNER, L.L.C. | Attn: Asset Manager<br>6011 Connection Drive<br>Irving, TX 75039 | 12/18/13 | $12,710.00 |
| PACIFIC VIEW | Macerich Buenaventura Lp<br>P.O. Box 849429<br>Los Angeles, CA 90084-9429 | 12/24/13 | $12,713.02 |
| PLAZA BONITA LLC | P.O. Box 55879<br>Los Angeles, CA 90074-5879 | 12/24/13 | $12,790.32 |
| EMI SANTA ROSA LIMITED PARTN | P.O. Box 51129<br>Los Angeles, CA 90051-5429 | 12/2/13 | $12,940.04 |
| OTAY RANCH, L.P. | 4898 Collection Center Drive<br>Chicago, IL 60693 | 12/24/13 | $12,962.00 |
| VCG-SOUTHBAY PAVILION LLC | File 1338<br>1801 W Olympic Blvd<br>Pasadena, CA 91199-1338 | 12/24/13 | $12,968.40 |
| GLENDALE GALLERIA | 2828 Collection Center Drive<br>Chicago, IL 60693 | 12/18/13 | $13,038.65 |
| CITY OF SANTA MONICA | P.O. Box 2200<br>Santa Monica, CA 90407-2200 | 12/16/13 | $13,050.00 |

| | | | |
|---|---|---|---|
| ENTERPRISE FM TRUST | P.O. Box 800089<br>Kansas City, MO 64180-0089 | 11/20/13 | $13,175.15 |
| STAR-WEST SOLANO, LLC | P.O. Box 74887<br>Cleveland, OH 44194-4887 | 12/24/13 | $13,235.78 |
| PACIFIC GAS & ELECTRIC COMPANY | Box 997300<br>Sacramento, CA 95899-7300 | 1/9/14 | $13,270.55 |
| VISTAR CORPORATION | P.O. Box 951080<br>Dallas, TX 75395-1080 | 1/13/14 | $13,307.44 |
| BOHANNON DEVELOPMENT COMPANY | Sixty 31st Avenue<br>San Mateo, CA 94403-3404 | 12/24/13 | $13,406.11 |
| BURBANK MALL ASSOCIATES | File 57238<br>Los Angeles, CA 90074-7238 | 12/24/13 | $13,527.96 |
| SIMON PROPERTY GROUP, L.P. | 867728 Reliable Parkway<br>Chicago, IL 60686-0077 | 12/17/13 | $13,544.28 |
| PACIFIC GAS & ELECTRIC COMPA | Box 997300<br>Sacramento, CA 95899-7300 | 12/11/13 | $13,643.50 |
| LABATT FOOD SERVICE | P.O. Box 27730<br>Albuquerque, NM 87125-7730 | 11/7/13 | $13,823.24 |
| 2250 TOWN CIRCLE HOLDINGS LL | c/o Spinoso Mgmt Group<br>P.O. Box 956393<br>St. Louis, MO 63195-6393 | 12/23/13 | $14,013.51 |
| MACERICH VICTOR VALLEY LLC | Victor Valley Mall<br>P.O. Box 849444<br>Los Angeles, CA 90084-9444 | 12/24/13 | $14,182.80 |
| WESTFIELD TOPANGA OWNER LLC | Bank Of America<br>File #54734<br>Los Angeles, CA 90074-4734 | 12/5/13 | $14,302.02 |
| QKC MAUI OWNER LLC | Bank Of Hawaii<br>P.O. Box 31000<br>Honolulu, Hi 96849-5479 | 12/5/13 | $14,306.29 |
| MACERICH VINTAGE FAIRE LP | P.O. Box 849445<br>Los Angeles, CA 90084-9445 | 12/5/13 | $14,389.67 |
| MACERICH VINTAGE FAIRE LP | P.O. Box 849445<br>Los Angeles, CA 90084-9445 | 12/17/13 | $14,389.67 |
| MACERICH VINTAGE FAIRE LP | P.O. Box 849445<br>Los Angeles, CA 90084-9445 | 12/18/13 | $14,389.67 |
| FASHION PLACE, LLC | Sds-12-2780 P.O. Box 86<br>Minneaoplis, MN 55486-2780 | 11/18/13 | $14,559.35 |

| | | | |
|---|---|---|---|
| PDC-EASTRIDGE MALL L.L.C | Sds-12-2336 P.O. Box 86<br>Minneapolis, MN 55486-2336 | 12/26/13 | $14,564.08 |
| VALENCIA TOWN CENTER VENTURE | P.O. Box 31001-1324<br>Pasadena, CA 91110-1324 | 12/3/13 | $14,631.78 |
| ONTARIO MILLS | P.O. Box 198844<br>Atlanta, GA 30384-8844 | 1/8/14 | $14,712.32 |
| BPC HENDERSON LLC | P.O. Box 72006<br>Cleveland, OH 44192-0006 | 12/16/13 | $14,777.38 |
| MISSION VALLEY PARTNERSHIP | Bank Of America<br>File #59906<br>Los Angeles, CA 90074-9906 | 12/2/13 | $14,922.48 |
| SOUTHERN CALIFORNIA EDISON C | P.O. Box 300<br>Rosemead, CA 91772-0001 | 12/11/13 | $15,366.61 |
| MCDONALD WHOLESALE CO. | Accts Receivable Department<br>P.O. Box 2340<br>Eugene, OR 97402 | 11/7/13 | $15,382.73 |
| MAINLINE CONSTRUCTION | 27262 Regio<br>Mission Viejo, CA 92692 | 11/6/13 | $15,944.00 |
| SOUTH BAY CENTER SPE, LLC | P.O. Box 72056<br>Cleveland, OH 44192-0056 | 12/23/13 | $16,521.30 |
| SOUTHLAND MALL, L.P. | Sds 11-1150 P.O. Box 86<br>Minneapolis, MN 55486-1150 | 12/30/13 | $16,593.54 |
| PACIFIC GAS & ELECTRIC COMPA | Box 997300<br>Sacramento, CA 95899-7300 | 11/6/13 | $16,705.12 |
| STAR-WEST PARKWAY MALL LP | P.O. Box 844767<br>Los Angeles, CA 90084-4767 | 12/24/13 | $16,718.50 |
| GLENDALE GALLERIA | 2828 Collection Center Drive<br>Chicago, IL 60693 | 11/18/13 | $16,765.85 |
| LITTLER MENDELSON | P.O. Box 45547<br>San Francisco, CA 94145-0547 | 12/24/13 | $16,857.53 |
| NEVADA DEPT. OF TAXATION | P.O. Box 52609<br>Phoenix, AZ 85072-2609 | 11/27/13 | $16,974.14 |
| ROSEVILLE SHOPPINGTOWN LLC | | 12/3/13 | $17,059.84 |
| NEVADA DEPT. OF TAXATION | P.O. Box 52609<br>Phoenix, AZ 85072-2609 | 12/31/13 | $17,435.87 |
| SOUTHERN CALIFORNIA EDISON C | | 1/17/14 | $17,468.65 |
| GLENDALE GALLERIA | 2828 Collection Center Drive<br>Chicago, IL 60693 | 12/19/13 | $17,476.89 |

| | | | |
|---|---|---|---|
| DALY CITY SERRAMONTE CENTER | Capital & Counties Usa Inc<br>Dept 3319<br>Los Angeles, CA 90084-3319 | 12/26/13 | $17,551.90 |
| ARDEN FAIR MALL | Macerich Mgmt Co Agent-Arden Fair<br>P.O. Box 849473<br>Los Angeles, CA 90084-9473 | 12/19/13 | $17,708.90 |
| LABATT FOOD SERVICE | P.O. Box 27730<br>Albuquerque, NM 87125-7730 | 1/13/14 | $18,389.61 |
| TORREY PINES BANK | 12220 El Camino Real Ste 110<br>San Diego, CA 92130 | 11/13/13 | $18,556.74 |
| TORREY PINES BANK | 12220 El Camino Real Ste 110<br>San Diego, CA 92130 | 12/11/13 | $18,556.74 |
| TORREY PINES BANK | 12220 El Camino Real Ste 110<br>San Diego, CA 92130 | 1/9/14 | $18,556.74 |
| AMERICAN EXPRESS | Box 0001<br>Los Angeles, CA 90096-0001 | 1/17/14 | $18,676.63 |
| RANCHO MALL, LLC | P.O. Box 72439<br>Cleveland, OH 44192 | 12/20/13 | $18,684.22 |
| PKF | 2020 Camino Del Rio North Suite 500<br>San Diego, CA 92108-1544 | 12/4/13 | $18,909.00 |
| TEMECULA TOWNE CENTER<br>ASSOCIATES | P.O. Box 72022<br>Cleveland, OH 44192-0022 | 12/18/13 | $19,231.50 |
| SOUTHERN CALIFORNIA EDISON CO. | P.O. Box 300<br>Rosemead, CA 91772-0001 | 11/13/13 | $19,731.92 |
| MACERICH CERRITOS LLC | P.O. Box 849466<br>Los Angeles, CA 90084-9466 | 12/19/13 | $19,992.20 |
| PLAZA WEST COVINA LP | P.O. Box 844824<br>Los Angeles, CA 90084-4824 | 12/23/13 | $20,127.38 |
| FASHION VALLEY MALL | P.O. Box 53271<br>Los Angeles, CA 90074-3271 | 11/7/13 | $20,261.11 |
| FASHION VALLEY MALL | P.O. Box 53271<br>Los Angeles, CA 90074-3271 | 12/6/13 | $20,261.11 |
| FASHION VALLEY MALL | P.O. Box 53271<br>Los Angeles, CA 90074-3271 | 12/6/13 | $20,261.11 |
| OAKRIDGE MALL LLC | File #55714<br>Los Angeles, CA 90074-5714 | 12/3/13 | $20,431.52 |

| | | | |
|---|---|---|---|
| TYLER MALL LIMITED PARTNERSHIP | Sds-12-3113 P.O. Box 86<br>Minneapolis, MN 55486-3113 | 12/23/13 | $20,452.70 |
| 5060 MONTCLAIR PLAZA HOLDING | c/o Spinoso Mgmt Group<br>P.O. Box 956415<br>St. Louis, MO 63195-6415 | 12/2/13 | $20,456.90 |
| MCDONALD WHOLESALE CO. | Accts Receivable Department<br>P.O. Box 2340<br>Eugene, OR 97402 | 1/13/14 | $20,736.18 |
| MACERICH FRESNO LIMITED PART | Fresno Fashion Fair<br>P.O. Box 849418<br>Los Angeles, CA 90084-9418 | 12/19/13 | $20,772.16 |
| THE RETAIL PROPERTY TRUST | P.O. Box 51163<br>Los Angeles, CA 90051-5463 | 12/2/13 | $20,925.16 |
| THE RETAIL PROPERTY TRUST | P.O. Box 51163<br>Los Angeles, CA 90051-5463 | 12/13/13 | $20,925.16 |
| THE RETAIL PROPERTY TRUST | P.O. Box 51163<br>Los Angeles, CA 90051-5463 | 11/7/13 | $21,305.56 |
| ENTERPRISE FM EXCHANGE INC. | P.O. Box 800089<br>Kansas City, MO 64180-0089 | 12/11/13 | $21,379.91 |
| ARDEN FAIR MALL | Macerich Mgmt Co Agent-Arden Fair<br>P.O. Box 849473<br>Los Angeles, CA 90084-9473 | 12/2/13 | $21,455.55 |
| SANTA ANITA SHOPPINGTOWN LP | C/O Bank Of America<br>File #55700<br>Los Angeles, CA 90074-5700 | 12/18/13 | $21,497.04 |
| MAINPLACE SHOPPINGTOWN LLC | P.O. Box 31001-0773 Lockbox<br>#910773<br>Pasadena, CA 91110-0773 | 12/30/13 | $21,587.90 |
| NORTH COUNTY FAIR LP | Bank Of America<br>File Number 55697<br>Los Angeles, CA 90074-5697 | 12/23/13 | $21,599.02 |
| AMERICAN EXPRESS | Box 0001<br>Los Angeles, CA 90096-0001 | 12/18/13 | $21,928.41 |
| WEST END PARTNERS | 1482 East Valley Rd Suite 245<br>Santa Barbara, CA 93108 | 12/4/13 | $21,977.63 |
| MACERICH OAKS LP | P.O. Box 849428<br>Los Angeles, CA 90084-9428 | 12/20/13 | $23,647.92 |
| FASHION SHOW MALL | Sds12-2773 P.O. Box 86<br>Minneapolis, MN 55486-2773 | 12/24/13 | $23,934.63 |

| | | | |
|---|---|---|---|
| CULVER CITY MALL LLC | C/O Bank Of America<br>File #55705<br>Los Angeles, Ca 90074-5705 | 12/20/13 | $25,185.10 |
| PLAZA BONITA LLC | P.O. Box 55879<br>Los Angeles, CA 90074-5879 | 12/4/13 | $25,580.64 |
| THE TRUSTEES OF THE ESTATE<br>BERNICE PAUAHI BISHOP | Lockbox 5497 / P.O. Box 31000<br>Honolulu, HI 96849-5497 | 11/22/13 | $26,042.50 |
| AMERICAN EXPRESS | Box 0001<br>Los Angeles, CA 90096-0001 | 11/20/13 | $26,591.66 |
| FASHION PLACE, LLC | Sds-12-2780 P.O. Box 86<br>Minneaoplis, MN 55486-2780 | 12/17/13 | $26,772.90 |
| WESTFIELD TOPANGA OWNER LLC | Bank Of America<br>File #54734<br>Los Angeles, CA 90074-4734 | 12/30/13 | $28,604.04 |
| BARNEY & BARNEY, LLC | P.O. BOX 87610<br>SAN DIEGO, CA 92138 | 1/23/14 | $36,950.10 |
| BARNEY & BARNEY, LLC | P.O. BOX 87610<br>SAN DIEGO, CA 92138 | 11/27/13 | $37,624.50 |
| BARNEY & BARNEY, LLC | P.O. BOX 87610<br>SAN DIEGO, CA 92138 | 12/18/13 | $37,624.50 |
| HANSEN DISTRIBUTION GROUP | P.O. Box 820<br>Pearl City, HI 96782 | 11/7/13 | $37,693.46 |
| SHEPARD MULLIN RICHTER &<br>HAMPTON | Attn: Barrett Marum<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598 | 1/30/14 | $40,000.00 |
| HANSEN DISTRIBUTION GROUP | P.O. Box 820<br>Pearl City, HI 96782 | 12/9/13 | $40,773.35 |
| ANTHEM BLUE CROSS | Dept 5812<br>Los Angeles, CA 90074-5812 | 12/18/13 | $48,258.00 |
| ANTHEM BLUE CROSS | Dept 5812<br>Los Angeles, CA 90074-5812 | 1/17/14 | $48,258.00 |
| ANTHEM BLUE CROSS | Dept 5812<br>Los Angeles, CA 90074-5812 | 11/20/13 | $53,198.10 |
| NICHOLAS AND COMPANY, INC. | 5520 W. Harold Gatty Road P.O. Box<br>45005<br>Salt Lake City, UT 84116 | 12/9/13 | $74,083.39 |
| NICHOLAS AND COMPANY, INC. | 5520 W. Harold Gatty Road P.O. Box<br>45005<br>Salt Lake City, UT 84116 | 11/7/13 | $78,252.86 |

| | | | |
|---|---|---|---|
| SHEPARD MULLIN RICHTER & HAMPTON | Attn: Barrett Marum<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598 | 1/9/14 | $100,000.00 |
| STATE OF CALIFORNIA | P.O. Box 942879<br>Sacramento, CA 94279-6001 | 11/26/13 | $122,000.00 |
| FRIEDMAN LAW CLIENT TRUST | 1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | 1/31/14 | $150,000.00 |
| STATE OF CALIFORNIA | P.O. Box 942879<br>Sacramento, CA 94279-6001 | 12/26/13 | $151,000.00 |
| MITCHELL S. & RUTH N. SHAPIRO | 17150 Mccormick Street<br>Encino, CA 91316 | 11/7/13 | $200,000.00 |
| SHAMROCK FOODS COMPANY | P.O. Box 843539<br>Los Angeles, Ca 90084-3539 | 11/20/13 | $334,294.24 |
| SHAMROCK FOODS COMPANY | P.O. Box 843539<br>Los Angeles, Ca 90084-3539 | 12/19/13 | $435,144.77 |

**Amount Still Owing**

B 203
(12/94)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**

    **HDOS Enterprises**

Case No.   **2:14-bk-12028-NB**

**Debtor**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 150,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 150,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

2/8/14
_____
Date

_____
J. Bennett Friedman
*Signature of Attorney*

_____
Friedman Law Group, P.C.
*Name of law firm*

# United States Bankruptcy Court
### Central District of California

In re **HDOS Enterprises**                                    Case No.  **2:14-bk-12028-NB**

Debtor.                                                        Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **HDOS Enterprises**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

**X** There are no entities to report.

By: _____
J. Bennett Friedman
Signature of Attorney

Counsel for **HDOS Enterprises**
Bar no.: **147056**
Address.: **1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067**

Telephone No.: **(310) 552-8210**
Fax No.: **(310) 733-5442**
E-mail address: **jfriedman@jbflawfirm.com**