1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   Email: jpomerantz@pszjlaw.com;
5          jdulberg@pszjlaw.com

6  [Proposed] Attorneys for the Official Committee of
   Unsecured Creditors

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                 LOS ANGELES DIVISION

11 In re:                          Case No. 2:14-bk-12028-NB

12 HDOS ENTERPRISES,               Chapter 11
   A California corporation,
13                                 **NOTICE OF APPLICATION FOR AN
                                   ORDER AUTHORIZING AND
14          Debtor and Debtor in   APPROVING THE EMPLOYMENT OF
            Possession             PACHULSKI STANG ZIEHL & JONES
15                                 LLP AS COUNSEL FOR THE OFFICIAL
                                   COMMITTEE OF UNSECURED
16                                 CREDITORS *NUNC PRO TUNC* TO
                                   FEBRUARY 19, 2014**
17
                                   [No Hearing Required Per Local Bankruptcy
18                                 Rule 2014-1(b)]

19

20 **TO THE DEBTOR AND DEBTOR IN POSSESSION, ITS COUNSEL, ALL PARTIES**

21 **WHO HAVE REQUESTED SPECIAL NOTICE, AND THE OFFICE OF THE UNITED**

22 **STATES TRUSTEE:**

23         **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

24 "Committee") appointed in the above-captioned bankruptcy case of HDOS Enterprises (the

25 "Debtor") has submitted its application to employ Pachulski Stang Ziehl & Jones LLP ("PSZ&J"

26 or the "Firm") as its counsel, *nunc pro tunc* to February 19, 2014 [Docket No. 132] (the

27 "Application").

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Case 2:14-bk-12028-NB    Doc 133    Filed 02/26/14    Entered 02/26/14 15:31:28    Desc
Main Document    Page 2 of 6

1    **PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court

2    approval of the proposed employment of the Firm to, among other things, render the following

3    services to the Committee:

4        a.    to assist, advise and represent the Committee in its consultations with the Debtor

5            regarding the administration of this Case;

6        b.    to assist, advise and represent the Committee in analyzing the Debtor's assets and

7            liabilities, participating in and reviewing any proposed asset sales, any asset

8            dispositions, and financing arrangements or proceedings;

9        c.    to assist, advise and represent the Committee in any manner relevant to reviewing and

10           determining the Debtor's rights and obligations under leases and other executory

11           contracts;

12       d.    to assist, advise and represent the Committee in investigating the acts, conduct, assets

13           and liabilities of the Debtor and the Debtor's financial condition, business operations

14           and any other matters relevant to this Case or to the formulation of a plan;

15       e.    to assist, advise and represent the Committee in its participation in the negotiation,

16           formulation and drafting of a plan of liquidation or reorganization;

17       f.    to provide advice to the Committee on the issues concerning the appointment of a

18           trustee or examiner under Section 1104 of the Bankruptcy Code;

19       g    to assist, advise and represent the Committee in the performance of all of its duties

20           and powers under the Bankruptcy Code and the Bankruptcy Rules and in the

21           performance of such other services as are in the interests of those represented by the

22           Committee;

23       h    to assist, advise and represent the Committee in the evaluation of claims and on any

24           litigation matters; and

25       i.    to assist, advise and represent the Committee regarding such other matters and issues

26           as may be necessary or requested by the Committee.

27       **PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ PSZ&J and to

28   compensate PSZ&J reasonable fees to be determined by the Court.  No compensation will be paid to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:275695.1 35101/002    2

the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer in this Case.  The attorneys currently expected to be principally responsible for the Case, and their respective hourly rates effective as of January 1, 2014 are as follows:  Jeffrey N. Pomerantz-$875 and Jeffrey W. Dulberg-$695.  The hourly rate for the paralegal assigned to the Case is $295.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Rule 2014-1(b)(1)(c), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Rule 2014-1(b)(3)(E), any objection to the proposed Application and request for hearing must be in the form prescribed by Local Rule 9013-1(f)(1) and must be filed and served on the Committee, its proposed counsel, and the Office of the United States Trustee **no later than fourteen (14) days from the date of service of this notice.**  A true and correct copy of the Application can be obtained by contacting Patricia Jeffries, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California  90067, Telephone: (310) 277-6910.

Dated:    February 26, 2014                    PACHULSKI STANG ZIEHL & JONES LLP

                                              By    /s/ *Jeffrey W. Dulberg*
                                                    Jeffrey N. Pomerantz
                                                    Jeffrey W. Dulberg

                                                    [Proposed] Attorneys for the Official
                                                    Committee of Unsecured Creditors

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:   10100 Santa Monica Blvd., Ste. 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing documents entitled (*specify*):

**NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 19, 2014**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document were served by the court via NEF and hyperlink to the document. On (*date*) **February 26, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On **February 26, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 26, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Via Overnight Mail</u>**
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2014 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:275672.1 35101/002

In re: HDOS Enterprises, Inc.
Case No. 2:14-bk-12028 NB

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Michael Avanesian    michaelavanesian@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com,
  jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
  olo@kattenlaw.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Peter L Duncan    peterd@psdslaw.com, theresam@psdslaw.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com,
  msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbf
  lawfirm.com
- Christopher V Hawkins    Hawkins@sullivanhill.com,
  bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com
- Joan Huh    joan.huh@boe.ca.gov
- Dare Law    dare.law@usdoj.gov
- Thor D Mclaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Jessica Mickelsen    jessica.mickelsen@kattenlaw.com,
  adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Randy P Orlik    rorlik@coxcastle.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Kristen N Pate    ggpbk@ggp.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Ronald M Tucker    rtucker@simon.com,
  cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com

**In re: HDOS Enterprises**
**Case No. 2:14-bk-12028 NB**

### SERVICE LIST

Debtor
HDOS Enterprises
5942 Priestly Drive
Carlsbad, CA 92008

Debtor's Counsel
Friedman Law Group, P.C.
Jerome Bennett Friedman
1900 Ave of the Stars 11th Fl
Los Angeles, CA 90067-4409

Committee Member & RSN
Simon Property Group, Inc.
Ronald M. Tucker, VP Bankruptcy
Counsel
225 W. Washington Street
Indianapolis, IN 46204

Committee Member
Hansen Distribution Group
c/o John R. Haynes Loevenguth,
Consultant
Schulze, Haynes Loevenguth & Co.
4340 Von Karmen Ave., Suite 110
Newport Beach, CA 92660

Committee Member
GGP Limited Partnership
c/o Julie Minnick Bowden,
Manager National Bankruptcy
110 N. Wacker Drive
Chicago, IL 60606

Torrey Pines Bank
c/o Peter L. Duncan, Esq.
Pyle Sims Duncan & Stevenson,
APC
401 B Street
Suite 1500
San Diego, CA 92101

Hot Dog on a Stick Employee
Ownership Trust
c/o Nicholas Saakvitne
532 Colorado Ave.
Santa Monica, CA 90401

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952

FTI Consulting
Cynthia Nelson
633 West 5th Street
Suite 1600
Los Angeles, CA 90071

RSN
Paul M Weiser
16435 N Scottsdale Rd, Ste 440
Scottsdale, AZ 85254-1754

RSN
GGP Limited Partnership, as Agent
Kristen N. Pate
110 N. Wacker Drive
Chicago, IL 60606

RSN
Rouse Properties Inc.
Robert L. LeHane, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

RSN
ER Metro, Inc.
BUCHALTER NEMER
Paul M. Weiser
16435 North Scottsdale Road
Suite 440
Scottsdale, AZ 85254-1754

RSN
Counsel for Landlord Creditors The
Macerich Company, Westfield, LLC
and Plaza West Covina LP
Dustin P. Branch
KATTEN MUCHIN ROSENMAN
LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012