Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com;
       jdulberg@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>HDOS ENTERPRISES,<br>A California corporation,<br><br>         Debtor and Debtor in Possession | Case No. 2:14-bk-12028-NB<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTIONS 105(A), 107(B), AND 1102(B)(3) OF THE BANKRUPTCY CODE**<br><br>[No Hearing Required per Local Bankruptcy Rule 9013-1(o)(1)] |

**TO THE HONORABLE NEIL M. BASON, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned bankruptcy case of HDOS Enterprises (the "Debtor") has filed a motion with this Court (the "Motion") for entry of an order pursuant to sections 105(a), 107(b), and 1102(b)(3) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

DOCS_LA:275784.1 35101/002

clarifying the requirement of the Committee to provide access to confidential or privileged information to creditors [Docket No. 134].

**PLEASE TAKE FURTHER NOTICE** that, specifically, the Committee requests authority to (a) withhold confidential information and privileged information (each as defined in the Motion) under the "information access" prong of the statute, and (b) satisfy its duties under the "comment solicitation" prong of the statute by means of a link to a web page posted on, and accessible via, an internet website dedicated to the Case. The Committee seeks to satisfy its information sharing obligations in as streamlined and inexpensive a manner as possible. Thus, the Committee will communicate with its constituency through, inter alia, the website established at: www.pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Rule 9013-1(o)(1), any objection to the proposed Motion and request for hearing must be filed and served on the Committee, its proposed counsel, and the Office of the United States Trustee no later than fourteen (14) days from the date of service of this notice. A true and correct copy of the Motion can be obtained by contacting Patricia Jeffries, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067, Telephone: (310) 277-6910.

Dated:    February 26, 2014            PACHULSKI STANG ZIEHL & JONES LLP

                                       By    /s/ *Jeffrey W. Dulberg*
                                             Jeffrey N. Pomerantz
                                             Jeffrey W. Dulberg

                                             [Proposed] Attorneys for the Official
                                             Committee of Unsecured Creditors

DOCS_LA:275784.1 35101/002             2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    10100 Santa Monica Blvd., Ste. 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing documents entitled (*specify*):

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER APPROVING INFORMATION ACCESS PROTOCOL UNDER SECTIONS 105(A), 107(B), AND 1102(B)(3) OF THE BANKRUPTCY CODE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document were served by the court via NEF and hyperlink to the document. On (*date*) **February 26, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On **February 26, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 26, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Via Overnight Mail</u>**
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2014 | Sophia L. Lee | */s/Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:275672.1 35101/002

In re: HDOS Enterprises, Inc.
Case No. 2:14-bk-12028 NB

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Michael Avanesian    michaelavanesian@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Peter L Duncan    peterd@psdslaw.com, theresam@psdslaw.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com, msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbflawfirm.com
- Christopher V Hawkins    Hawkins@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com
- Joan Huh    joan.huh@boe.ca.gov
- Dare Law    dare.law@usdoj.gov
- Thor D Mclaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Jessica Mickelsen    jessica.mickelsen@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Randy P Orlik    rorlik@coxcastle.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Kristen N Pate    ggpbk@ggp.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com

**In re: HDOS Enterprises**
**Case No. 2:14-bk-12028 NB**

## SERVICE LIST

| | | |
|---|---|---|
| <u>Debtor</u><br>HDOS Enterprises<br>5942 Priestly Drive<br>Carlsbad, CA 92008 | <u>Debtor's Counsel</u><br>Friedman Law Group, P.C.<br>Jerome Bennett Friedman<br>1900 Ave of the Stars 11th Fl<br>Los Angeles, CA 90067-4409 | <u>Committee Member & RSN</u><br>Simon Property Group, Inc.<br>Ronald M. Tucker, VP Bankruptcy Counsel<br>225 W. Washington Street<br>Indianapolis, IN 46204 |
| <u>Committee Member</u><br>Hansen Distribution Group<br>c/o John R. Haynes Loevenguth, Consultant<br>Schulze, Haynes Loevenguth & Co.<br>4340 Von Karmen Ave., Suite 110<br>Newport Beach, CA 92660 | <u>Committee Member</u><br>GGP Limited Partnership<br>c/o Julie Minnick Bowden,<br>Manager National Bankruptcy<br>110 N. Wacker Drive<br>Chicago, IL 60606 | Torrey Pines Bank<br>c/o Peter L. Duncan, Esq.<br>Pyle Sims Duncan & Stevenson, APC<br>401 B Street<br>Suite 1500<br>San Diego, CA 92101 |
| Hot Dog on a Stick Employee Ownership Trust<br>c/o Nicholas Saakvitne<br>532 Colorado Ave.<br>Santa Monica, CA 90401 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section, MS:A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | FTI Consulting<br>Cynthia Nelson<br>633 West 5th Street<br>Suite 1600<br>Los Angeles, CA 90071 | <u>RSN</u><br>Paul M Weiser<br>16435 N Scottsdale Rd, Ste 440<br>Scottsdale, AZ 85254-1754 |
| <u>RSN</u><br>GGP Limited Partnership, as Agent<br>Kristen N. Pate<br>110 N. Wacker Drive<br>Chicago, IL 60606 | <u>RSN</u><br>Rouse Properties Inc.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | <u>RSN</u><br>ER Metro, Inc.<br>BUCHALTER NEMER<br>Paul M. Weiser<br>16435 North Scottsdale Road<br>Suite 440<br>Scottsdale, AZ 85254-1754 |
| <u>RSN</u><br>Counsel for Landlord Creditors The Macerich Company, Westfield, LLC and Plaza West Covina LP<br>Dustin P. Branch<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | | |

DOCS_LA:275691.1 35101/002