1 | Jeffrey N. Pomerantz (CA Bar No. 143717)
Jeffrey W. Dulberg (CA Bar No. 181200)
2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3 | Los Angeles, California 90067
Telephone: 310/277-6910
4 | Facsimile: 310/201-0760
Email: jpomerantz@pszjlaw.com;
5 |       jdulberg@pszjlaw.com

6 | [Proposed] Attorneys for the Official Committee of
Unsecured Creditors

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | In re:

12 | HDOS ENTERPRISES,
A California corporation,

13 |

14 |                    Debtor and Debtor in
                    Possession

15 |

16 |

17 |

18 |

19 |

Case No. 2:14-bk-12028-NB

Chapter 11

**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 19, 2014; DECLARATION OF CYNTHIA NELSON IN SUPPORT THEREOF**

[No Hearing Required Per Local Bankruptcy Rule 2014-1(b)]

20 |

21 | The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-

22 | captioned bankruptcy case of HDOS Enterprises (the "Debtor") submits this application (the

23 | "Application") for the entry of an order authorizing and approving the employment of FTI

24 | Consulting, Inc. ("FTI" or the "Firm") as financial advisor to the Committee in connection with the

25 | Debtor's chapter 11 case (the "Case"), *nunc pro tunc* to February 19, 2014, pursuant to sections

26 | 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the

27 | Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local

28 | Rules. The Committee submits the Nelson Declaration in support of this Application and

*Side text (left margin):* PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

incorporates it herein by reference.  In further support of the Application, the Committee respectfully

states as follows:

       This Application is brought pursuant to section 1103(a) of title 11 of the United States Code

(the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local

Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm.  In support of this

Application, the Committee respectfully represents as follows:

       1.     On February 3, 2014, the Debtor filed a voluntary petition for relief under chapter 11

of the Bankruptcy Code, under case number Case No.: 2:14-bk-12028 (NB) (the "Case").

       2.     On February 19, 2014, the United States Trustee appointed the Committee to

represent the interests of all unsecured creditors for the Debtor pursuant to section 1102 of the

Bankruptcy Code.  The members appointed to the Committee are:  (i) Simon Property Group, Inc.;

(ii) Hansen Distribution Group; and (iii) GGP Limited Partnership.  The Notice of Appointment was

entered on February 20, 2014 [Docket No. 112].

       3.     FTI's retention is requested *nunc pro tunc* to February 19, 2014 as FTI has been

actively advising the Committee since that date.

### Basis for Relief Requested and Qualifications of FTI

       4.     The Committee submits that the retention of FTI under the terms described herein and

in the Engagement Letter is appropriate under sections 328(a) and 1103 of the Bankruptcy Code.

Section 1103 of the Bankruptcy Code, empowers the Committee, with the Court's approval, to

employ attorneys, accountants or other professional persons so long as such professionals do not

represent any other entity having an adverse interest in connection with the case. 11 U.S.C. §

1103(a)-(b).

       5.     Section 328(a) of the Bankruptcy Code authorizes the employment of a professional

person "on any reasonable terms and conditions of employment, including on a . . . fixed or

percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).  Section 328(a) of the

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Bankruptcy Code, makes clear that committees may retain, subject to bankruptcy court approval, a professional on an hourly fee basis such as the fee structure proposed by the Committee regarding the compensation of FTI, subject to the Court's review and approval of such compensation under section 330 of the Bankruptcy Code.

6.    The Committee believes that under the facts and circumstances of this Case, the retention of FTI as financial advisor is reasonable, appropriate, and in the best interests of the Committee and the Debtor's estate.  FTI has a wealth of experience in providing financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of Debtor and creditors throughout the United States. FTI maintains offices at 633 West 5th Street, Suite 1600, Los Angeles, California 90071.  FTI Consulting, Inc. is a global business advisory firm that provides multidisciplinary solutions to complex challenges and opportunities.  With the full power of unique depth of thought combined with the global expertise of leading professionals, FTI is committed to protecting and enhancing the enterprise value of its clients.

7.    With its experience as a financial advisor, FTI fulfills a critical role that complements the services offered by the Committee's counsel.  The Committee further believes that the value to the Committee of such services and the amount of compensation is reasonable given the services to be provided by FTI to the Committee.

## Scope of Services

8.    The services that the Committee or its counsel may request FTI to provide include, but are not limited to, the following:

a)    Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

b)    Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral;

c)    Assistance with the assessment and monitoring of the Debtor's short term cash flow, liquidity, and operating results;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

d)      Assistance with the review of any proposed key employee retention or other employee benefit programs;

e)      Assistance with the review of the Debtor's analysis of core business assets and the potential disposition or liquidation of non-core assets;

f)      Assistance with the review of the Debtor's cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

g)      Assistance with the review of the Debtor's identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

h)      Assistance in the review and monitoring of any asset sale process, including, but not limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

i)      Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtor, plans of reorganization, and asset sales;

j)      Assistance in the review of the claims reconciliation and estimation process;

k)      Assistance in the review of other financial information prepared by the Debtor, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

l)      Attendance at meetings and assistance in discussions with the Debtor, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

m)      Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

n)      Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1              o)       Assistance in the prosecution of Committee responses/objections to the

2   Debtor's motions, including attendance at depositions and provision of expert

3   reports/testimony on case issues as required by the Committee; and

4              p)       Render such other general business consulting or such other assistance as the

5   Committee or its counsel may deem necessary that are consistent with the role of a financial

6   advisor and not duplicative of services provided by other professionals in this proceeding.

7

### Compensation

8      9.    FTI will charge its normal and customary hourly rates for the services to be provided

9   hereunder, which hourly rates are as follows:

| | |
|---|---|
| Senior Managing Directors | $800-925 |
| Directors/Managing Directors | $580-765 |
| Consultants/Senior Consultants | $300-550 |
| Administrative/Paraprofessionals/Associates | $120-250 |

10.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. FTI will also seek reimbursement of actual and necessary expenses incurred. Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

11.    The Committee and FTI understand that any compensation or reimbursement of expenses paid to FTI must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

12.    No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has not received a retainer in the Case.

13.    Every effort will be made to ensure that FTI's services are rendered in the most cost-effective manner possible.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14.     There are no arrangements between FTI and any other entity for the sharing of compensation received or to be received in connection with the Case, except insofar as such compensation may be shared among principals and associates of FTI.

**No Adverse Interest and Disclosure of Connections**

15.     To the best of the Committee's knowledge and based upon the Nelson Declaration neither FTI nor any of its principals, associates or staff has any connection with the Debtor, any creditors of the estate, any party in interest, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in the Nelson Declaration.

16.     To the best of the Committee's knowledge and based upon the attached Nelson Declaration, neither FTI nor any of its principals, associates or staff is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

17.     To the best of the Committee's knowledge and based upon the attached Nelson Declaration, neither FTI nor any of its principals, associates or staff is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

18.     FTI has not provided and will not provide any professional services to the Debtor, any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to this chapter 11 case.

19.     FTI acts as financial advisor to other committees in other bankruptcy cases, the members of which may be creditors of the Debtor.  However, FTI will not provide services to any members of those committees with respect to any claims that they may have collectively or individually against the Debtor.

20.     Similarly, FTI may provide, or may have provided, services to Debtor, creditors' committees, or trustees in cases or proceedings against creditors of the Debtor that are unrelated to the Case.

21.     To the best of the Committee's and FTI's knowledge, FTI has no interest adverse to the estate.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

22.     The Committee is informed and believes that FTI has conducted a conflict check and thus far has not encountered any creditors of the Debtor with which an actual conflict exists between FTI and such creditors.  If, at any subsequent time during the course of these proceedings, FTI learns of any other representation which may give rise to a conflict, FTI will promptly file with the Court and the Office of the United States Trustee an amended declaration identifying and specifying such involvement.

### Notice

23.     Notice of filing of this Application (the "Notice") was provided to (1) counsel for the Office of the United States Trustee, (2) counsel for the Debtor, and (3) any party who filed and served a request for special notice as of the date of service of the Notice.  A copy of the Notice is attached hereto as **Exhibit 1**.

24.     Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(o)(1) and must be filed with the Court and served upon the Committee, its proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of notice of the filing of the Application.

**WHEREFORE**, the Committee respectfully requests that this Court enter an Order (i) authorizing the retention of FTI Consulting, Inc. as financial advisor on the terms and conditions set forth herein, in the Nelson Declaration and the Engagement Letter with fees and expenses to be paid pursuant to the Bankruptcy Rules, the Local Rules of the Court, and such other orders as the Court may direct, and (ii) granting such other further relief as the Court deems necessary and just.

Dated: March 14, 2014

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

By _Ronald M. Tucker_
Ronald M. Tucker
Simon Property Group, *Inc.*
Solely as Chairman of the Committee of Unsecured Creditors.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2     Submitted by:
      PACHULSKI STANG ZIEHL & JONES LLP

3

4     By:    */s/ Jeffrey W. Dulberg*
                Jeffrey W. Dulberg
5               Proposed Counsel for the Official
                Committee of Unsecured Creditors
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF CYNTHIA NELSON

I, Cynthia Nelson, declare and state as follows:

1.       I am a Senior Managing Director of FTI Consulting, Inc. ("FTI").

2.       I make this declaration in support of the application (the "Application") filed by the Committee to employ FTI as its financial advisor  Capitalized terms not otherwise defined herein shall have the meaning given them in the Application.

3.       Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (my own or that gathered from others that work under my supervision), and my review of relevant documents.  If called upon to testify, I would testify to the facts set forth in this Declaration.

4.       FTI specializes in financial advisory, corporate reorganization, and strategic consultation services for mid-market companies and maintains offices at 633 West 5th Street, Suite 1600, Los Angeles, California 90071.  FTI Consulting, Inc. is a global business advisory firm that provides multidisciplinary solutions to complex challenges and opportunities.  With the full power of unique depth of thought combined with the global expertise of leading professionals, FTI is committed to protecting and enhancing the enterprise value of its clients.

5.       FTI is comprised of a seasoned team of senior financial and consulting professionals, each with more than 15 years of experience in their respective field, who add value by delivering a diversity of intellectual, functional, and process skills to support our clients.

6.       Subject to the Court's approval of FTI's retention, FTI proposes to provide financial advisory services to the Committee.  The Committee has determined that it is in the best interests of unsecured creditors and the Debtor's' estate to retain a financial advisor to assist the Committee in this Case.  The Committee desires to retain FTI to provide such financial services as the Committee deems necessary and beneficial to the Committee and all unsecured creditors.  The services that the Committee or its counsel may request include, but are not limited to, the following services:

a)       Assistance in the review of financial related disclosures required by the Court, including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly Operating Reports;

DOCS_LA:276221.1 35101/002                    1

b)      Assistance in the preparation of analyses required to assess any proposed Debtor-In-Possession ("DIP") financing or use of cash collateral;

c)      Assistance with the assessment and monitoring of the Debtor's short term cash flow, liquidity, and operating results;

d)      Assistance with the review of any proposed key employee retention or other employee benefit programs;

e)      Assistance with the review of the Debtor's analysis of core business assets and the potential disposition or liquidation of non-core assets;

f)      Assistance with the review of the Debtor's cost/benefit analysis with respect to the affirmation or rejection of various executory contracts and leases;

g)      Assistance with the review of the Debtor's identification of potential cost savings, including overhead and operating expense reductions and efficiency improvements;

h)      Assistance in the review and monitoring of any asset sale process, including, but not limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists, review and quantifications of any bids;

i)      Assistance with review of any tax issues associated with, but not limited to, claims/stock trading, preservation of net operating losses, refunds due to the Debtor, plans of reorganization, and asset sales;

j)      Assistance in the review of the claims reconciliation and estimation process;

k)      Assistance in the review of other financial information prepared by the Debtor, including, but not limited to, cash flow projections and budgets, business plans, cash receipts and disbursement analysis, asset and liability analysis, and the economic analysis of proposed transactions for which Court approval is sought;

l)      Attendance at meetings and assistance in discussions with the Debtor, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

m)      Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

n)      Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

o)      Assistance in the prosecution of Committee responses/objections to the Debtor's motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

p)      Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

7.      The Committee has requested or may request that FTI render the foregoing professional services in order to assist the Committee with its duties and to handle the many issues that may arise in the context of this Case. As reflected in the foregoing Application, FTI is qualified to serve it in this Case as the Committee's financial advisor.  The services to be rendered by FTI will not duplicate the services to be rendered by any of the other professionals retained by the Committee in this Case, and every effort will be made to ensure that FTI's services are rendered in the most cost-effective manner possible.

8.      FTI will charge its normal and customary hourly rate for the services to be provided hereunder, which hourly rates are as follows:

| | |
|---|---|
| Senior Managing Directors | $800-925 |
| Directors/Managing Directors | $580-765 |
| Consultants/Senior Consultants | $300-550 |
| Administrative/Paraprofessionals/Associates | $120-250 |

9.      The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  FTI will also seek reimbursement of actual and necessary expenses incurred.  Actual and necessary expenses would include any reasonable legal fees incurred in defense of its retention application and fee applications in this matter subject to Court approval.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10.     The Committee and FTI understand that any compensation or reimbursement of expenses paid to FTI must be approved by this Court upon application consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court and any administrative or other order concerning professional compensation and reimbursement entered in this proceeding.

11.     No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has not received a retainer in the Case.

12.     Every effort will be made to ensure that FTI's services are rendered in the most cost-effective manner possible.

13.     There are no arrangements between FTI and any other entity for the sharing of compensation received or to be received in connection with the Case, except insofar as such compensation may be shared among principals and associates of FTI.

14.     In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtor, its affiliates and certain entities holding large claims against or interests in the Debtor that were made reasonably known to FTI. A listing of the parties reviewed is reflected on Exhibit A to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI. A listing of such relationships that FTI identified during this process is set forth on Exhibit B to this Declaration.

15.     Based on the results of its review, FTI does not have a relationship with any of the parties on Exhibit A in matters related to these proceedings. FTI has provided and could reasonably expect to continue to provide services unrelated to the Debtor's case for the various entities shown on Exhibit B. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge, FTI does not hold or represent any interest adverse to the estate, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtor's case. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys, law firms and financial institutions, some of whom may be involved in these proceedings.

17. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtor and this case. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests adverse to the estate, and none are in connection with these cases.

18. FTI is not believed to be a "Creditor" with respect to fees and expenses of the Debtor within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the FTI engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtor's stock.

19. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, FTI will promptly file a supplemental disclosure with the Court as promptly as possible.

20. FTI is not and has never been an investment banker for any outstanding security of the Debtor.

21. FTI is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtor.

22. FTI is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

23.     As such, to the best of my knowledge, FTI does not hold or represent any interest materially adverse to the interests of the estate or any class of creditors or equity security holders, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code. I believe that FTI is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code.

24.     FTI is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

25.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2014 at Los Angeles, California.


By, _____

_____

CYNTHIA NELSON

# EXHIBIT 1

1  Jeffrey N. Pomerantz (CA Bar No. 143717)
   Jeffrey W. Dulberg (CA Bar No. 181200)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067
   Telephone: 310/277-6910
4  Facsimile: 310/201-0760
   Email: jpomerantz@pszjlaw.com;
5         jdulberg@pszjlaw.com

6  [Proposed] Attorneys for the Official Committee of
   Unsecured Creditors
7

8                 UNITED STATES BANKRUPTCY COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11 In re:                              Case No. 2:14-bk-12028-NB

12 HDOS ENTERPRISES,                   Chapter 11
   A California corporation,
13                                     **NOTICE OF APPLICATION FOR AN
                                       ORDER AUTHORIZING AND
14              Debtor and Debtor in   APPROVING THE EMPLOYMENT OF
                Possession             FTI CONSULTING, INC. AS FINANCIAL
15                                     ADVISOR FOR THE OFFICIAL
                                       COMMITTEE OF UNSECURED
16                                     CREDITORS *NUNC PRO TUNC* TO
                                       FEBRUARY 19, 2014**
17
                                       [No Hearing Required Per Local Bankruptcy
18                                     Rule 2014-1(b)]

19

20 **TO THE DEBTOR AND DEBTOR IN POSSESSION, ITS COUNSEL, ALL PARTIES**

21 **WHO HAVE REQUESTED SPECIAL NOTICE, AND THE OFFICE OF THE UNITED**

22 **STATES TRUSTEE:**

23         **PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the

24 "Committee") appointed in the above-captioned bankruptcy case of HDOS Enterprises (the

25 "Debtor") has submitted an application to employ FTI Consulting, Inc. ("FTI") as financial

26 advisor to the Committee in connection with the Debtor's chapter 11 case (the "Case"), *nunc pro*

27 *tunc* to February 19, 2014 [Docket No. ____] (the "Application").

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **PLEASE TAKE FURTHER NOTICE** that by the Application, the Committee seeks Court

2    approval of the proposed employment of FTI to, among other things, render the following services to

3    the Committee:

4          a)     Assistance in the review of financial related disclosures required by the Court,

5    including the Schedules of Assets and Liabilities, the Statement of Financial Affairs and Monthly

6    Operating Reports;

7          b)     Assistance in the preparation of analyses required to assess any proposed Debtor-In-

8    Possession ("DIP") financing or use of cash collateral;

9          c)     Assistance with the assessment and monitoring of the Debtor's short term cash flow,

10    liquidity, and operating results;

11          d)     Assistance with the review of any proposed key employee retention or other

12    employee benefit programs;

13          e)     Assistance with the review of the Debtor's analysis of core business assets and the

14    potential disposition or liquidation of non-core assets;

15          f)     Assistance with the review of the Debtor's cost/benefit analysis with respect to the

16    affirmation or rejection of various executory contracts and leases;

17          g)     Assistance with the review of the Debtor's identification of potential cost savings,

18    including overhead and operating expense reductions and efficiency improvements;

19          h)     Assistance in the review and monitoring of any asset sale process, including, but not

20    limited to an assessment of the adequacy of the marketing process, completeness of any buyer lists,

21    review and quantifications of any bids;

22          i)     Assistance with review of any tax issues associated with, but not limited to,

23    claims/stock trading, preservation of net operating losses, refunds due to the Debtor, plans of

24    reorganization, and asset sales;

25          j)     Assistance in the review of the claims reconciliation and estimation process;

26          k)     Assistance in the review of other financial information prepared by the Debtor,

27    including, but not limited to, cash flow projections and budgets, business plans, cash receipts and

28    disbursement analysis, asset and liability analysis, and the economic analysis of proposed

DOCS_LA:276223.2 35101/002

2

transactions for which Court approval is sought;

l)      Attendance at meetings and assistance in discussions with the Debtor, potential investors, banks, other secured lenders, the Committee and any other official committees organized in these chapter 11 proceedings, the U.S. Trustee, other parties in interest and professionals hired by the same, as requested;

m)      Assistance in the review and/or preparation of information and analysis necessary for the confirmation of a plan and related disclosure statement in these chapter 11 proceedings;

n)      Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers;

o)      Assistance in the prosecution of Committee responses/objections to the Debtor's motions, including attendance at depositions and provision of expert reports/testimony on case issues as required by the Committee; and

p)      Render such other general business consulting or such other assistance as the Committee or its counsel may deem necessary that are consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Committee desires to employ FTI and to compensate FTI reasonable fees to be determined by the Court.  No compensation will be paid to the FTI except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing.  FTI has received no retainer in this Case.  FTI will charge its normal and customary hourly rates for the services to be provided hereunder, which hourly rates are as follows:

| | |
|---|---|
| Senior Managing Directors | $800-925 |
| Directors/Managing Directors | $580-765 |
| Consultants/Senior Consultants | $300-550 |
| Administrative/Paraprofessionals/Associates | $120-250 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant Local Rule 2014-1(b)(1)(c), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court.  Pursuant to Local Rule 2014-1(b)(3)(E), any

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  objection to the proposed Application and request for hearing must be in the form prescribed by

2  Local Rule 9013-1(f)(1) and must be filed and served on the Committee, its proposed counsel, and

3  the Office of the United States Trustee **no later than fourteen (14) days from the date of service**

4  **of this notice.**  A true and correct copy of the Application can be obtained by contacting Felice

5  Harrison, Paralegal, at Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor,

6  Los Angeles, California  90067, Telephone: (310) 277-6910.

7

8

    Dated:    March 14, 2014                    PACHULSKI STANG ZIEHL & JONES LLP
9

10                                              By    /s/ *Jeffrey W. Dulberg*
                                                      Jeffrey N. Pomerantz
11                                                    Jeffrey W. Dulberg

12                                                    [Proposed] Attorneys for the Official
                                                      Committee of Unsecured Creditors
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtor and DBAs**
HDOS Enterprise
Hot Dog on a Stick
Muscle Beach Lemonade and Hot Dog

**Debtor's Attorneys**
Friedman Law Group

**Debtor's Advisors**
Scouler & Associates
A&G Realty Partners, LLC
PKF

**Debtor's Directors**
Bruce Blakely
Mitchell Shapiro
Anthony Mathews

**Debtor's Former Officers**
Eugene Hallner
Laurie Sonia

**Debtor's Corporate Officers**
Daniel Bylund
Dan Smith

**Trustee of the Debtor's ESOP**
Nicholas Saakvitne

**Official Creditors' Committee Attorney**
Pachulski Stang Ziehl & Jones

**Official Creditors' Committee Members**
General Growth Properties
Hansen Distribution Group
Simon Property Group

**Official Creditors' Committee Members' Attorneys**
Schulze Haynes Loevenguth & Co.

**Secured Creditors**
Christopher and Linda Witczak
Larry and Rosa Yoachum
Torrey Pines Bank

**Top Significant Unsecured Creditors**
Anthony Mathews
Bibiana Becerril
CA State Board of Equalization
Capref Lloyd Center, LLC
Carlyle ER Metro, LLC
DPI Specialty Foods
Jay B. Kowallis

Laurie Sonia
Macerich Westside LP
Marnie Purvis
Nevada Department of Taxation
Nicholas and Company, Inc.
North County Fair LP
Hansen Distribution Group
Provo Mall LLC
QKC Maui Owner LLC
Shamrock Foods Company
Shin & Kim
Van Deusen & Levitt
West End Partners
Westday Associates LP
American Express
Global Payments Direct
WorldPay

**Parties to Litigation with the Debtor (Plaintiffs)**
Del Amo Fashion Center Operating Company
EMI Santa Rosa Limited Partnership
Mary Ellen Sisco
Natasha Thompson
Ontario Mills Limited Partnership
Rebecca Illizaliturri
Shops at Mission Viejo LLC
Stoneridge Properties LLC
Terramar Retail Centers
The Retail Property Trust
Westfield Topanga Owner LLC

**Bankruptcy Judges in the Central District of CA
(Los Angeles Division)**
William Altenberger
Neil W. Bason
Sheri Bluebond
Julia W. Brand
Philip H. Brandt
Peter H. Carroll, Chief Judge
Thomas B. Donovan
Sandra R. Klein
Robert N. Kwan
Richard M. Neiter
Charles E. Rendlen III
Ernest M. Robles
Barry Russell
Gregg W. Zive
Vincent P. Zurzolo

**U.S. Trustee Employees of the Central District of
CA (Los Angeles Division)**
Jill Sturtevant
Kenneth Lau

| | |
|---|---|
| Dare Law | Jack Arutyunyan |
| Alvin P. Mar | Gary B. Baddin |
| Ron Maroko | Yolanda J. Cannon |
| Kelly Morrison | Wendy Sadovnick |
| Queenie Ng | Helen Cruz |
| Melanie S. Green | Sonny Flores |
| Hatty Yip | Stephanie J. Hill |
| Patti Brundige | Lawrence Pleasant |
| Karen Polk | Maria A. Ramos |
| Tayo A. Agboke | Tina M. Simmons |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT B

1

**EXHIBIT B**

**Listing of Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Related to These Proceedings**

**None**

**Relationships in Unrelated Matters**
**Official Creditors' Committee Members**
General Growth Properties
Simon Property Group

**Creditors**
CA State Board of Equalization
Nevada Department of Taxation
Provo Mall LLC
QKC Maui Owner LLC
Shin & Kim
Westday Associates
Worldpay

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   10100 Santa Monica Blvd., Ste. 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing documents entitled (*specify*):

**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING
THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 19,
2014; DECLARATION OF CYNTHIA NELSON IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document were served by the court via NEF and hyperlink to the document. On (*date*) **March 14, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **March 14, 2014**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 14, 2014**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via FedEx**
The Honorable Neil W. Bason
U.S. Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2014 | Mary de Leon | /s/Mary de Leon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:276242.1 35101/002

In re: HDOS Enterprises, Inc.
Case No. 2:14-bk-12028 NB

## 1.    <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

- Michael Avanesian    michaelavanesian@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- Lindsey F Baker    lbaker@fbtlaw.com
- Dustin P Branch    dustin.branch@kattenlaw.com,
  jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
  olo@kattenlaw.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- John P Byrne    John.Byrne@byrnelaw.biz
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Peter L Duncan    peterd@psdslaw.com, theresam@psdslaw.com
- Jerome Bennett Friedman    jfriedman@jbflawfirm.com,
  msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbf
  lawfirm.com
- Todd R Gabriel    tgabriel@sparberlaw.com
- Ronald E Gold    rgold@fbtlaw.com
- Christopher V Hawkins    Hawkins@sullivanhill.com,
  bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com
- Joan Huh    joan.huh@boe.ca.gov
- Dare Law    dare.law@usdoj.gov
- Michael Y Lo    michaellolaw@yahoo.com, bklolaw@gmail.com
- Thor D Mclaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- Jessica Mickelsen    jessica.mickelsen@kattenlaw.com,
  adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- Randy P Orlik    rorlik@coxcastle.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Kristen N Pate    ggpbk@ggp.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Peter J Rudinskas    pjr.legal@gmail.com
- Ronald M Tucker    rtucker@simon.com,
  cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com,
  darla.rodrigo@nortonrosefulbright.com

**2.    <u>SERVED BY UNITED STATES MAIL</u>:**

Paul M Weiser
16435 N Scottdale Rd, Ste 440
Scottsdale, AZ 85254-1754

<u>Proposed Financial Advisor</u>
FTI Consulting, Inc.
Attn:  Cynthia Nelson
633 West Fifth Street, Suite 1600
Los Angeles, CA  90071