1  **J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056**
     *jfriedman@jbflawfirm.com*
2  **STEPHEN F. BIEGENZAHN, ESQ., State Bar No. 60584**
     *sbiegenzahn@jbflawfirm.com*
3  **MICHAEL D. SOBKOWIAK, ESQ., State Bar No. 242718**
     *msobkowiak@jbflawfirm.com*
4

5  **FRIEDMAN LAW GROUP, P.C.**
6  1900 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067
7  Telephone: (310) 552-8210
   Facsimile: (310) 733-5442
8

9  Attorneys for Debtor and
   Debtor in Possession
10

11                    UNITED STATES BANKRUPTCY COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

                         LOS ANGELES DIVISION
13

14  In re                              Case No. 2:14-bk-12028-NB

15                                      Chapter 11

16  **HDOS ENTERPRISES, INC.,**         **NOTICE OF FURTHER HEARING ON**
    a California corporation,           **DEBTOR'S EMERGENCY FIRST DAY**
                                        **MOTION FOR AN ORDER**
17                                      **AUTHORIZING DEBTOR TO PAY PRE-**
                                        **PETITION CLAIMS OF CERTAIN**
                     Debtor and Debtor in   **CRITICAL VENDORS NECESSARY FOR**
18                   Possession.        **ITS CONTINUED OPERATIONS**

19
                                        **Date:**
20                                      Date:   May 6, 2014
                                        Time:   11:00 a.m.
21                                      Place:  Ctrm. 1545
                                                255 E. Temple Street
22                                              Los Angeles. CA 90012

23

24          TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY

25  JUDGE; THE UNITED STATES TRUSTEE; THE OFFICIAL COMMITTEE OF

26  UNSECURED CREDITORS; SECURE CREDITORS; AND PARTIES THAT HAVE

27  FILED REQUESTS FOR SPECIAL NOTICE:

28

1      **PLEASE TAKE NOTICE** that a continued hearing to consider objections to HDOS

2   Enterprises' (the "Debtor") Emergency First Day Motion For An Order Authorizing Debtor To

3   Pay Pre-Petition Claims of Certain Critical Vendors Necessary For Its Continued Operations

4   [Docket No. 8] (the "Motion") was held on March 20, 2014. The Motion seeks authorization to (i)

5   pay its main supplier, Shamrock Foods Company, for 20 days' worth of its pre-petition claim; and

6   (ii) authorizing the Debtor to pay all credit card processing fees and chargebacks owed pre-petition

7   to its credit card processors.

8      **PLEASE TAKE FURTHER NOTICE** that the Court has set a further hearing to consider

9   objections to the Motion to **May 6, 2014 at 11:00 a.m.** in Courtroom 1545 of the United States

10   Bankruptcy Court for the Central District of California, Roybal Courthouse, located at 255 E.

11   Temple Street, Los Angeles, CA 90012 (the "Further Hearing").

12      **PLEASE TAKE FURTHER NOTICE** that if you wish to file an objection to the Motion,

13   you may file your  objection with the above-referenced court in a manner which conforms with

14   Local Bankruptcy Rule 9013-1 up through and including the time and date of the Further Hearing.

15   Date: March 28, 2014                    FRIEDMAN LAW GROUP, P.C.

16

17

18   By: _____
                                        J. Bennett Friedman, Esq.
19                                      Stephen F. Biegenzahn, Esq.
                                        Michael D. Sobkowiak, Esq.
20                                      Attorneys for Debtor in Possession

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1900 Avenue of the Stars, 11ᵗʰ Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described <u>Notice Of Further Hearing On Debtor's Emergency First Day Motion For An Order Authorizing Debtor To Pay Pre-Petition Claims Of Certain Critical Vendors Necessary For Its Continued Operations</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  3/28/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

*See attached service list*

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  3/28/14   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

THE HONORABLE NEIL BASON
U.S. BANKRUPTCY COURT
255 E. TEMPLE STREET, SUITE 1545
LOS ANGELES, CA 90012

OFFICE OF THE U.S. TRUSTEE
C/O DARE LAW
915 WILSHIRE BLVD, STE 1850
LOS ANGELES, CA 90017

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/28/14 | Elisabeth Walters | /s/Elisabeth Walters |
|---------|-------------------|----------------------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1**

## Via ECF

- **Michael Avanesian**   michaelavanesian@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- **Lindsey F Baker**   lbaker@fbtlaw.com
- **Dustin P Branch**   dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- **Jeffrey W Broker**   jbroker@brokerlaw.biz
- **John P Byrne**   John.Byrne@byrnelaw.biz
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Peter L Duncan**   peterd@psdslaw.com, theresam@psdslaw.com
- **Jerome Bennett Friedman**   jfriedman@jbflawfirm.com, msobkowiak@jbflawfirm.com;jmartinez@jbflawfirm.com;sbiegenzahn@jbflawfirm.com;rfranzoia@jbflawfirm.com
- **Todd R Gabriel**   tgabriel@sparberlaw.com
- **Ronald E Gold**   rgold@fbtlaw.com
- **Christopher V Hawkins**   Hawkins@sullivanhill.com, bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- **Joan Huh**   joan.huh@boe.ca.gov
- **Dare Law**   dare.law@usdoj.gov
- **Lori A Lewis**   lewisl004@mail.maricopa.gov
- **Michael Y Lo**   michaellolaw@yahoo.com, bklolaw@gmail.com
- **Thor D Mclaughlin**   tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Jessica Mickelsen**   jessica.mickelsen@kattenlaw.com, adelle.shafer@kattenlaw.com;ecf.lax.docket@kattenlaw.com
- **Kevin M Newman**   knewman@menterlaw.com, kmnbk@menterlaw.com
- **Randy P Orlik**   rorlik@coxcastle.com
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Kristen N Pate**   ggpbk@ggp.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Peter J Rudinskas**   pjr.legal@gmail.com
- **Aaron M Silver**   asilver@honigman.com
- **Ronald M Tucker**   rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Eric R Wilson**   kdwbankruptcydepartment@kelleydrye.com
- **Rebecca J Winthrop**   rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

## Via U.S. Mail

### Debtor
HDOS ENTERPRISES
5942 PRIESTLY DRIVE
CARLSBAD, CA 92008

### Committee of Unsecured Creditors

SIMON PROPERTY GROUP, INC.
C/O RONALD M. TUCKER
225 W. WASHINGTON STREET
INDIANAPOLIS, IN 46204

HANSEN DISTRIBUTION GROUP
C/O JOHN R. HAYNES LOEVENGUTH
SCHULZE, HAYNES LOEVENGUTH & CO.

4340 VON KARMAN AVE., STE 110
NEWPORT BEACH, CA 92660

GGP LIMITED PARTNERSHIP
C/O JULIE MINNICK BOWDEN
110 N. WACKER DRIVE
CHICAGO, IL 60606

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1**

## Secured Creditors

TORREY PINES BANK
C/O PETER DUNCAN, ESQ.
PYLE SIMS DUNCAN & STEVENSON
401 "B" STREET, STE 1500
SAN DIEGO, CA 92101-4238

CHRISTOPHER J. WITCZAK AND
LINDA A. WITCZAK
C/O CHRISTOPER HAWKINS, ESQ.
SULLIVAN HILL LEWIN REZ & ENGEL
550 WEST C STREET, 15TH FLOOR
SAN DIEGO, CA 92101

LARRY R. YOACHUM AND ROSA YOACHUM
C/O CHRISTOPER HAWKINS, ESQ.
SULLIVAN HILL LEWIN REZ & ENGEL
550 WEST C STREET, 15TH FLOOR
SAN DIEGO, CA 92101

MARLIN BUSINESS BANK
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604

MARLIN BUSINESS BANK
C/O SAN DIEGO CASH REGISTER
7940 ARJONS DRIVE
SAN DIEGO, CA 92126

MARLIN BUSINESS BANK
C/O RIZE CAPITAL, LLC
3175 EAST GENESEE STREET, STE 5
SYRACUSE, NY 13224

## Request for Special Notice

CAPREF LLOYD CENTER, LLC
C/O ANNA F. PATRAS, ESQ.
PATRAS WILLIAMS, LLC
14 COUNTRYSIDE LANE, STE 100
RINGWOOD, NJ 07456

CAPREF LLOYD CENTER, LLC
C/O REBECCA J. WINTHROP
FULBRIGHT & JAWORSKI, LLP
555 S. FLOWER STREET, 41ST FLOOR
LOS ANGELES, CA 90071

GGP LIMITED PARTNERSHIP
C/O KRISTEN N. PATE
JULIE MINNICK BOWDEN
110 N. WACKER DRIVE
CHICAGO, IL 60606

SIMON PROPERTY GROUP, INC.
ATTN: RONALD M. TUCKER, ESQ.
225 WEST WASHINGTON STREET
INDIANAPOLIS, INDIANA 46204

CARLYLE ER METRO, LLC
C/O PAUL M. WEISER
BUCHALTER NEMER
16435 N. SCOTTSDALE RD., STE 440
SCOTTSDALE, AZ 85254-1754

ROUSE PROPERTIES, INC.
C/O ROBERT L. LEHANE, ESQ.
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

PETER L. DUNCAN
PYLE SIMS DUNCAN & STEVENSON, PC
401 B STREET, SUITE 1500
SAN DIEGO, CA 92101-4238

JEFFREY N. POMERANTZ
JEFFREY W. DULBERG
PACHULSKI STANG ZIEHL & JONES LLP
10110 SANTA MONICA BLVD., 13TH FL
LOS ANGELES, CA 90067

THE MACERICH CO., WESTFIELD, LLC AND
STARWOOD RETAIL PARTNERS, LLC
C/O DUSTIN P. BRANCH
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CA 90067-3012

TERRAMAR RETAIL CENTERS, LLC
C/O TODD R. GABRIEL, ESQ.
SPARBER ANNEN MORRIS & GABRIEL, APLC
501 W. BROADWAY, STE 1720
SAN DIEGO, CA 92101-3555

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI
BISHOP,
AKA KAMEHAMEHA SCHOOLS DBA WINDWARD
MALL
C/O SUSAN TIUS, ESQ.
RUSH MOORE LLP
A LIMITED LIABILITY LAW PARTNERSHIP
737 BISHOP STREET, SUITE 2400
HONOLULU, HAWAII 96813

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1**